

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/13
```

May 31, 2013

The Honorable Kimba M. Wood
United States District Judge
United States District Court for the
    Southern District of New York
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl Street, Chambers 1610
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Frederic Cilins
      13 Cr. 315

Dear Judge Wood:

The Government writes to respectfully request, with consent of defense counsel, that the Government be permitted to submit a memorandum in opposition to defendant's Motion to Modify Conditions of Release by no later than June 6, 2013. On May 29, 2013, the defendant filed a motion to modify the conditions of release that had been set by Judge Maas on May 15, 2013 at the time of defendant's initial presentment in this district. I have spoken with Michelle P. Smith, counsel for the defendant, and Ms. Smith does not object to the Government's request to file its memorandum by June 6, 2013.*

] Granted

A hearing will be held on Thursday, June 20 at 10:30 a.m.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:  _____
     Elisha J. Kobre
     Assistant United States Attorney
     Tel. No.: (212) 637-2599

cc:   Bruce H. Lehr, Esq. (via e-mail)
      Michelle P. Smith, Esq. (via e-mail)

---

* The Government has also learned from your Honor's deputy clerk that the Court would be available for a hearing on this matter during the week beginning June 17, 2013. The Government is generally available that week. Ms. Smith has advised that her availability that week is limited to June 19 and June 20.   **SO ORDERED: N.Y., N.Y.**

6/3/13

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

TOTAL P.002