UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

        PLAINTIFF,

v.                                          Case No: 13-_____

FREDERIC CILINS,

        DEFENDANT.

_____/

AFFIDAVIT OF FREDERIC CILINS

STATE OF FLORIDA

COUNTY OF ORANGE

        I, FREDERIC CILINS, being duly sworn, depose and say:

1. My name is FREDERIC CILINS.

2. I am the legal owner OF HOLLYWOOD BEACHFRONT TOWNHOMES, LLC, a Florida limited liability company (the "LLC") and the LLC is the owner of a property located at 2325 N. Surf Road, 2325 N. Surf Road, and 2325 N. Surf Road 1, and 2325 N. Surf Road 4, in Hollywood, Florida 33019, with the following legal description:

    Parcel 1:

    The East 34.05 feet of Lot 1, Block 12 of HOLLYWOOD BEACH FIRST ADDITION, according to the Plat thereof, as recorded in Plat Book 1, Page 31, of the Public Records of Broward County, Florida.

    Parcel 2:

    The West 45.95 feet of Lots 1 and 2, Block 12 of HOLLYWOOD BEACH FIRST ADDITION, according to the Plat thereof, as recorded in Plat Book 1, Page 31, of the Public Records of Broward County, Florida.

Parcel 3:

The East 34.05 feet of Lot 2, Block 12 of HOLLYWOOD BEACH FIRST ADDITION, according to the Plat thereof, as recorded in Plat Book 1, Page 31, of the Public Records of Broward County, Florida.

3. The property has a value of at least $1,627,800.00.

4. The property is free and clear of all mortgages.

5. I am aware that the LLC is mortgaging the property to the United States District Court for the Middle District of Florida in the amount of $_____.00 as security for my release from detention and that this property may be subject to foreclosure should I fail to comply with the conditions of my bond.

6. I understand that any false or fraudulent statements may subject me to criminal proceedings.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Frederic Cilins

Sworn to before me this _____ day of April, 2013, by FREDERIC CILINS, who is known to me or produced _____ as identification.

_____
Notary Public
My Commission Expires

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

        PLAINTIFF,

v.                                Case No: 13-_____

FREDERIC CILINS,

        DEFENDANT.
_____/

AFFIDAVIT OF FREDERIC CILINS

STATE OF FLORIDA

COUNTY OF ORANGE

I, FREDERIC CILINS, being duly sworn, depose and say:

1. My name is FREDERIC CILINS.

2. I am the legal owner OF HOLLYWOOD BEACHFRONT TOWNHOMES SOUTH, LLC, a Florida limited liability company (the "LLC") and the LLC is the owner of a property located 2300 N. Surf Road, in Hollywood, Florida 33019, with the following legal description:

   Lot 16, Block 11, and Lots 3 and 4, Block 12, of HOLLYWOOD BEACH FIRST ADDITION, according to the Plat thereof, as recorded in Plat Book 1, Page 31, of the Public Records of Broward County, Florida.

3. The property has a value of at least $1,320,820.00.

4. The property is free and clear of all mortgages.

5. I am aware that the LLC is mortgaging the property to the United States District Court for the Middle District of Florida in the amount of $_____.00 as security for my release from detention and that this property may be subject to foreclosure should I fail to comply with the conditions of my bond.

6. I understand that any false or fraudulent statements may subject me to criminal proceedings.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Frederic Cilins

Sworn to before me this _____ day of April, 2013, by FREDERIC CILINS, who is known to me or produced _____ as identification.

_____
Notary Public
My Commission Expires