# EXHIBIT G

# (FILED WITH THE COURT)