UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                                  Case No.  1:13-CR-00315-KMW

**FREDERIC CILINS,**

      **Defendant.**
_____/

### DEFENDANT CILINS' MOTION TO BRING CELLULAR PHONE AND LAPTOP INTO COURTHOUSE FOR USE DURING HEARING

      Comes now, the Defendant, Frederic Cilins, by and through undersigned counsel, and hereby requests that this Honorable Court approve undersigned to bring a laptop and a cellular telephone into the courthouse for use during the hearing in this case June 20, 2013, and in support thereof states as follows:

      1.     Mr. Cilins is currently charged with Intimidation or Force Against Witness; Obstruction of Criminal Investigations; and Destruction, Alteration or Falsification of Records in Federal Investigations.

      2.     Mr. Cilins' has a hearing on his motion to reduce bond scheduled for June 20, 2013, at 10:30a.m. in front of Judge Kimba M. Wood.

      3.     Undersigned respectfully requests that she be permitted to bring a laptop and cellular telephone into the courthouse for possible use during the hearing.

      4.     Undersigned has conferred with Assistant United States Attorney Elisha Kobre. He does not oppose this motion or the relief requested herein.

WHEREFORE, Defendant, Frederic Cilins, respectfully requests that this Honorable Court approve the request to bring a laptop and cellular telephone into the courthouse.

Respectfully submitted,

/s/ Michelle P. Smith
Michelle P. Smith
Law Office of Michelle P smith, P.A.
Florida Bar No. 389382
827 Menendez Court
P.O. Box 1788
Orlando, Florida 32802-1788
Telephone:   407-601-6700
Facsimile:    888-614-3231
E-mail:         michellepsmith_law@yahoo.com
                    michellepsmith@gmail.com
                    michellesmith@mpsmithlegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2013, undersigned electronically filed the foregoing *Defendant Cilins' Motion to Bring Cellular Phone and Laptop into Courthouse for Use During Hearing* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing and copy to the following: Elisha Kobre, Stephen Spiegelhalter, Bruce Lehr, and Sherleen Mendez.

/s/   *Michelle P. Smith*
Co-counsel for Frederic Cilins