UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                Case No. 1:13-CR-00315-KMW

FREDERIC CILINS,

        Defendant.
_____/

## DEFENDANT CILINS' NOTICE OF FILING

Comes now, the Defendant, Frederic Cilins, by and through undersigned counsel, and hereby advises the Court of the filing of the following:

1)    Transcript of Hearing in Jacksonville, FL on April 18, 2013.

2)    Transcript of Hearing in Jacksonville, FL on April 23, 2013.

3)    Transcript of Hearing in Jacksonville, FL on April 25, 2013.

4)    Transcript of Hearing in Jacksonville, FL on April 29, 2013.

                                                Respectfully submitted,

                                                /s/ Michelle P. Smith
                                                Michelle P. Smith
                                                Law Office of Michelle P smith, P.A.
                                                Florida Bar No. 389382
                                                827 Menendez Court
                                                P.O. Box 1788
                                                Orlando, Florida 32802-1788
                                                Telephone:   407-601-6700
                                                Facsimile:    888-614-3231
                                                E-mail:         michellepsmith_law@yahoo.com
                                                                   michellepsmith@gmail.com
                                                                   michellesmith@mpsmithlegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2013, undersigned electronically filed the foregoing *Defendant Cilins' Notice of Filing* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing and copy to the following: Elisha Kobre, Stephen Spiegelhalter, Bruce Lehr, and Sherleen Mendez.

/s/  *Michelle P. Smith*
Co-counsel for Frederic Cilins