UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.                        Case No. 1:13-CR-00315-KMW

**FREDERIC CILINS,**

    **Defendant.**

_____/

### ORDER ON DEFENDANT CILINS' UNOPPOSED AMENDED MOTION TO BRING CELLULAR TELEPHONE AND LAPTOP INTO COURTHOUSE FOR USE DURING HEARING

**THIS CAUSE** having come before the Court to be heard on the Defendant's Cilins' Unopposed Amended Motion to Bring Cellular Telephone and Laptop into Courthouse for Use During Hearing and the Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED:**

1.    Defendant's Motion is GRANTED.

2.    Michelle P. Smith, Esquire, is permitted to enter the Daniel Patrick Moynihan, United States District Court, in New York, New York on Thursday, June 20, 2013 with her cellular telephone and laptop.

**DONE AND ORDERED** in Chambers at the United States District Court in New York, New York, this the _____ day of June, 2013.

 

_____
U.S. DISTRICT COURT JUDGE

cc:    U.S. Attorney
        Counsel for Mr. Cilins
        U.S. Marshal and Courthouse Security