UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
USA                                            Docket Number 13 CR 315 (WHP)
          -against-                  NOTICE OF REASSIGNMENT
CILINS
-------------------------------------------------------

The above-entitled action is:

[X] Reassigned to the Hon. WILLIAM H. PAULEY III (WHP)

[] Reassigned Referral to the Hon. (), Magistrate Judge

[] Reassigned Designation to the Hon. (), Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

                                                                                   Ruby J. Krajick
                                                                                   Clerk of Court

Dated: 6/24/2013                    BY:         Philip Guarnieri
                                                                                      Deputy Clerk