UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                          :

        -against-                                                  :          13 Cr. 315 (WHP)

FREDERIC CILINS                                           :          ORDER

                  Defendants.              :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The bail hearing previously scheduled for June 24, 2013 is re-scheduled to July 3, 2013 at 10:00 a.m. in Courtroom 20B.

Dated: June 25, 2013
       New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III,
                        U.S.D.J.

*Counsel of Record:*
Stephen Spiegelhalter, Esq.
U.S. Department of Justice, Criminal Division, Fraud Section
1400 New York Avenue, Nw, Bond Building, Eleventh Floor
Washington, DC 20530

Elisha J. Kobre, Esq.
United States Attorney Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
*Counsel for Government*

Michelle Patrice Smith, Esq.
Law Office of Michelle P. Smith, P.A.
827 Menendez Court
Orlando, FL 32801

Bruce H. Lehr, Esq.
Sherleen M. Mendez
Lehr, Fischer & Feldman
1401 Brickell Avenue
Miami, FL 33131
*Counsel for Defendant*