UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                        Case No. 1:13-CR-00315-WHP-ECFCASE

**FREDERIC CILINS,**

      **Defendant.**
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant/Appellant, Frederic Cilins, pursuant to Fed. R. App. P. 4(b), appeals to the United States Court of Appeals for the Second Circuit from the District Court's oral order, pronounced on July 3, 2013, denying Mr. Cilins' Motion to Amend the Conditions of Release and/or for Modification of Bond (filed May 29, 2013), revoking Mr. Cilins' bond, and treating the Government's Memorandum in Opposition to Mr. Cilins' Motion (filed June 6, 2013) as an appeal of the Magistrate Judge's May 15, 2013 Order, which granted pretrial release to Mr. Cilins.

Respectfully submitted this the 17th day of July, 2013.

                      /s/ Michelle P. Smith
                      Michelle P. Smith
                      Law Office of Michelle P. Smith, P.A.
                      Florida Bar No. 389382
                      827 Menendez Court
                      P.O. Box 1788
                      Orlando, Florida 32802-1788
                      Telephone: 407-601-6700
                      Facsimile: 888-614-3231
                      E-mail:     michellepsmith@gmail.com
                                         michellesmith@mpsmithlegal.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2013, undersigned filed the foregoing *Defendant Cilins' Notice of Appeal* with the Clerk of Court by U.S. Mail and Email at appeals@nysd.uscourts.gov, as well as by using the CM/ECF system which will send a notice of electronic filing and copy to the following: Elisha Kobre, Stephen Spiegelhalter, Bruce Lehr, and Sherleen Mendez.

I FURTHER HEREBY CERTIFY that on July 17, 2013, undersigned served the following persons a copy by email: Elisha Kobre, Stephen Spiegelhalter, Bruce Lehr, and Sherleen Mendez.

/s/ Michelle P. Smith
Co-counsel for Frederic Cilins