USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: JUL 18 2013

Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

Caption:
United States v.

Frederic Cilins

Docket No.: 1:13-cr-315-WHP-ECFCASE

____________________
(District Court Judge)

Notice is hereby given that Frederic Cilins appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other ✔ oral order denying def. min and revoking bond (as outlined in notice of appeal filed July 17, 2013) (specify)

entered in this action on 07/03/2013 (ORALLY) (date).

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [ ] Other [✔]

Defendant found guilty by plea [ ] trial [ ] N/A [✔].

Offense occurred after November 1, 1987? Yes [✔] No [ ] N/A [ ]

Date of sentence: ____________________ N/A [✔]

Bail/Jail Disposition: Committed [✔] Not committed [ ] N/A [ ]

Appellant is represented by counsel? Yes ✔ No [ ] If yes, provide the following information:

Defendant's Counsel: Michelle Smith, Bruce Lehr, and Sherleen Mendez

Counsel's Address: 827 Menendez Court, Orlando, FL 32801 — 1401 Brickell Ave. Suite 910, Miami, FL 33131-3503

Counsel's Phone: 407-601-6700 — 305-377-1777

Assistant U.S. Attorney: Elisha Kobre

AUSA's Address: 1 St. Andrews Plaza, New York, NY 10007

AUSA's Phone: ____________________

/s/ Michelle Smith
Signature

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 1:13-CR-00315-WHP-ECFCASE**

**FREDERIC CILINS,**

**Defendant.**
_______________________________________/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant/Appellant, Frederic Cilins, pursuant to Fed. R. App. P. 4(b), appeals to the United States Court of Appeals for the Second Circuit from the District Court's oral order, pronounced on July 3, 2013, denying Mr. Cilins' Motion to Amend the Conditions of Release and/or for Modification of Bond (filed May 29, 2013), revoking Mr. Cilins' bond, and treating the Government's Memorandum in Opposition to Mr. Cilins' Motion (filed June 6, 2013) as an appeal of the Magistrate Judge's May 15, 2013 Order, which granted pretrial release to Mr. Cilins.

Respectfully submitted this the 17th day of July, 2013.

/s/ Michelle P. Smith
Michelle P. Smith
Law Office of Michelle P. Smith, P.A.
Florida Bar No. 389382
827 Menendez Court
P.O. Box 1788
Orlando, Florida 32802-1788
Telephone: 407-601-6700
Facsimile: 888-614-3231
E-mail: michellepsmith@gmail.com
michellesmith@mpsmithlegal.com



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 17, 2013, undersigned filed the foregoing *Defendant Cilins' Notice of Appeal* with the Clerk of Court by U.S. Mail and Email at appeals@nysd.uscourts.gov, as well as by using the CM/ECF system which will send a notice of electronic filing and copy to the following: Elisha Kobre, Stephen Spiegelhalter, Bruce Lehr, and Sherleen Mendez.

I FURTHER HEREBY CERTIFY that on July 17, 2013, undersigned served the following persons a copy by email: Elisha Kobre, Stephen Spiegelhalter, Bruce Lehr, and Sherleen Mendez.

/s/ *Michelle P. Smith*
Co-counsel for Frederic Cilins