

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 22, 2013

Republic of Guinea
.........................
Work – Justice – Solidarity

Technical Committee
for the Review of
Mining Titles and Agreements

[stamp:] CONFIDENTIAL

No. 035/CTRTCM/2013

*The President*

Conakry, 07 May 2013

Re:  Preliminary Communication of Elements Relating to the Matter

**Your Ref:**

Mr. Ricardo SAAD
Head of Simandou Project
VBG – VALE BSGR GUINÉE
Cité Chemin de Fer –Pita Building– 5th Floor
P.O. Box 6389 – Conakry – Republic of Guinea

Dear Director,

The Technical Committee for the Review of Mining Titles and Agreements ("**CTRTCM**") has been following closely the developments of the criminal proceedings that have recently been opened in the United States.

The CTRTCM acknowledges the criminal complaint filed by the Federal Bureau of Investigation ("**FBI**") against Mr. Frédéric CILINS on 15 April 2013 (the "**Criminal Complaint**") and the arraignment issued by the Grand Jury of the Southern District of New York on 25 April 2013 (the "**Arraignment**").

Firstly, the Criminal Complaint makes reference to a certain number of written agreements entered into by the companies BSG Resources Guinée ("**BSGR Guinée**") and Pentler Holdings Ltd. with Ms. Mamadie TOURE. Those agreements together had the express object of guaranteeing compensation, monetary or in kind, to Ms. TOURE, the then spouse of President Lansana CONTE, in consideration for her assistance in obtaining mining rights in the Republic of Guinea by BSGR Guinée and BSG Resources Limited ("**BSGR**").

The Government of the Republic of Guinea is in possession of the originals of these agreements, which have been passed on to the American Government. The authenticity of these documents has been confirmed by witnesses during depositions carried out by judicial authorities.

In this respect, the CTRTCM notes that the companies VBG, BSGR and BSGR Guinée have not, at any time, publicly denied the existence and the authenticity of these contracts even when their representatives were confronted by journalists from the *Financial Times* in possession of copies of the

said contracts. According to an article which appeared in the *Financial Times* on 21 April 2013 (p. 1), BSGR simply refused to comment on these contracts.

Secondly, the Criminal Complaint details the actions allegedly undertaken by Mr. CILINS in order to convince Ms. TOURE to destroy the originals of the contracts entered into between her and the companies BSGR Guinée and Pentler Holdings Ltd.

The CTRTCM considers it essential, prior to closing its review of the matter and before holding an administrative hearing, to grant VBG, as apparent titleholder of the mining rights relating to the Simandou and Zogota fields, the opportunity to react now to these allegations. In order to do so, the CTRTCM herewith encloses the following documents:

> (i) A copy of the Criminal Complaint along with an informal French translation;

> (ii) A copy of the Arraignment along with an informal French translation; and

> (iii) A copy of the written agreements signed with Ms. TOURE.

The CTRTCM encourages VBG in particular to provide details with respect to the value and interpretation that should be given to the attached written agreements and with respect to the role that Mr. CILINS is alleged to have played, according to the American authorities, in an attempt to destroy these contracts.

Taking account of the particularly serious nature of the alleged facts, the CTRTCM invites the company VBG to submit a detailed response within 7 days from receipt of this letter.

Sincerely yours,

[signature]
Nava TOURÉ

Cc: Mr. Scott Horton

[stamp:] CTRTCM
The President
The Technical Committee for the Review of
Mining Titles and Agreements

2

[stamp:] CTRTCM
The President
The Technical Committee for the Review of
Mining Titles and Agreements



RÉPUBLIQUE DE GUINÉE

..........................

Travail – Justice – Solidarité

**COMITÉ TECHNIQUE
DE REVUE DES TITRES
ET CONVENTIONS MINIERS**

N° 035 /CTRTCM/2013

Conakry, le 07 mai 2013

**CONFIDENTIEL**

*Le Président*

<u>Objet</u> : Communication préliminaire d'éléments
du dossier

<u>V/Réf</u> :

*A*

Monsieur Ricardo SAAD
Directeur du Projet Simandou
VBG - VALE BSGR GUINÉE
Cité Chemin de Fer – Immeuble Pita – 5<sup>ème</sup> étage
B.P. 6389 – Conakry – République de Guinée

Monsieur le Directeur,

Le Comité Technique de Revue des Titres et Conventions Miniers ("CTRTCM") a suivi de manière attentive les évolutions de la procédure pénale qui a récemment été ouverte aux États-Unis.

Le CTRTCM prend acte de la plainte pénale déposée par le Bureau fédéral d'investigation ("FBI") contre Monsieur Frédéric CILINS le 15 avril 2013 ("Plainte pénale") et de l'acte d'accusation rendu par le *grand jury* du District Sud de New York le 25 avril 2013 ("Acte d'accusation").

Dans un premier temps, la Plainte pénale fait référence à un certain nombre d'accords écrits conclus par les sociétés BSG Resources Guinée ("BSGR Guinée") et Pentler Holdings Ltd. avec Madame Mamadie TOURE. L'ensemble des accords avaient expressément pour objet de garantir une rémunération, pécuniaire ou en nature, à Mme TOURE, alors épouse du Président Lansana CONTE, en contrepartie de son assistance en faveur de l'obtention par les sociétés BSGR Guinée et BSG Resources Limited ("BSGR") de droits miniers en République de Guinée.

Le Gouvernement de la République Guinée est en possession des originaux de ces accords, qui ont été communiqués au Gouvernement américain. L'authenticité des documents a été confirmée par des témoins lors d'interrogatoires menés par les autorités judiciaires.

À cet égard, le CTRTCM prend note du fait que les sociétés VBG, BSGR et BSGR Guinée n'ont, à aucun moment, publiquement nié l'existence et l'authenticité de ces contrats même lorsque leurs représentants ont été confrontés par des journalistes du *Financial Times* en possession de copies desdits contrats. Selon un article qui a paru dans le *Financial Times* du 21 avril 2013 (p. 1), BSGR aurait refusé tout simplement de commenter ces contrats.

Dans un deuxième temps, la Plainte pénale détaille les actions qu'auraient prises M. CILINS afin de convaincre Mme TOURE de détruire les originaux des contrats conclus entre elle et les sociétés BSGR Guinée et Pentler Holdings Ltd.

Le CTRTCM juge essentiel, avant de terminer son instruction du dossier et de tenir une audience administrative, d'accorder à la société VBG, en tant que titulaire apparent des droits miniers relatifs aux gisements de Simandou et de Zogota, la possibilité de réagir dès maintenant aux allégations la concernant. Pour ce faire, le CTRTCM joint à la présente les documents suivants :

(i) Une copie de la Plainte pénale accompagnée d'une traduction française non-officielle ;

(ii) Une copie de l'Acte d'accusation accompagné d'une traduction française non-officielle ; et

(iii) Une copie des accords écrits signés avec Mme TOURE.

Le CTRTCM encourage notamment la société VBG à apporter des précisions quant à la valeur et l'interprétation qui devrait être donnée aux accords écrits joints à la présente et quant au rôle que M. CILINS aurait joué, selon les autorités américaines, dans la tentative de destruction de ces contrats.

Compte tenu du caractère particulièrement grave des faits allégués, le CTRTCM invite la société VBG à soumettre une réponse détaillée dans un délai de 7 jours à compter de la réception de la présente.

Je vous prie de croire, Monsieur le Directeur, en l'expression de mes salutations distinguées.

Nava TOURÉ

**CTRTCM**
**Le Président**

C.C. :   - M. Scott Horton



CRTCM
Le Président



GEOTEXT
Translations, Inc.

London
United Kingdom

## <u>CERTIFICATION</u>

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from French into English of the attached letter to Mr. Ricardo Saad and

Scott Horton from Nava Touré, dated 07 May 2013.


Nishma Shah, Project Manager
Geotext Translations, Ltd.


Signed and witnessed

this 2nd day of July , 20 13 .

LAURA SILVESTRE

KINGSLEY NAPLEY LLP
Knights Quarter
14 St Johns Lane
EC1M 4AJ

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel +1.212.631.7432 fax +1.212.631.7778
San Francisco  220 Montgomery Street Ste. 438, San Francisco CA 94104 U.S.A tel +1.415.576.9500 fax +1.415.520.0525
Washington 1025 Connecticut Avenue, Suite 1000, Washington, DC 20036, U.S.A. Tel +1.202.828.1267 Fax +1.202.828.1271
London  8-11 St. John's Lane, London EC1M 4BF, United Kingdom Tel +44.20.7553.4100 Fax+44.20.7990.9909
Paris 75 Boulevard Haussmann, F- 75009 Paris, France tel +33.1.42.68.51.47 fax +33.1.77.72.90.25
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  I  www.geotext.com