# Exhibit 1

Grand Jury Subpoena

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO: ▮▮▮▮▮▮▮

    Personally and as Custodian of Records for ▮▮▮▮▮▮▮

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the GRAND JURY of the people of the United States for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, Room 480 (via North elevators), in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:   February 14, 2013        Appearance Time:   10:00 AM

to testify and give evidence in regard to an alleged violation of:
15 U.S.C. §§ 78dd-1, et seq.; 18 U.S.C. § 1956

and not to depart the Grand Jury without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:
Any and all documents – including but not limited to contracts, bank or other financial records, records of cash payments or gifts, transaction records, emails or other correspondence, calendar entries, recordings, memos, notes, and any other records – reflecting or otherwise concerning: the Simandou concession, ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ and related entities, and the acquisition of properties in or around Jacksonville, Florida

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:   New York, New York
             February 2, 2013

*Preet Bharara/msb*
PREET BHARARA
United States Attorney for the
Southern District of New York

*Elisha Kobre/msb*
Elisha Kobre
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Telephone: ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮@usdoj.gov



rev. 02.01.12

001538