# Exhibit 2

## ATTESTATION

My name is ▇▇▇▇▇▇. I hold the Guinean nationality, I have lived for the biggest part of my life in Guinea and I presently live in the United States of America.

Representatives of the ▇▇▇▇▇▇ came to see me and told me that the Republic of Guinea was accusing them of certain facts in which I would have been involved. They explained to me what these facts were, and asked if I agreed to tell what my thoughts were regarding this. I agreed for the simple reason that what they explained to me is false and I wish to attest to the following today:

My family status

I am the half-sister of ▇▇▇▇▇▇, and not his sister. We have never been close, rather we were rivals.

My relation with the ▇▇▇▇▇▇

It appears that one says that I supposedly signed contracts with ▇▇▇ and that ▇▇▇ was to pay me commissions in exchange for my services in their favor.

That is false. I have never signed a single contract with ▇▇▇, neither directly or indirectly through anyone else.

It appears that one says that I would have interceded with official leaders of Guinea in favor of ▇▇▇ so that ▇▇▇ would obtain mining rights in Guinea.

That is false. I never intervened with Guinean officials in favor of ▇▇▇. I have never given instructions, nor did I ask anyone to make decisions in favor of ▇▇▇ I have never been interested in the mining business of that country.

It appears that one says that ▇▇▇ supposedly made payments to me. That is false. I have never received any money from ▇▇▇, neither directly or indirectly. One mentions a check of USD 7 million dollars, which would have been given to me. That never happened. It is said that they supposedly gave me cash, in the amounts of USD 2.5 million. That is false. They never gave me such amounts of money, nor for that matter any money, neither directly to me nor to anyone else on my behalf. They did not either promise to pay me anything, neither to me, nor to anyone else on my behalf.

Finally, I would like to say that it is ridiculous to state that I moved to the United States because I was supposedly scared that ▇▇▇ would cause harm to my person. I never had such an idea.

I am very shocked by the facts that were relayed to me by ▇▇▇. Someone is using my name, I have nothing to do with that company or with the facts that they are accused of.

Done in [handwritten:] *JACKSONVILLE,*

On April [handwritten:] *11,* 2013

[*Signature*]



6400 Arlington Boulevard, Third Floor, Falls Church, Virginia 22042  Tel. (703) ▮▮4▮  Fax. (▮▮)
www.manpowergroup.com

## CERTIFICATE OF TRANSLATION

I, Etienne Huygens, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities. All archival seals, stamps, and certifications have been translated here.

French Title:   Cilins case

English Title:   Cilins case

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this 9th day of May 2013.

_____
Signature