UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

       -against-                              :         13 Cr. 315 (WHP)

FREDERIC CILINS                              :         <u>ORDER</u>

                     Defendants.      :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       The oral argument is re-scheduled from August 16, 2013 at 10:30 a.m. to September 12, 2013 at 5:00 p.m.

Dated: August 14, 2012
       New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III,
                                U.S.D.J.

*Counsel of Record:*
Stephen Spiegelhalter, Esq.
U.S. Department of Justice, Criminal Division, Fraud Section
1400 New York Avenue, Nw, Bond Building, Eleventh Floor
Washington, DC 20530

Elisha J. Kobre, Esq.
United States Attorney Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
*Counsel for Government*

Michelle Patrice Smith, Esq.
Law Office of Michelle P. Smith, P.A.
827 Menendez Court
Orlando, FL 32801

Bruce H. Lehr, Esq.
Sherleen M. Mendez
Lehr, Fischer & Feldman
1401 Brickell Avenue
Miami, FL 33131
*Counsel for Defendant*