N.Y.S.D. Case # 13-cr-0315(WHP)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

**MANDATE**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of August, two thousand and thirteen.

United States of America,

Appellee,

v.

Frederic Cilins,

Defendant-Appellant.

ORDER
Docket No. 13-2796

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 26, 2013

Appellant moves for voluntary dismissal of his appeal.

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED with prejudice.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/26/2013