AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Frederic Cilins | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No.   13cr00315 WHP |
| USA | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_Defendant Frederic Cilins_

Date:     09/11/2013

*Attorney's signature*

William J. Schwartz
*Printed name and bar number*

Cooley LLP
1114 Avenue of Americas
New York, NY 10036

*Address*

wshwartz@cooley.com
*E-mail address*

(212) 479-6290
*Telephone number*

(212) 479-6275
*FAX number*