UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                           Plaintiff,<br><br>            -v-<br><br>FREDERIC CILINS<br><br>                          Defendants. | Case No. 13 CR 00315 (WHP) |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned is admitted or otherwise authorized to practice in this court, and appears in this case as counsel for defendant Frederic Cilins.

Dated:  November 6, 2013

Respectfully submitted,

    /s/ *Emily Abrahams*
    Emily Abrahams

Cooley LLP
1114 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 479-6551
Facsimile:  (212) 479-6275
Email:  eabrahams@cooley.com