USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,          :

      -against-          :          13 Cr. 315 (WHP)

FREDERIC CILINS          :          ORDER

      Defendants.          :
-------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

      The conference scheduled for December 6, 2013 will be held at 10:00 a.m. in Courtroom 20B.

Dated: November 27, 2013
      New York, New York

                SO ORDERED:

                _____
                WILLIAM H. PAULEY III,
                U.S.D.J.

*All Counsel of Record:*