AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) | |
| --- | --- | --- |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-cr-00315 (WHP) |
| Frederic Cilins | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Frederic Cilins                            .

Date: 12/10/2013

s/ Annika M. Goldman
*Attorney's signature*

Annika M. Goldman AG2504
*Printed name and bar number*

1114 Avenue of the Americas
New York, NY 10036
*Address*

agoldman@cooley.com
*E-mail address*

(212) 479-6512
*Telephone number*

(212) 489-6275
*FAX number*