USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 10 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

    - v. -                          :      **SUPERSEDING**
                                            **INFORMATION**

FRÉDÉRIC CILINS,                 :
    a/k/a "Frédéric François            S2 13 Cr. 315 (WHP)
    Marcel Cilins,"                 :

    Defendant.                       :

- - - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

1.  From at least in or about March 2013 up to and including on or about April 14, 2013, in the Southern District of New York and elsewhere, FRÉDÉRIC CILINS, a/k/a "Frédéric François Marcel Cilins," the defendant, willfully and knowingly did endeavor by means of bribery to obstruct, delay, and prevent the communication of information relating to a violation of a criminal statute of the United States by a person to a criminal investigator, to wit, CILINS agreed to pay money to a cooperating witness (the "CW") to induce the CW to destroy, and to provide to CILINS for destruction, documents, including documents related to allegations concerning the payment of bribes to obtain mining concessions in the Simandou region

of Guinea, that were sought by special agents of the Federal Bureau of Investigation.

(Title 18, United States Code, Sections 1510(a) and 2.)

## FORFEITURE ALLEGATION

2.  As a result of committing the offense alleged in Count One of this Information, FRÉDÉRIC CILINS, a/k/a "Frédéric François Marcel Cilins," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense, including but not limited to a sum of United States currency representing the amount of proceeds obtained as a result of the offense.

3.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third person;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or

2

      e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853(p); and
Title 28, United States Code, Section 2461.)

*[signature]*
PREET BHARARA
United States Attorney

*[signature]*
JEFFREY H. KNOX/TJH
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

FRÉDÉRIC CILINS,
a/k/a "Frédéric François
Marcel Cilins,"

Defendant.

**SUPERSEDING INFORMATION**

S2 13 Cr. 315 (WHP)

(Title 18, United States Code,
Sections 1510 & 2; Title 21, United States
Code, Section 853(p); Title 28, United
States Code, Section 2461.)

PREET BHARARA
United States Attorney.

JEFFREY H. KNOX
Chief, Fraud Section, Criminal Division.