UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,          :

    -v.-                                                    :          13 Cr.315 (WHP)

FREDERIC CILINS,                              :
    a/k/a "Frederic Francois
    Marcel Cilins,"                           :

        Defendant.                        :

------------------------------------------------------------x



## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

    COMES NOW, the undersigned attorney, Bruce H. Lehr, on behalf of Lehr Levi & Mendez, P.A. (formerly d/b/a "Lehr, Fischer & Feldman") and moves to Withdraw as Counsel for Defendant in this cause.

    The undersigned represented defendant CILINS through the change of plea stage in this cause. Given the posture of this case and the fact that Defendant CILINS has been jointly represented by three separate attorneys, including Michelle Smith, William Schwartz, and the undersigned, it is the desire of the Defendant to have the undersigned withdraw as counsel for the sentencing phase of this cause.

    WHEREFORE, Attorney Bruce H. Lehr, on behalf of Lehr Levi & Mendez, P.A., respectfully requests that he be allowed to withdraw as counsel for the Defendant in this cause.

Respectfully submitted,

LEHR LEVI & MENDEZ, P.A.
Attorneys for Defendant CILINS
1401 Brickell Avenue, Suite 910
Miami, Florida 33131
Tel: (305) 377-1777
Fax: (305) 377-0087

BY  /s/ Bruce H. Lehr
    BRUCE H. LEHR
    Florida Bar No. 318930

*Application Granted.*

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.
4-28-14

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                              /s/ Bruce H. Lehr
                              BRUCE H. LEHR