**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2014

**BY ECF**

The Honorable William H. Pauley
United States District Judge
United States District Court for the
   Southern District of New York
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street, Chambers 2210
New York, New York 10007

                Re:   *United States* v. *Frederic Cilins*
                        S2 13 Cr. 315 (WHP)

Dear Judge Pauley:

      The Government respectfully requests, with the consent of the defense, that sentencing in the above-referenced matter, currently scheduled for June 27, 2014, be adjourned until July 25, 2014 at 2:00 p.m. The reason for this request is that Government counsel will be unavailable due to an unavoidable conflict. I have spoken with your Honor's deputy clerk, who informed me that the Court would be available for sentencing on July 25, 2014 at 2:00 p.m. I have also spoken with William Schwartz, Esq., counsel for the defendant, and that time is convenient for the defense.

                                          Very truly yours,

                                          PREET BHARARA
                                          United States Attorney

                           by: _____/s/_____
                               Elisha J. Kobre/Tarek Helou
                               Assistant U.S. Attorney/Trial Attorney
                               (212) 637-2599/(202) 305-3611

cc: William Schwartz, Esq.