UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                          :
UNITED STATES OF AMERICA,                                 :
                                                          :
            -vs.-                                         :        S1 13 Cr. 315 (WHP)
                                                          :
FREDERIC CILINS,                                          :
                                                          :
                              Defendant.                  :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


## APPENDIX OF REDACTED LETTERS
## IN SUPPORT OF FREDERIC CILINS

# APPENDIX OF REDACTED LETTERS
## IN SUPPORT OF FREDERIC CILINS

| NAME | TAB |
|------|-----|
| Brigitte Cilins-Bure | 1 |
| Sandrine Cilins | 2 |
| Elisa Cilins | 3 |
| Nina Cilins | 4 |
| ▓▓▓▓ Cilins | 5 |
| Sebastiana Cilins and Dr. Dominique Andrieux | 6 |
| Marie-José Deleau | 7 |
| Marcel Deleau | 8 |
| Jean-Christophe Deleau | 9 |
| Bernard Cilins | 10 |
| Anne Catherine Perigard | 11 |
| Pascal Cilins | 12 |
| Brigitte Cilins | 13 |
| Pietrino Manca | 14 |
| Jean Bure | 15 |
| Nicolas Cordier | 16 |
| Nicolas Cilins | 17 |
| Michael Cilins | 18 |
| Jean Pierre Bure | 19 |
| Tal Noy | 20 |
| Danielle Noy | 21 |
| Béatrice Le Pimpec | 22 |
| Pascal Tshelo | 23 |
| Nadine N'sayi | 24 |
| Christel Blache | 25 |
| Jacques Escalier | 26 |
| Jean-Pierre Barraja | 27 |
| Bernard Borasci | 28 |
| Jean-Francois and Corinne Croci | 29 |
| Alain Gouzon and Rebecca Bouchara | 30 |
| Jean-Philippe Granier | 31 |
| Cecile Penot | 32 |
| Patrick and Marie Christine Conil | 33 |
| Fiona Ipert* | 34 |
| Yuval Omer* | 35 |

---

* Ms. Ipert and Mr. Omer provided us with letters that do not have their signatures. We have requested letters with their signatures and will send them to the Court as soon as we receive them.

1

Madame Brigitte Cilins-Bure

██████████████████

06 160 Juan les pins
France

Honorable William H.Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007
États Unis

Juan les pins, le 30 mars 2014

Concerne : Frederic Cilins

Monsieur le juge,

Je vous écris au sujet de Monsieur Frederic Cilins actuellement incarcéré à M.D.C Brooklyn à New York et ce depuis le 14 avril 2013.

Frederic est mon mari et je n aurais jamais envisagé qu'un jour je devrais écrire ce genre de courrier aussi intime et personnel, et étaler ainsi ma vie et mes sentiments envers mon mari.

J ai connu Frederic en avril 1990, lors d une soirée entre amis, lui sortait d un divorce pénible et avait une petite fille de 6 ans, et moi d une relation "houleuse", sans intérêt.

Nous avons alors partagé nos peines, notre tristesse et nos désillusions et ainsi, au fil des mois une véritable relation s est créée pleine de rires complices, de joie, une relation enrichissante naissait. Nos peines se sont alors estompées laissant place à un amour sincère et profond. Nous avons alors privilégié l arrivée de nos filles, véritable preuve d amour pour celer notre union, à un mariage.

Ce n est que le 27 avril 2012 soit 22 ans après notre rencontre que nous avons décidé de nous marier à LAS VEGAS, en petit comité afin qu'enfin je puisse porter le nom de Frederic et de mes filles ce qui me rendait très fière. Malheureusement, le père de Frederic décédait brutalement quelques jours avant notre union, ce qui ternit notre bonheur. Mais mon beau-père se faisait une telle joie de ce mariage que nous avons décidé de maintenir la date. Nous sommes donc partis, Frederic, les filles et moi pour Las Vegas accompagnés de mon père qui malgré son âge tenait à être présent pour célébrer ce grand événement et ainsi m accompagner à l autel .

Depuis plus d un an, du fait de son arrestation, je suis séparée de mon mari. Notre vie de famille  a été totalement brisée ce 14 avril 2013.

Depuis notre rencontre nous avions une vie paisible, tranquille, rythmée par la naissance de nos filles. Elisa née en 1992, Nina en 1995, et la petite dernière ████ en 2000, il y a aussi Sandrine née en 1982 lors du précédent mariage de Frederic. J ai arrêté de travailler à la naissance d ████, j étais jusqu'alors assistante principale d un cabinet d expertise comptable.

Nous accordons tous deux la priorité à nos enfants et à notre jolie famille. Les fêtes, les réunions se font toujours chez nous avec joie et bonheur depuis au moins 18 ans. Notre maison est toujours ouverte et rayonnante . Malheureusement depuis le 14 avril la porte de ma maison reste fermée, ████

████████████████████████████████████████

Frederic représente la colonne vertébrale, le pilier de notre famille, notre référence. En effet, il est très posé, très réfléchi et très soucieux de répandre le bien autour de lui, il sait toujours trouver les mots justes afin de régler les conflits, c est un homme honnête et respectueux, jamais condamné, pas même pour une infraction au code de la route ! Cet homme, ce mari, ce père, ce fils, ce frère et maintenant ce grand père est un homme exemplaire, profondément aimé et admiré des siens bien sûr, mais aussi de ses amis et relations.

Bien sur notre vie n a pas toujours été paisible, ████████████████████

████████████████████████████████████████



Pourtant depuis un an notre vie a bien change, elle est maintenant rythmée par les visites épuisantes aussi bien physiquement, moralement que financièrement , que nous ne pouvons faire qu une fois par mois seulement ( du fait de l éloignement et du coût ) à MDC Brooklyn , Nous faisons ce grand voyage pour une heure seulement de visite mais c est la seule façon pour nous de nous ressourcer à son contact et que lui garde courage et foi.

Une de nos filles au moins m accompagne lors de ces visites mensuelles,

Lors de notre dernier voyage en avril nous avons attendu 2heures30 avec _____, dans le vent et le froid sans manteau car il n y a pas de place à l intérieur pour les laisser, pour finalement nous entendre dire qu'il n y aurait pas de visite aujourd'hui !!! Je ne peux vous décrire notre désespoir face à cette porte clause, tout ce voyage pour rien, nous sommes épuisées...

Sandrine a donné naissance à une petite fille le 12 avril 2013 soit 2 jours avant l arrestation de son père... Frederic n a donc jamais vu sa petite fille et elle n'a pas pu être baptisée en l absence de celui-ci.

Ma priorité est Frederic, bien sur mais la priorité des priorités c est mes filles, c est en elles que je puise le peu d énergie qui me fait tenir, j ai très peur pour elles, elles sont à l'âge de toutes les

tentations ; drogue, alcool, et mauvaises fréquentations, je me fais énormément de soucis pour elles, leur père leur manque cruellement .



L'enfermement est une chose terrible, mais à ça s ajoute aussi l'éloignement.

Il faut que mon mari revienne très vite parmi nous avant que notre famille ne se transforme en un champs de ruines, et soit dévastée par le chagrin.  Frederic est le gardien de notre santé physique mais surtout morale, de notre équilibre.
Le présent m'effraie et l'avenir me terrorise.

Par la présente, et avec toute la solennité et le respect qu'il se doit, je vous demande toute l indulgence possible afin que notre famille soit reconstituée au plus vite et retrouve son équilibre, son calme et sa sérénité  et faire ainsi que la vie nous épargne des drames que nous ne méritons vraiment pas.

Je vous prie d'agréer, monsieur le Juge, l expression de mes salutations respectueuses.

Brigitte CILINS-BURE



Mrs. Brigitte Cilins-Bure

██████████████

06 160 Juan les Pins
France

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
USA

Juan les Pins, March 30, 2014

Re: Frederic Cilins

Your Honor,

     I am writing to you with regard to Mr. Frederic Cilins, who has been incarcerated at M.D.C [Metropolitan Detention Center] Brooklyn, New York since April 14, 2013.

     Frederic is my husband and I could never have foreseen that one day I would have to write such a personal and intimate letter, which would lay bare my whole life and feelings towards my husband.

     I met Frederic in April 1990, during an evening with friends; he was going through a painful divorce and had a six-year-old daughter. I was in a loveless and "stormy" relationship.

     Together we shared our pain, our sadness and our disillusions, and eventually, over a few months, we developed a loving relationship full of joy and laughter; a rewarding relationship was born. Our pain faded away, leaving a deep and sincere love in its place. We gave priority to the arrival of our daughters, a real testament to our love that sealed our union, before marriage.

     It was only on April 27, 2012, 22 years after we met, that we decided to get married in LAS VEGAS, with a small ceremony so that I could finally, proudly share a name with Frederic and my daughters. Unfortunately, Frederic's father died suddenly a few days before our marriage, tarnishing our happiness. But my father-in-law was so happy about this wedding that we decided to keep the original date.

We then left, Frederic, the girls and I, for Las Vegas along with my father who, in spite of his age, insisted on being present to celebrate this wonderful event and to accompany me to the altar.

For over a year, because he was arrested, I have been separated from my husband. Since April 14, 2013, our family life has been shattered.

From the time we met, we have had a peaceful, quiet life, highlighted by the birth of our daughters; Elisa, born in 1992, Nina in 1995, and the youngest, ██████, in 2000, and there is also Sandrine, born in 1982 from Frederic's previous marriage. I stopped working after ██████ was born. Up to then, I had been the main assistant at an accounting firm.

We both agreed that our priorities lay with our children and our beautiful family. We have hosted holidays and family reunions at our home with joy and happiness for at least 18 years. Our house has always been sunny and open. Unfortunately, since April 14, the door to my house has remained firmly shut.

Frederic is the backbone, the pillar of our family, our guide. He is in fact very calm, rational, and always wants to do good by others. He always knows the right thing to say when resolving conflicts. He is an honest and respectful man. He has never been convicted, not even for a traffic offense! This man, this husband, father, son, brother, and now grandfather is an exemplary man. He is deeply loved and admired, not only by his family, but also by his friends and acquaintances.

Of course, our life has not always been idyllic.





However, since last year, our life has really changed. It is now marred by visits to MDC Brooklyn, which are physically, morally and financially exhausting. We can only make these visits once a month due to the distance and the cost. We make this long journey for just a one-hour visit, but it is the only way for us to keep in touch with him and help him to keep up his courage and faith.

At least one of our girls accompanies me during these monthly visits,

During our last journey in April, I waited for 2 hours and 30 minutes with

We waited in the wind and the cold without our coats, as there was nowhere inside to leave them, only to be told that there would be no visits that day. !!! I cannot describe our despair in front of that closed door, that long journey for nothing, we are exhausted...

Sandrine gave birth to a baby girl on April 12, 2013, which was two days before her grandfather's arrest. Frederic has therefore never seen his little granddaughter, and because of his absence, she has not yet been baptized.





My priority is Frederic, of course, but my main priority is my daughters. It is from them that I draw what little energy I have to keep going. I really do fear for them. They are at an age where there are so many temptations: drugs, alcohol and bad company. I worry about them so much, their father misses them terribly.



The imprisonment is bad enough, but on top of that, there is the distance.

My husband must return to us as soon as possible before our family disintegrates into grief and is devastated by sorrow. Frederic is the guardian of our physical and moreover our moral health, our equilibrium.

The present terrifies me and the future terrorizes me.

I hereby, with all due solemnity and respect, ask you to grant any possible leniency, so that our family can be quickly rebuilt and regain its peacefulness, serenity and balance, and spare us these dramas which we do not really deserve.

Sincerely,

Brigitte CILINS-BURE

[signature]

2

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
United States

Mlle Sandrine CILINS

█████████████████

68000 Colmar, France

Colmar, le 30 mars 2014

Cher Juge Pauley,

Je m'appelle Sandrine Cilins et je suis la fille ainée de Frédéric Cilins. Dans cette lettre je souhaite vous faire comprendre qui est mon père et je porte avec moi les pensées de ma fille Giuliana qui aura bientôt un an et qui n'a pas eu encore le bonheur de rencontrer son 'papi Fred'...

Depuis toute petite, j'ai toujours voué une grande admiration envers mon père. En grandissant, j'ai pris pour habitude, pour dire mon attachement à lui sur un ton humoristique, qu' « il y a le soleil, Dieu, et encore au-dessus mon père ». L'amour filial entre une fille et son père nous lie certes, mais nous l'avons renforcé de tant d'expériences et de partages au fil des années. A l'aube de mes 30 ans je peux dire sans hésiter que mes parents m'ont tout donné. Et pourtant, ils divorçaient alors que j'étais encore très jeune, à un âge où l'on a besoin de ses 2 parents ensemble. Mes parents ont toujours fait en sorte que cette séparation m'affecte le moins possible. Mon intérêt et mon bien être passaient avant le leur. Mon père a énormément souffert de cette séparation. La plupart des hommes se serait servi de leurs enfants pour faire pression sur leur femme ou la faire souffrir indirectement. Mon père n'a jamais agit de la sorte : malgré son chagrin et les difficultés qu'il a eu pour surmonter cette épreuve affective, il ne m'a jamais mis au milieu de leurs affaires de couple. Bien au contraire, j'étais sa priorité, faire en sorte que ce divorce ne me touche et ne me perturbe le moins possible. Ainsi il n'a jamais été question de me partager entre les 2. J'allais chez mon père tous les weekends et je pouvais le voir quand je le voulais.

Il a été présent dans tous les moments structurants de mon enfance : les réunions à l'école avec les instituteurs, les spectacles de fin d'année si importants quand on est petit, les choix d'orientation dans les études... Mon expérience d'enfant dont les parents sont divorcés fait souvent envie et étonne beaucoup de mes amis qui n'ont pas eu cette chance. Nous avons même reconstruit deux familles, très proches, dont le temps n'a fait que renforcer les liens. Quel bonheur de savoir que mon père peut discuter avec ma mère et son mari, partager un repas tous ensemble, se souhaiter les vœux pour les fêtes de fin d'année, se réunir tous ensemble pour mon anniversaire.

Mon père est la personne sur qui je peux compter quand tout va mal, quand je pense qu'il n'y a plus de solution : il sait toujours me faire voir les choses différemment, prendre un angle

différent qui fait avancer la réflexion ou prendre conscience qu'on se focalise sur une chose sans importance. Et peu importe ce qu'il est en train de faire à ce moment là : il sait se rendre immédiatement disponible pour moi, mais aussi pour chacune de mes 3 sœurs. Depuis 1 an qu'il n'est pas là, mes sœurs Elisa et Nina âgées de 21 et 18 ans ont évidemment eu des choix importants à faire pour leurs études. Mais voilà, Papa n'est pas là, enfin à distance, alors j'essaie de les aider du mieux que je le peux pour les orienter, en me disant toujours « c'est ce que Papa leur aurait dit ou conseillé».

Mon père m'a aussi appris qu'il n'est pas nécessaire de vivre dans la rancœur envers l'autre. Spontanément, et d'autant plus quand on est jeune, on s'emporte vite, on veut toujours avoir raison. Un peu comme un sage, je comprends grâce à lui, au fil du temps, qu'entretenir la haine, la rancœur et l'animosité envers les autres n'apporte rien de positif, mais au contraire cela nous fait perdre du temps, des bons moments à partager. Je ne me suis jamais disputé avec mon père, cela me semble inconcevable : il nous a toujours appris le dialogue et l'échange. Parler quand ça ne va pas, et même dialoguer toujours pour ne pas arriver à des situations impossibles.

Nous avons eu la chance de ne jamais manquer de rien. Je peux même dire que nous avons plutôt été des enfants gâtées, tant en amour qu'en biens matériels divers. Et pourtant, notre père est celui à nous a appris que « le saucisson de pousse pas sur les arbres », l'une de ses phrases fétiches pour nous rappeler à l'ordre et nous faire comprendre qu'il faut travailler, se donner les moyens d'atteindre ses objectifs. Le partage est aussi l'une de ses valeurs fortes.

Ses voyages et la misère qu'il a eue sous les yeux ont beaucoup marqué mon père. Je l'entends encore nous dire lorsqu'il nous racontait quelques épisodes : « je pourrai filmer pour que vous vous rendiez compte, que vous voyiez ces enfants et cette misère, mais non voilà je ne peux pas faire ça, c'est presque du voyeurisme, et ça fait trop mal ». Fort de son expérience, nous apprenons alors à relativiser les petits problèmes, ceux pour lesquels on se fait toujours une montagne, alors que ce n'est rien.

Bref ce que je veux dire ici c'est qu'un père, un bon père, est pour moi celui qui oriente, qui transmet des valeurs, celui qui enrichit l'autre de sa propre expérience, et bien sûr aime du plus profond de son cœur. Mon père est de ceux là et je suis tellement fière de lui.



Aujourd'hui que nous faisons ces lettres à son sujet, j'apprends encore tellement de choses sur lui... Mon père est quelqu'un de modeste et humble. Il ne se met jamais en avant et préfère rester discret. C'est pour ça que tant de personnes l'aiment et l'apprécient : parce que ce qu'il fait

pour quelqu'un, il le fait avec la générosité du cœur, celle qui n'attend rien en retour. Je me souviens il y a quelques années, nous nous apprêtions à fêter mon anniversaire de manière improvisée, mais voilà l'un de ses amis vient de perdre sa femme. Il lui propose alors de venir manger avec nous, passer un moment parler de tout et de rien. C'est dans ces attentions simples et affectueuses que ses amis l'apprécient.

Toutes ses qualités, je sais d'où elles viennent, ce sont celles de mon grand-père.

█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
██████████████████████████ ██ ██████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
████████████████████████████████

Dans cette fin d'année 2012 endeuillée, nous attendions malgré tout des réjouissances pour le mois de mai 2013. J'étais enceinte, le premier petit enfant qui ouvrait une nouvelle génération dans la famille. ████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
███████████████████████████████████████████ J'ai eu ce bonheur avec ma mère, de voir cet émerveillement dans ses yeux en découvrant sa petite fille. Mon père suit les évènements à distance : Nicolas mon ami, Brigitte sa femme, ma mère Marie-José, lui envoient les nouvelles en direct jusqu'à la naissance. Brigitte me raconte alors après coup que mon père était tellement heureux : lui qui d'habitude est plutôt mesuré, il était presque dans l'euphorie, la joie de savoir que sa petite fille était née. Il fait même une session shopping de dernière minute pour nous rapporter quelques attentions. Nous lui envoyons tous pleins de photos tout au long de la journée et nous attendons tous son retour avec impatience.

█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
████████████████████████████████

Mais nous savons bien que tout cela a aussi ses conséquences négatives.

Ma grand-mère tout d'abord. C'est une femme battante et courageuse qui s'est toujours dévouée pour sa famille. ████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████ Ils ont fait tout ce qu'ils peuvent et doivent faire pour leur mère, et bien au-delà encore,



quel dévouement pour elle ! Mon père passe la voir chaque jour, gère tous les papiers, la maison…

Et puis il y a moi. Moi qui découvre depuis un an l'immense bonheur d'avoir un enfant.

Mais il me suffit de regarder ma fille pour me dire qu'en plus de ne pas connaître son arrière grand-père décédé quelques mois plus tôt, elle est également privée de son Papi Fred. Je sais qu'il fera un grand-père exemplaire, tout comme il est un papa formidable. Alors une fois de plus je mets en œuvre ses enseignements : je prends ce que je peux prendre, je fais avec, en attendant que la situation s'améliore. J'envoie des photos très souvent à mon père, c'est le seul partage que nous pouvons avoir pour qu'il la voie grandir. Chaque envoi de courrier a un goût amer, mais je le fais pour lui, et pour moi aussi.

Toute ma famille est très affectée par l'absence de mon père. Il n'y a pas d'âge pour être malheureux en l'absence d'une personne qu'on aime. Nous avons fait plus que jamais de notre famille une priorité. Nous savoir aussi soudés est pour mon père un grand réconfort et un soutien immense pour garder la force à l'autre bout du monde. Bien sur la distance amplifie notre désarroi. Chaque voyage de l'un d'entre nous s'apparente à une véritable expédition pour seulement une heure de visite. Mais voilà une heure avec une personne qu'on aime ça vaut tous les voyages, aussi longs soient-ils.

Aujourd'hui, en ces heures où tout est compliqué, où mon Papa est loin et privé de liberté, que j'aimerai revenir à cette époque où il m'emmenait en moto, où on faisait un tour du Cap d'Antibes avant de rentrer, ou bien revenir à ce moment là, juste avant, où j'attendais avec impatience que mon Papa rentre pour lui présenter ma ███████, partager un moment unique ensemble, celui où il comprend qu'il devient Papi, que je deviens Maman tout en restant sa petite fille à lui, et surtout que tant de moments de bonheurs nous attendent...

Thank you for reading me Dear Judge Pauley.

Miss Sandrine Cilins

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
United States

Ms. Sandrine CILINS

█████████████

68000 Colmar, France

Colmar, March 30, 2014

Dear Judge Pauley,

My name is Sandrine Cilins and I am the eldest daughter of Frédéric Cilins. In this letter, I would like to help you understand who my father is, and I carry with me the thoughts of my daughter, ████████, who will soon be one year old and who has not yet had the pleasure of meeting her "Grandpa Fred."

Ever since I was a child, I have always had a great admiration for my father. Growing up, I made it a habit to talk about my attachment to him in a humorous way, saying that " there is the sun, then God, and then, above that, my father." The filial love between a girl and her father certainly bonds us, but we strengthened it through so many experiences and sharing over the years. On the eve of my 30th year, I can say without hesitation that my parents have given me everything, taught me everything. And yet, they divorced while I was still very young, at an age when we need our two parents together. My parents always made sure that this separation affected me as little as possible. My needs and welfare came before theirs. My father suffered enormously from this separation. Most men would have used their children to pressure their wives or make them suffer indirectly. My father never acted that way: despite his grief and the difficulties he had to overcome in this emotional ordeal, he never put me in the middle of their issues as a couple Instead, I was his priority, and he made sure that the divorce would affect and upset me as little as possible. So there was never any question of sharing me between the two of them. I went to my dad's house every weekend, and I could see him whenever I wanted.

He was present in all of the defining moments of my childhood: meetings at school with teachers, the end-of-the-year recitals that are so important when you're little, the choice of orientation in studies, etc. My experience as a child whose parents are divorced was often wished for, and it surprised many of my friends who have not been so lucky. We even rebuilt two very close families, and the time has only strengthened the bonds. What a joy to know that my father can talk with my mother and her husband, share a meal together, give each other best wishes for the holiday season, and gather together for my birthday.

My father is the person I can count on when things go wrong, when I think that there is no answer : he always knows how to make me see things differently, take a different angle that helps me think through it,

or realize that I was focusing on something unimportant. And no matter what he is doing at the time, he knows how to make himself immediately available to me, but also to each of my three sisters. In the past year that he has not been here, my sisters Elisa and Nina, ages 21 and 18, have obviously had to make major decisions about their studies. But now, Dad is not here, or is at a distance, so I try to help as best I can to guide them, always telling myself, "That's what Dad would have told them or recommended."

My father also taught me that it is not necessary to live with resentment towards one another. Spontaneously, especially when you're young, you get fed up quickly; you always want to be right. A bit like a sage, thanks to him, I understood over time that having hatred, resentment and animosity towards others brings nothing positive; on the contrary, it makes us lose time, good times to share. I've never argued with my father; it seems inconceivable. He always taught us dialogue and exchange. To talk when it's not going well, and even to dialogue always so as not to end up in impossible situations.

We had the good fortune of never lacking anything. I can even say that we have been rather spoiled children, both in love and in various material goods. And yet, our father is the one that has taught us that "sausage does not grow on trees," of his favorite phrases to keep us in line and make us understand that we must work to find ways to achieve our goals. Sharing is also one of his core values.

His travels and the misery he witnessed greatly influenced my father. I can still hear him telling us about a few episodes: " I could take video so that you realize, so that you see these children and this misery, but no, I cannot do that; it's almost voyeuristic, and it hurts too much." With his experience, we learned to relativize the small problems, which we always turn into a mountain, when they are really nothing.

In short, what I mean to say here is that for me, a father, a good father, is someone who guides others and transmits values, one who enriches the other from his own experience, and of course loves from the depths of his heart. My father is one of them and I am so proud of him.



Now that we are writing these letters about him, I'm learning even more about him. My father is modest and humble. He never puts himself out in front and prefers to remain discreet. That's why so many people love and appreciate him: because when he does something for someone, he does it with a generous heart, one that expects nothing in return.

I remember a few years ago, we were getting ready to celebrate my birthday in an improvised manner, but one of his friends had just lost his wife. He then asked him to come eat with us, to spend some time talking about everything and nothing. It is in these simple and affectionate attentions that his friends appreciate him.

I know where all of these qualities come from; they are from my grandfather.



At the end of a bereaved 2012, we nevertheless looked forward to the festivities of the month of May 2013. I was pregnant with the first grandchild, which opened a new generation in the family. ████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ I had this happiness with my mother, of seeing the wonder in her eyes as she discovered her granddaughter. My father follows the events remotely: My friend Nicolas, his wife Brigitte, and my mother Marie-José, sent him the news directly up to the birth. Brigitte told me afterward that my father was so happy; he, who is usually rather measured, was almost euphoric with the joy of knowing that his little granddaughter was born. He even did a last-minute shopping session to bring us some items. We sent him tons of photos throughout the day and we all look forward to his return.

But we know that all this also has its negative consequences.

My grandmother first. She's a fighter and a courageous woman who has always been devoted to her family.

They did everything they could and should do for their mother, and even more. What devotion to her! My father went to see her every day, managed all the papers, the house.



And then there is me. This year I discovered the immense joy of having a child.

But all I have to do is look at my daughter to tell myself that, in addition to not knowing her great-grandfather, who died a few months earlier, she is deprived of her Grandpa Fred. I know he will be an exemplary grandfather, as he is a great dad. So once again I implement his teachings: I take what I can, I make do, until the situation improves. I send pictures to my father very often; it is the only way of sharing that we have so that he can watch her grow. Every posting of mail has a bitter taste, but I do it for him, and for me too.

My whole family is affected by my father's absence. There is no age to be unhappy in the absence of someone you love. We have made our family a priority more than ever. Knowing that we are welded together is a great comfort and a great support for my father to keep up his strength at the other end of the world. Although the distance amplifies our dismay. Each trip one of us makes is like an expedition for only a one-hour visit. But then an hour with someone you love is worth all the traveling, no matter how long the trips may be.

Today, in these times when everything is complicated, where my Dad is far away and deprived of freedom, I'd like to go back to that time when he took me on a motorcycle, where we did a tour of Cap d'Antibes before returning, or return to this point just before, when I waited impatiently for my Dad to come to present my ██████ to him, to share a special moment together: one where he realizes that he has become Grandpa, that I'm a mom while also remaining his little girl to him, especially as so many moments of happiness lie ahead.

Thank you for reading me, Dear Judge Pauley.

Miss Sandrine Cilins

3

Mademoiselle Elisa Cilins

██████████████

06 160 Juan les Pins
France

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Etats-Unis

Juan les Pins, le 5 avril 2014

Concerne : Frédéric Cilins

Monsieur le juge,

Bonjour, je m'appelle Elisa Cilins, j'ai 21 ans je suis la deuxième fille de Frédéric
Cilins. J'ai trois sœurs avec lesquelles j'ai une forte complicité. Le but de ma lettre est
que vous preniez conscience Monsieur le juge, de la personne dont le sort se trouve
entre vos mains aujourd'hui, mon père. En effet, suivant de près les propos de
« journalistes » sur internet, il me paraît INDISPENSABLE de vous parler de mon
Papa. Je ne reconnais en rien l'homme qui est décrit dans ces nombreux articles ce qui
est très choquant pour moi. C'est pourquoi, je me permets de vous faire part de mes
sentiments.

Nous avons une certaine pudeur dans la famille lorsqu'il s'agit d'écrire et même de
dire ce que l'on ressent au plus profond de nous, j'ai donc beaucoup de mal à écrire
cette lettre, notamment à une personne que je ne connais pas.

Je ne sais même pas par où commencer… J'ai encore beaucoup de mal à réaliser la
situation actuelle de notre famille, qui réussie par je ne sais quel miracle à ne pas
sombrer. En fait, c'est l'amour que nous portons à Frédéric Cilins et le désir qu'il soit
fier de nous, qui nous pousse à être de plus en plus courageux chaque jour malgré la
douleur de ce manque.

Nous sommes pour beaucoup de nos amis, (autant les amis de la famille que les miens) une famille idéale. L'amour, le respect et la bonne humeur en sont les valeurs principales. Mes parents sont amoureux comme au premier jour et je ne peux pas en être moins fière. Je dois être une des rares personnes dans mon cercle d'amis pour qui c'est encore le cas. Nous sommes une famille extrêmement soudée.

Mon Papa est pour moi un exemple. J'espère que mon mari aura les valeurs, les qualités et même les défauts, identiques aux siens. Depuis toujours j'admire cet homme si aimant, calme, sincère, généreux, loyal, fidèle, l'écoute des autres, etc. On dit que dans chaque homme réside un côté sombre, mais je vous assure que je n'ai toujours pas connu le sien après presque 22 ans.

████████████████████████████████████████████████████████

████████████████

████████████████████████████████████████████████████████

████████████████████████ █ ████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████ Malgré son horrible situation, il reste très préoccupé de savoir comment nous allons, si nous avons besoin d'aide à la maison ou autre. Et le plus étonnant, c'est que c'est encore lui à l'heure d'aujourd'hui qui continue de nous soutenir. Il a toujours été très protecteur avec nous : « ses 5 femmes de sa vie » comme il nous appelle. Depuis 1 an il nous a confié plusieurs fois qu'il est très dur pour un homme de ne pas pouvoir protéger ses enfants et sa femme des dangers du quotidien. Cela l'affecte énormément car il a toujours fait son maximum pour nous préserver.

Papa a toujours été très généreux dans ses sentiments mais aussi dans ses actes. Il a toujours veillé à ce que sa femme et nous ses filles, nous ne manquions de rien. Cela également au delà de la famille, ses amis, et même parfois des inconnus.

Par exemple, un jour d'été, nous étions sur un quai dans un port. Une femme enceinte était sur un bateau et voulait aller sur le quai. Malheureusement, cette femme a glissé

et est tombée dans l'eau. Papa n'a pas hésité une seule seconde à sauter à l'eau pour secourir cette femme sous les yeux de son mari.

Ensuite, lorsque nous étions plus jeune Papa se rendait souvent en Afrique. Il nous disait toujours que l'on ne se rendait pas compte de la chance qu'on avait. C'est pourquoi, régulièrement il nous demandait de donner des fournitures scolaires, des jouets, des peluches, etc. afin d'apporter un peu de joie et de bien-être aux enfants africains. Nina et moi, dû à notre jeune âge, n'étions pas très enthousiastes à l'idée de donner nos jouets, nous ne comprenions pas vraiment pourquoi. Malgré cela, Papa ne nous a jamais laissé le choix. Il a depuis toujours aidé son prochain et cela encore aujourd'hui. Papa a des valeurs et des principes qui sont présents chez peu d'hommes. Je me rappellerais sans doute toute ma vie d'une phrase qu'il m'a dite quand j'étais petite : « je donnerais ma chemise à mon frère pour qu'il puisse se moucher ». Cette phrase m'a beaucoup marquée, j'y repense souvent.

Maintenant, je dois voir mon papa dans cette tenue beige, uniquement le lundi dans une pièce avec pleins d'inconnus, mais que fait on là ? Depuis le 14 avril 2013, je n'ai pu voir mon papa que quatre fois, son absence à la maison m'affecte terriblement.

[redacted]

[redacted]

Sandrine, ma sœur aînée a eu une petite fille, mon papa est devenu grand-père quasiment au même moment qu'il est parti. Il n'a donc toujours pas vu la sixième femme de sa vie.

[redacted]

Quant à moi, j'ai toujours été proche de mon papa. Il s'est toujours beaucoup intéressé à ma vie avec mes amis, à l'école etc. Il veut toujours savoir si je suis heureuse. Il accorde un point d'honneur à ma vie professionnelle. [redacted]

[redacted] J'aime beaucoup lui demander conseil. Il va toujours analyser la situation dans son intégralité pour pouvoir donner les meilleurs conseils possibles. Il va penser avant toute chose à mon bonheur, c'est quelqu'un de très franc. Egalement, il m'encourage constamment à aller de l'avant, à réaliser mes rêves. Lorsque je perds ma motivation, mon ambition, je sais qu'en allant lui parler je vais être beaucoup plus forte. C'est une très grande qualité. [redacted] Je dois maintenant attendre des heures pour pouvoir correspondre avec lui... Malgré

cela, lorsque j'ai besoin d'aide, pour mon rapport de stage par exemple il n'hésite pas une seconde à m'apporter toute son aide possible.

Les fêtes de fin d'année, Noel surtout, ont été extrêmement tristes. C'est la première fois de ma vie qu'une personne de notre famille n'est pas parmi nous. Nous avons tenté de prendre des photos pour les envoyer à Papa, tout le monde s'est mis soudainement à pleurer. Cette soirée a été vraiment très marquante car Noel a toujours été une fête très importante pour notre famille. Nous avions même honte d'être tous ensemble alors que Papa au même moment était dans cet endroit atroce.

Mes amis l'ont toujours apprécié, il a toujours beaucoup rie avec eux. Certains de mes amis lui ont même demandé conseil sur divers sujets, c'est avec plaisir qu'il les prodiguait. Il y a quelques années, alors que je fêtais le nouvel an avec ma famille, une amie à moi, ▮▮▮▮, était seule ce soir là. Il n'a pas hésité une seule seconde à l'inviter à nous joindre. Egalement, il est arrivé plusieurs fois que les soirs de Noel un ami à lui soit seul, pas une seule fois il a hésité à lui dire de nous joindre. Il n'aime pas voir des gens seuls ou exclus.

J'ai toujours su que ma famille porte un amour inconditionnel à mon papa. Mais en observant jour après jour ses amis se mobiliser pour lui et pour toute la famille, nous montre sa profonde gentillesse. J'ai moi même été étonnée de ce tel rassemblement. En effet, beaucoup de ses amis viennent à la maison pour prendre des nouvelles et quasiment aucun d'entre eux ne peut s'empêcher de verser une larme à cause de son absence.

Je ne pourrais jamais assez remercier mon papa pour ce qu'il a apporté à ma vie. Et cela encore aujourd'hui. Il réussi à faire de cette situation insurmontable une expérience de la vie malgré tout. Il continue à porter notre famille à bout de bras, il continue de faire son devoir de père et de mari. Depuis qu'il n'est plus là je sens notre famille extrêmement affaiblie.

En espérant que cette lettre puisse vous aider dans votre décision. C'est avec la plus grande sincérité que j'ai écrit ces mots, veuillez prendre cela en considération Votre Honneur au moment de la détermination de la peine. Cet homme est plus qu'indispensable à ma vie, à celle de sa maman, de ma maman, de mes sœurs, de sa toute nouvelle petite fille,... Il n'y a aucun mot qui puisse vous montrer à quel point mon amour pour mon Papa est fort et à quel point cet homme est extraordinaire.

Elisa Cilins

Ms. Elisa Cilins

06 160 Juan les Pins
France

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
USA

Juan les Pins, April 5, 2014

Re: Frédéric Cilins

Your Honor,

Hello. My name is Elisa Cilins. I'm 21 years old, and I'm the second eldest daughter of Frédéric Cilins. I have three sisters, and I'm very close to them. The goal of my letter, Your Honor, is to make you aware of the individual whose fate rests in your hands today: my father. Indeed, as I've been closely following what is being said by "journalists" online, I feel that it is VITAL to speak to you about my dad. I fail to recognize the man being described in these many articles, which is very shocking for me. This is why I've taken the liberty of sharing my feelings with you.

Within the family, we're rather reserved when it comes to writing and even saying what we feel deep down; so writing this letter, particularly to someone I don't know, is a really painful task for me.

I don't even know where to begin...it's still extremely painful for me to come to terms with the current circumstances that have befallen our family, which has, only by some miracle unknown to me, managed to avoid falling apart. Actually, it's our love for Frédéric Cilins and our desire for him to be proud of us that have driven us to be braver and braver each day despite the pain caused by this loss.

In the eyes of many of our friends (the friends of the family, as well as my own friends), we are an ideal family. Our main values are love, respect, and cheerfulness. My parents are just as in love as they were in the very beginning, and I couldn't possibly be more proud of them. I've got to be one of the one of the few people in my circle of friends for whom that statement still rings true. We are an extremely close-knit family.

I consider my dad to be an example. I hope that my husband someday will have the same values, the same qualities, and even the same flaws as my dad. I've always admired this man, who is so loving, calm, sincere, generous, loyal, faithful, attentive, and so on. People say that every man has a dark side, but I assure you that, in nearly 22 years, I have never been familiar with his.

████████████████████████████████████████████████
████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

████████████████████ Despite his horrible circumstances, he's still very concerned about finding out how we're doing and whether we need any help at home or any other type of assistance. And what is most amazing is that even now he's still supporting us. He's always been very protective of us : "the 5 women in his life," as he calls us. For the past year, he has admitted to us many times that it's very hard for a man not to be able to protect his kids and his wife from the dangers of day-to-day life. This has affected him tremendously, since he's always done as much as he can to keep us well.

Dad was always very generous, not only in terms of his feelings, but also his actions. He always took steps to ensure that his wife and we, his daughters,

weren't without anything. That attitude has also extended beyond the family, including his friends and, sometimes, even strangers.

For example, one summer day, we were on a wharf at a harbor. There was a pregnant woman who was on a boat and wanted to come onto the wharf. Unfortunately, this woman slipped and fell into the water. Dad didn't hesitate for a single second; he jumped into the water to rescue that woman as her husband watched.

Furthermore, when we were younger, Dad often took trips to Africa. He would always tell us that we didn't realize how lucky we had it. This is why he would frequently ask us to donate school supplies, toys, stuffed animals, etc. in order to bring a bring a bit of joy and wellness into the lives of some African children. Because we were so little, Nina and I weren't terribly thrilled with the idea of giving away our toys; we didn't really understand the reason why. Despite that, Dad never gave us any choice in the matter. Since then, he has always helped his fellow human beings, and that is still the case today. Not very many people hold the values and principles that Dad has embraced. I'll certainly always remember a sentence that he said to me when I was a little girl: "I'd give the shirt off my back to my brother just so that he could blow his nose ." That sentence really had an impact on me, and I've often thought about it again and again.


Now I must see my dad in that beige uniform just on Mondays in a room with lots of strangers, but what is being done there? Since April 14, 2013, I've been able to see my dad a total of four times; his absence from home has affected me in a terrible way.





Sandrine, my elder sister, had a little girl. My dad thus became a grandpa practically right at the very time when he went away. Consequently, he still hasn't seen the sixth woman in his life.



As for me, I was always close to my dad. He's always been very interested in my social life, my schooling, and so on. He always wants to know whether I'm happy. He has taken particular pride in my career. ████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████ I really like asking him for advice. He'll always analyze the big picture in order to be able to offer the best possible advice. Above all else, he'll consider my happiness. He's someone who really tells it like it is. Also, he constantly encourages me to move forward, to make my dreams come true. When I lose heart, lose my ambition, I know that, by talking things out with him, I'm going to be a lot stronger. It's a really great quality. ████████████████████████████████████████████████████████████

Now I have to wait hours in order to have a chance to write to him...Despite that, when I need help, for example, for my internship report, he doesn't hesitate even a second to help me as much as he can.

The holidays, especially Christmas, were extremely sad. This was the first time in my life when a family member wasn't with us. We tried to take some photos to send to Dad, but everyone suddenly burst into tears. That evening get-together really made a lasting impression since Christmas had always been a very important holiday for our family. We even felt guilty about the fact that all of us were together while Dad was in that dreadful place.

████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████ My friends always liked him; he always laughed a lot with them. Some of my friends even asked him for advice on various topics, and he was glad to give it to them. Some years ago, while I was celebrating New Year's Eve with my family, one of my

friends, ███████, found herself all alone that evening. He didn't hesitate a single second to invite her to join us. Also, on multiple occasions, on the evening of Christmas Day, when a friend of his happened to be alone, my Dad never hesitated to ask him to come over and be with us. He doesn't like to see people alone or left out of things.



I always knew that my family has loved my dad unconditionally. But, by observing how his friends have rallied around him and around the entire family on a daily basis, we've been shown how deeply kind he is. Even I've been astounded by how such support has been mustered. Indeed, a lot of his friends come over to the house to find out the latest news about him, and practically none of them can keep from shedding a tear due to his absence.

I could never thank my dad enough for what he's contributed to my life. And he continues to do so today. He's managed to turn this insurmountable situation into one of life's experiences in spite of everything. He continues to sustain our family single-handedly; he keeps doing his duty as a father and a husband. Since he's been gone, I feel that our family has taken a tremendous hit.

I hope that this letter can help you to reach a decision. It's with the utmost sincerity that I'm writing these words; please take that into consideration, Your

Honor, during the sentencing phase. This man is beyond indispensable to my life and to the lives of his mom, my mom, my sisters, and his brand-new baby granddaughter... There simply isn't a word that can convey to you the full extent of the strength of my love for my dad and how extraordinary this man is.

Elisa Cilins

4

Mademoiselle CILINS Nina

06 160 Juan-les-Pins

Honorable William H.Pauley, III
United States District Judge
United State District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Etats Unis

Juan-les-Pins, le 18 avril 2014

Concerne : Frédéric Cilins

Monsieur le juge,

Je vous écris au sujet de Monsieur Frédéric Cilins actuellement incarcéré à M.D.C Brooklyn à New York et ce depuis le 14 Avril 2013.

Je suis la troisième fille de Frédéric, j'ai 18 ans et je finis ma première année en faculté de droit et sciences politiques à Nice.

L'annonce de l'arrestation de mon père a eu l'effet d'une bombe : en l'espace d'une journée, j'ai eu l'impression que le temps s'était arrêté pour ma famille et moi. On est entré dans une sorte d'attente permanente, à l'affût de la moindre nouvelle. A chaque nouvelle audience, la déception était toujours plus forte, nous ne nous étions pas préparés à une attente aussi longue. Pour moi, le 14 Avril a été le début d'une nouvelle vie, d'une sorte de demi-vie sans mon père, une vie entre parenthèses.

Son arrestation est arrivée alors que j'étais en terminale, année de mon bac.

On vivait dans l'espoir que mon père rentre le plus tôt possible ; on a d'abord compté en jour, puis en semaine mais jamais on aurait pensé compter en année. Vivre dans l'incertitude constante est terrible.

En plus de l'année du bac, la terminale était pour moi, l'année où je devais choisir mon orientation, un choix déjà difficile en soi. Je m'étais conditionnée toute l'année à me dire que j'allais partir de chez moi pour mes études, que ce soit à Paris ou juste à Aix-en-Provence afin d'intégrer la prestigieuse école de Sciences-Po. C'est d'ailleurs mon père qui m'avait fait découvrir cette voie, qui semblait me correspondre parfaitement. Dès le début de mon année scolaire en septembre 2012, j'avais donc commencé à me préparer aux examens d'entrée en suivant des cours supplémentaires avec l'aide de mon père, qui me soutenait beaucoup et voulait me voir réussir.



Il y a ensuite eu ma première rentrée en tant qu'étudiante, à passer sans mon père.

Mon père est le pilier de ma famille, c'est lui qui assure en toute situation, il sait comment y faire face. C'est quelqu'un de très posé, réfléchi, admirable. Il a toujours pensé aux autres avant de penser à lui, c'est quelqu'un de dévoué qui veut faire le bien autour de lui. Sans lui, notre famille ne ressemble à rien.

Cela s'est d'ailleurs vu tout au long de cette année passée en son absence.

Il en a été de même pour les fêtes de fin d'année, et particulièrement Noël. Habituellement, on se réunit en famille à la maison dans une ambiance conviviale, chaleureuse, heureuse. Mon père ou mon oncle joue au Père-Noël pour mes petits cousins et avec ma mère on prépare le repas. Les taches sont bien définies, mon père s'occupe de la table et des musiques de noël, ma mère est en cuisine et on décore tous ensemble la maison. J'ai le souvenir de ses fêtes depuis que je suis petite, la famille entière est réunie, une grande table d'une trentaine de personnes, les cadeaux sous le sapin et une bonne ambiance assurée.

███████████████████████████████████████████

███████████████████ Heureusement, la seule qui a su nous redonner l'envie de rire a
été ████████, la fille de Sandrine (ma sœur aînée) née le 12 avril 2013. Elle a fait de mon père un
grand-père, bien qu'il ne l'ait jamais vu. Je n'ose même pas imaginer à quel point ça a dû être dur
pour lui, de savoir que sa plus grande fille était mère sans pouvoir être à ses côtés. Voir grandir
███████ est à la fois une joie immense pour moi, sa marraine et sa tante, et une peine affreuse. En
voyant la tête de ce petit bout de chou je ne peux m'empêcher de l'assimiler à l'absence grandissante
de mon père, arrêté deux jours après sa naissance.
Maintenant, ses dents ont commencé à pousser, elle marche à quatre-pates et veut se mettre debout,
tous ses progrès que mon père n'aura pas vu, tous ses évènements si important pour un grand-père
qu'il a manqué. ████████ n'est d'ailleurs toujours pas baptisée, Sandrine ne peut pas imaginer baptiser
sa fille en l'absence de son grand-père.

███████████████████████████████████████████

████████████████████████████████████████ Mon
père est quelqu'un qui a toujours occupé une place importante, primordiale, dans la vie de chacun
d'entre nous. Il a toujours voulu tous nous protéger, particulièrement avec mes sœurs et ma mère.
Jusqu'à ce terrible 14 Avril 2013, j'ai évolué dans un monde paisible, un environnement sain, sous la
protection de mon père. Je me sentais invincible à ses cotés, rien ne pouvait venir perturber la
tranquillité de ma vie. Du moins, mon père aurait su rétablir l'équilibre.

███████████████████████████████████████████

    J'espère que ma lettre vous aura aidé à faire plus ample connaissance avec mon père et qu'elle
vous aura éclairé sur la situation dans laquelle nous sommes depuis son incarcération.

    Je vous prie d'agréer, Monsieur le juge, l'assurance de ma considération distinguée.


Nina CILINS



Pins

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
USA

Juan-les-Pins, April 18, 2014

Re: Frédéric Cilins

Dear Judge Pauley,

I am writing to you with regard to Mr. Frédéric Cilins, who has been incarcerated at MDC [Metropolitan Detention Center] Brooklyn in New York since April 14, 2013.

I am Frédéric's third daughter. I am 18 years old, and I have finished my first year at the Faculty of Law and Political Sciences in Nice [France].

The announcement of my father's arrest was a real bombshell: within the space of a single day, I felt that time had stopped for my family and me. We became wrapped up in a state of constant waiting, on the lookout for the tiniest bit of news. With each new hearing, the sense of disappointment swelled; we weren't prepared for such a long wait. For me, April 14 was the start of a new life, a sort of half-life without my father, a life put on hold.

His arrest came at a time while I was in my senior year of high school, the year I was planning on graduating.



days; days turned into weeks, but we never thought that we'd be counting in years. Living with constant uncertainty is terrible.

In addition to being my graduation year, my senior year was also when I had to choose my area of specialization, already a tough decision in itself. I had conditioned myself all year long to tell myself that I was going to leave home and go to school, either to Paris or just to Aix-en-Provence in order to attend their prestigious political science school. Moreover, my father was the one who had pointed out this option for me, and it seemed to fit me to a T. From the beginning of my school year in September 2012 onward, I had thus started to prepare for the entrance exams, taking extr





Then I went through the first back-to-school period I'd ever spent without my father.



to deal with things. He's someone who's very calm, rational, admirable. He's always thought of others before thinking of himself; he's a dedicated individual who wants to do good with regard to everyone and everything around him. Without him, our family seems like a real mess.

This was, moreover, apparent over the course of this past year without him.



as. Typically, everyone at the family would get together at the house for a warm, friendly, happy celebration. My father or my uncle would be Santa for my younger cousins, and some of us would help my mother prepare the meal. The duties are clear-cut; my father is in charge of the table and the Christmas music, while my mother rules the kitchen. All of us help decorate the house. My holiday memories date back to when I was a little girl; I recall the whole family gathered together, about thirty

████, Sandrine's daughter, who'd been born on April 12, 2013. She made my father a grandfather, although he's never seen her. I don't even dare imagine how hard this has to have been for him, knowing that his eldest daughter has become a mother and not being able to be by her side. I am ████ godmother and aunt, and seeing her grow is both an immense source of joy and an awful source of sorrow. When I see that little tot's face, I can't help associating it with the lengthening absence of my father, who was arrested two days after she was born.

She's teething now; she's crawling and wants to stand up; he hasn't witnessed any of these milestones, and he's missed out on all these events that are so important to a grandfather. Moreover, ████ hasn't had her christening yet, as Sandrine can't imagine holding her daughter's christening without her grandfa

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████  wanted to protect all of us, especially my sisters and my mother. Until that awful April 14, 2013, I had grown up in a calm world, a healthy environment, protected by my father. By his side, I felt that nothing could harm me or come a

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

I hope that my letter will help you to get to know my father better and that it will shed light on our circumstances since his incarceration.

Yours truly,

Nina Cilins

5



06 160 Juan les pins
France

Honorable William H.Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
États Unis

Monsieur le juge,





06 160 Juan les pins
France

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007
USA

Your Honor,



6

Honorable William H. Pauley III
United States District Judge
United sates District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Etats- Unis

Madame CILINS Sebastiana
███████████████
06220 Golfe-Juan
FRANCE

Le 7 mai 2014

Honorable Juge Pauley,

Je suis la maman de Frédéric et suis âgée de 77 ans.

Mon fils est le deuxième de mon défunt mari et le premier de mon côté. Dès leur plus jeune âge, nous avons inculqué à nos enfants les valeurs éducatives qui nous tiennent à cœur telles que la politesse, le respect, la famille, le gout du travail, la tolérance ou l'amitié. Nous avons voulu donner à nos enfants ces valeurs pour qu'eux –mêmes les respectent, les appliquent et les transmettent à leurs propres enfants.
Mes fils, Frédéric et Bernard ainsi que Pascal sont à l'image de ces valeurs, tout comme leurs enfants respectifs. Tous sont ma fierté et ma joie. Mais aujourd'hui, nous sommes tous unis et rassemblés dans la peine et la douleur depuis l'arrestation de Frédéric.

En effet, je vous prie de croire, Honorable Juge Pauley, que son absence est particulièrement difficile à vivre. Il est très douloureux d'accepter que Frédéric ne soit toujours pas rentré d'un déplacement qui se devait temporaire. Il me manque infiniment ainsi qu'à toute sa famille et ses amis.

Frédéric est une personne très proche des siens, n'ayant de cesse que de prendre des nouvelles des uns et des autres, en faisant bien souvent le lien entre chacun. A titre d'exemple, Frédéric est capable d'effectuer des milliers de kilomètres pour se rendre au chevet d'une tante ou d'un oncle mourant. ███████████████████████████████, Il
n'a pas hésité à aller le voir et ainsi lui donner toute l'attention qu'il méritait. Ces marques d'affection sont très largement appréciées dans la famille d'autant plus qu'elles se font naturellement sans calcul. Dans la même lignée, il a su se rendre disponible pour aller voir mes sœurs ou mon frère à Florence en Italie, lorsque cela s'avérait nécessaire dans des périodes douloureuses.
Frédéric a toujours été présent lors des évènements heureux ou malheureux. C'est un homme aimant assurant un réconfort auprès des siens.

Pour ses filles, Frédéric est un formidable père de famille. Elles sont sa fierté et il a su les éduquer avec leur mère, dans le respect des valeurs qui nous sont propres. Il a toujours su les accompagner dans leur projet, les soutenir quand elles doutaient, les encourager, leur apprendre à s'engager, à s'investir, à s'ouvrir et à transmettre.
███████████████████████████████████████

1



Il m'a particulièrement aidé dans la gestion de mon quotidien notamment dans les différentes démarches administratives, la gestion de la maison, Il s'occupait de tout (papiers, assurances,...).

Lors de ce dernier Noël, Frédéric avait souhaité que l'on puisse malgré tout se retrouver en famille.

Lui, si famille, si paternel, avait une joie immense quand il avait appris qu'il allait être grand père ; mais quelle tristesse de constater qu'il ne la connait qu'à travers des photos.

En espérant que ces quelques éléments vous éclairent sur la personnalité de Frédéric, je vous remercie pour votre attention et vous prie d'agréer, Honorable Juge Pauley, l'expression de mes très respectueuses salutations.

Mme CILINS Sebastiana

*Cilins*

2





Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
USA

Ms. Sebastiana CILINS

06220 Golfe-Juan
FRANCE

May 7, 2014

Honorable Judge Pauley:

I am Frédéric's mom, and I am 77 years old.

My son is my late husband's second child and my first. We instilled the educational values that we hold dear, such as politeness, respect, family, a willingness to work, tolerance, and friendship in our children from a very early age. We wanted to hand these values down to our children so that they would respect them, apply them, and pass them along to their own children. My sons Frédéric, Bernard, and Pascal reflect these values, as do their respective children. All of them are my pride and joy. But now, we have all been united and gathered together in pain and sorrow ever since Frédéric's arrest.

Indeed, I ask you, Honorable Judge Pauley, to believe that his absence has been particularly hard to endure. It is very painful to accept the fact that Frédéric has not yet returned from a move that ought to have been temporary. I miss him beyond belief, as do his entire family and his friends.

Frédéric is very close to those he holds near and dear; he strives to keep in touch with everyone, often becoming the link between them all. For example, Frédéric is capable of traveling thousands of miles to go to the bedside of a dying uncle or aunt. Frédéric did not hesitate to go see him and give him all the attention that he deserved. These displays of affection have been greatly appreciated within the family, especially since they are made naturally and unselfishly. In the same vein, he managed to make himself available when necessary to go see my sisters or my brother in Florence, Italy during painful times. Frédéric has always been there, in both good times and bad. He is a loving man who provides strength and support to his loved ones.

Frédéric is a wonderful father to his daughters. They are the apples of his eye, and he and their mother have managed to bring them up with due respect for our family values. He has always managed to guide them in their endeavors, support them in their moments of doubt, encourage them, and teach them how to be committed, invested, open-minded, and giving.

1



In particular, he helped me to manage my day-to-day life, especially with regard to various administrative tasks and the running of the household. He took care of everything (documents, insurance, etc.).

Last Christmas, Frédéric wanted us to spend the holiday together as a family, in spite of everything. As he is so family-oriented, so paternal, he felt an immense joy when he found out that he was going to be a grandfather; but how sad it is to note that he only knows her through photographs.

I hope that this information will provide you with a clear idea of Frédéric's personality. I thank you for your consideration and ask, Honorable Judge Pauley, that you please accept my most respectful regards.

Ms. Sebastiana CILINS

2



7

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
United States

Mme Marie-José DELEAU

██████████████████████████████
██████████████████████████████

06600 Antibes, France

Antibes, le 24 mars 2014

Cher Juge Pauley,

Je m'appelle Marie-José Deleau, je suis l'ex femme de Frédéric. Nous nous sommes mariés en 1983 et avons eu une fille Sandrine qui a aujourd'hui 29 ans.

Frédéric est droit, travailleur et attache une énorme importance à la famille. Je me souviens d'un jour où nous étions convoqués pour une réunion parents professeurs à l'école. Frédéric était en voyage à l'autre bout du monde. Première de la classe pour la première fois, Sandrine aurait aimé que son père soit là. J'appelle Frédéric et je lui dis que c'est très important pour Sandrine qu'il soit présent. Il n'a pas hésité une seconde, il a anticipé son retour et a pu voir tous les professeurs, très fier de constater que sa fille était brillante pour les études.

Pour les 18 ans de notre fille, il a organisé son anniversaire avec sa femme Brigitte et ses 3 filles, mon mari Marcel Deleau et notre fils Jean-Christophe. Ce fut une des plus belles surprises pour notre fille de nous trouver tous ensemble réunis pour son anniversaire. Et des fêtes familiales, il y en a eu beaucoup d'autres... C'est toujours avec grand plaisir que nous nous retrouvons.

Mon mari et moi-même avons un profond respect pour Frédéric et Brigitte, et c'est réciproque. En effet entre nous règne un climat de confiance et chaleureux. Nous sommes restés très proches, évidemment pour le bien des enfants, mais aussi avant tout parce que nous nous apprécions tous les 4.

Frédéric a toujours été présent dans ma vie et celle de Sandrine, il n'aurait jamais laissé un autre homme assumer ce rôle de père qui lui tient tant à cœur.

Frédéric est intègre, loyal, généreux, les valeurs familiales et morales sont les bases de sa vie. Je me souviens le jour de notre mariage nous sommes allés à l'hôpital voir son parrain très malade, il a tenu à faire une photo avec lui, ce fût un grand moment d'émotion. Mais Frédéric est comme ça, tous les gens qu'il aime, il ne les oublie pas.

████████████████████     █     ████████████████████
████████████████████████████████████████

J'ai toujours pu compter sur lui, il a veillé à ce que Sandrine ne soit jamais dans le besoin, et même en ces moments difficiles il s'inquiète de savoir comment elle va.

Frédéric est très dévoué pour les amis, je ne compte plus le nombre de fois qu'il a dépanné un collègue, toujours prêt à rendre service.

Quand nous étions mariés nous passions beaucoup de temps avec ses parents qu'il adore. Très souvent nous allions rendre visite aux amis âgés de ses parents. Nous avions 20 ans et lui déjà préférait partager des moments avec la famille le dimanche plutôt qu'avec les amis de notre âge.

Il a participé complètement à l'éducation de Sandrine, lui a permis de faire des études supérieures. Il a toujours privilégié ses besoins et son bonheur, toutes les décisions pour Sandrine ont été prises ensemble d'un commun accord.

Toute sa vie il a vécu pour ses enfants et sa famille. Régulièrement nous nous réunissons avec sa femme, mon mari et tous nos enfants respectifs, nous sommes même devenus un exemple de réussite en famille recomposée par rapport à notre entourage.

Frédéric a su rester humble et discret.

Ce 12 avril 2013, nous avons eu la joie d'être grands-parents, il n'a pas encore eu le bonheur de connaitre notre petite fille ███████. Frédéric doit revenir, la vie s'est arrêtée depuis qu'il n'est plus là, nous l'attendons tous pour fêter l'arrivée de notre petite fille qui va avoir 1 an.

Je suis très fière de lui, il est le père de ma fille, je le soutiendrai tant qu'il le faudra et jusqu'à la fin de mes jours. Il le mérite.

Je suis très proche de sa femme, sa mère, son frère et toute sa famille. Nous nous aidons les uns les autres pour supporter son absence.

Frédéric a tellement donné d'amour aux siens que son absence est inconcevable. Nous l'aimons tant.

Frédéric est une très très belle personne et j'ai entièrement confiance en lui.

Mme Marie-José Deleau

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
United States

Mrs. Marie-José DELEAU

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

06600 Antibes, France

Antibes, March 24, 2014

Dear Judge Pauley,

My name is Marie-José Deleau. I am Frédéric's ex-wife. We married in 1983 and had a daughter, Sandrine, who is now 29 years old.

Frédéric is upright, hardworking, and attaches great importance to family. I remember one day we were invited to a parent-teacher meeting at school. Frédéric was traveling across the world. First in her class for the first time, Sandrine would have wanted her father to be there. I called Frédéric and I told him that it was very important to Sandrine for him to be there. He did not hesitate a second. He cut his trip short and was able to see all the teachers; he was very proud that his daughter was outstanding in her studies.

When our daughter turned 18, he organized her birthday party with his wife, Brigitte, and their 3 daughters, my husband Marcel Deleau and our son Jean-Christophe. It was one of the nicest surprises for our daughter to find all of us gathered for her birthday. And in family celebrations, there were many others—it is always with great pleasure that we get together.

My husband and I have a deep respect for Frédéric and Brigitte, and the feeling is mutual. Indeed, there is an atmosphere of trust and warmth among us. We were very close, obviously for the children's benefit, but above all because we care for each other, all four of us.

Frédéric has always been present in my life and in that of Sandrine. He would never let another man take on this role of fatherhood that he cherishes so much.

Frédéric is honest, loyal, and generous, and family and moral values are the foundation of his life. I remember on our wedding day we went to the hospital to see his godfather, who was very sick. He wanted to take a picture with him. It was a very emotional moment. But Frédéric is like that. He doesn't forget any of the people he loves.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I could always count on him. He made sure that Sandrine was never in need, and, even in these difficult times, he is concerned with how she is doing.

Frédéric is very dedicated to his friends. I cannot count the number of times he has lent a hand to a colleague. He is always ready to help.

When we were married, we spent a lot of time with his parents, whom he loves deeply. We often visited old friends of his parents. We were 20 years old and he already preferred to share moments with family on Sunday rather than with friends our age.

He was fully involved in Sandrine's education, and made it possible for her to pursue a graduate degree. He has always given priority to her needs and her happiness. All of the decisions we made regarding Sandrine were made together by mutual agreement.

All his life, he has lived for his children and his family. We get together regularly with his wife, my husband, and all our respective children; our friends even see us as an example of successful stepfamily relations.

Frédéric has remained humble and discreet.

This April 12, 2013, we had the joy of becoming grandparents. He has not yet had the pleasure of meeting our granddaughter, ███████. Frédéric must return. Life has stopped since he is no longer here. We are all waiting for him to celebrate the arrival of our little granddaughter, who will turn one year old.

I am very proud of him; he is the father of my daughter, and I will support him as long as necessary until the end of my days. He deserves it.

I am very close to his wife, his mother, his brother and his entire family. We help each other to bear his absence.

Frédéric gave so much love to his family that his absence is inconceivable. We love him so much.

Frédéric is a very, very beautiful person, and I have full confidence in him.


Mrs. Marie-José Deleau

8

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
United States

M. Marcel DELEAU

██████████████████

06600 Antibes, France

Antibes, le 24 mars 2014

Cher Juge Pauley,

Je m'appelle Marcel Deleau, j'ai 62 ans et je suis le mari de Marie-José Deleau, l'ex femme de Frédéric Cilins et mère de leur fille Sandrine.

J'ai connu Frédéric il y a plus de 25 ans, lors de sa séparation avec Marie-José. Sandrine leur fille avait alors environ 2 ans.

Cette séparation a été une véritable déchirure pour Frédéric et une énorme souffrance. J'étais alors ami et confident de Marie-José. J'ai ainsi pu observer le comportement de Frédéric qui, au lieu d'utiliser sa fille pour faire pression sur son épouse, a tout fait pour privilégier le bien-être de sa fille.

Tout en étant séparé, Frédéric a continué à assumer son rôle de père, a toujours été présent pour continuer à donner à Sandrine un environnement familial sain et équilibré.

Frédéric est très attaché aux principes de la famille et aux valeurs humaines qui le caractérisent. C'est un homme de cœur, un homme de parole toujours prêt à rendre service. Il est très aimé de sa famille et apprécié de ses amis, auxquels il manque beaucoup.

Sa famille a besoin de sa présence, il en est le pilier.

J'ai personnellement beaucoup d'admiration pour cet homme bon et intègre, et espère un dénouement rapide et heureux à cette aventure.

M. Marcel Deleau

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
USA

Mr. Marcel Deleau

06600 Antibes, France

Antibes, March 24, 2014

Dear Judge Pauley,

My name is Marcel Deleau. I am 62 years old and I am the husband of Marie-José Deleau, the former wife of Frédéric Cilins and mother of their daughter, Sandrine.

I knew Frédéric for over 25 years after his separation from Marie-José. Sandrine their daughter was then about 2 years old.

This separation really tore Frédéric up and was an enormous distress. At that time, I was a friend and confidant of Marie-José. I was able to observe Frédéric's behavior and saw that, instead of using his daughter to put pressure on his wife, he did everything to foster his daughter's well-being.

While separated, Frédéric continued to assume his role as a father. He was always present to continue to give Sandrine a balanced and healthy family environment.

Frédéric is very committed to the principles of family and to the human values that characterize it. He is a man of heart, a man of his word who is always ready to help. He is very loved by his family and appreciated by his friends, who miss him very much.

His family needs his presence; he is their pillar.

I personally have great admiration for this good and honest man, and hope for a quick and happy ending to this mishap.

Mr. Marcel Deleau

9

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
United States

M. Jean-Christophe DELEAU

██████████████████████████

06600 Antibes, France

Antibes, le 24 mars 2014

Cher Juge Pauley,

Je m'appelle Jean-Christophe Deleau. J'ai 21 ans.  Je suis le fils de Marie-Josée Deleau, ex-femme de Frédéric et le frère de sa fille Sandrine.

Je souhaite dire ce que Frédéric dégage et représente pour moi.

Frédéric est un homme simple. Toujours disponible pour sa famille où qu'il soit dans le monde. Toujours prêt à prendre soin des personnes qui l'entourent, à se soucier si tout va bien. Il ne s'est jamais éloigné de l'essentiel : sa famille. C'est un homme pour qui j'ai énormément de respect. Il est pour moi un modèle de réussite sociale et professionnelle.

██████, sa petite fille de maintenant 1 an, attend encore son premier contact avec son grand-père. Nous l'attendons tous. Nous, cette famille qu'il chérit, et pour laquelle il a fait couler beaucoup de sueur pour lui offrir le meilleur. Il n'y a pas plus belle récompense pour un homme qui a travaillé dur tout sa vie, que de voir sa famille s'agrandir, prospérer et en sécurité.

J'ai souvent entendu dire que Frédéric aurait souhaité avoir un petit garçon. Il n'est pas mon père, mais comme un fils j'espère que son retour à la maison sera imminent.

M. Jean-Christophe Deleau

*Jean Christophe DELEAU*

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
United States

M. Jean-Christophe DELEAU

███████████████████████

06600 Antibes, France

Antibes, March 24, 2014

Dear Judge Pauley,

My name is Jean-Christophe Deleau. I am 21 years old. I am the son of Marie-Josée Deleau, Frédéric's ex-wife, and I am the brother of her daughter Sandrine.

I want to tell you who Frédéric is and what he means to me.

Frédéric is a simple man. He is always there for his family, no matter where he is in the world. He is always ready to take care of the people around him and that make sure everything is OK. He has never forgotten that his family is what is most important and I have tremendous respect for him. For me, he is a role model, and example of social and professional success.

████, his granddaughter who is now 1 year old, has yet to meet her grandfather. We are all waiting for him. He adores, us and has worked so hard to offer us the best. There is no better reward for a man than who has worked hard his whole life than to see his family grow, prosper, and be safe.

I have often heard it said that Frédéric would have liked to have had a little boy. He is not my father, but like a son I hope that he will come home soon.

M. Jean-Christophe Deleau

10

Monsieur Bernard CILINS                                          Golfe-Juan le 6 mai 2014

▆▆▆▆▆▆▆▆
06220 GOLFE-JUAN
FRANCE

Né le 6 décembre 1966                              Honorable William H. Pauley III
Frère cadet de M. Frédéric CILINS                  United States District Judge
Fonctionnaire Mairie                               United sates District Court
                                                   Southern District of New York
                                                   500 Pearl Street
                                                   New York, New York 10007
                                                   Etats- Unis


Honorable Juge Pauley,


Je m'appelle Bernard CILINS et je suis le frère cadet de Frédéric. J'ai également un autre grand
frère, Pascal, qui est né d'un premier mariage du côté de mon père.
Je suis fonctionnaire au sein d'une collectivité en qualité de responsable de la Direction Jeunesse
chargé de s'occuper des enfants et jeunes de 3 à 25 ans. J'œuvre également auprès d'une association
sportive en étant entraineur et manager en essayant d'inculquer des valeurs humaines et de fair-play
qui correspondent à celles transmises par mes parents.

Tout au long de ce courrier, j'espère que j'arriverai à faire ressortir avec la plus grande sincérité les
valeurs qui habitent notre famille. Ce courrier est d'autant plus important que mon frère représente
beaucoup pour moi.
Dans un véritable souci d'apporter ma contribution, j'atteste sur l'honneur et avec la plus grande
probité les éléments que vous trouverez ci-dessous en espérant participer encore mieux à vous faire
connaître la personnalité de mon frère Frédéric, mais aussi mieux appréhender les conséquences
majeures de son incarcération sur le plan familial.

Pour ce faire, mes propos vont s'appuyer principalement sur deux dates importantes qui serviront à
mieux le cerner.
Deux dates qui ont en effet bouleversé de façon très importante notre équilibre familial avec une
tristesse incommensurable : le **5 décembre 2012** et un peu plus de 4 mois après, le **14 avril 2013**.

- **Le 5 décembre 2012** concerne la mort de mon père de façon très brutale. La veille nous étions
encore à discuter tous ensemble et le lendemain, avec ma mère et mon frère Frédéric, nous étions en
train d'essayer de le réanimer en attendant les pompiers suite à un malaise cardiaque.
Malheureusement, nous n'avons pu le sauver et les pompiers sont arrivés tardivement en vain.



Notre famille est très unie. Ma mère qui est d'origine italienne est très maternelle et protectrice pour
ses enfants. Elle était mariée à mon père depuis plus de 50 ans et ce brusque coup du sort l'a
fortement attristé et affaibli.
Mon frère Frédéric a toujours été celui qui dans les moments difficiles, réconforte, fédère les uns
avec les autres afin de maintenir cette unité et solidarité nécessaire dans toute famille.

Ce qui le caractérise principalement, ce sont les valeurs humaines qu'il véhicule en étant une personne soucieuse d'apporter dans la mesure du possible une aide aux personnes qui l'entourent.
Ce 5 décembre et les semaines qui ont suivi, il a encore joué ce rôle là.
Pour ma mère mais pour moi aussi le dernier de la famille, il est une épaule solide et rassurante dans notre quotidien. Encore plus aujourd'hui en l'absence définitive de mon père.

- L'autre date « catastrophique », c'est **le 14 avril 2013** avec l'arrestation de mon frère, quelques mois à peine (un peu plus de 4 mois) après la mort de mon papa.
Si deux jours avant, une bonne nouvelle depuis le décès de mon père venait donner enfin de la joie dans la famille avec la naissance de la première petite fille ▓▓▓▓▓ de mon frère, celle-ci fut de courte durée.
Un autre coup de massue, aussi brutal et imprévisible que le premier au regard de la personnalité de mon frère. Si certaines familles peuvent ne pas être surprises par une situation identique, le cercle familial mais aussi les nombreuses personnes de l'entourage de mon frère ont été abasourdies d'apprendre cette situation d'autant comme vous le savez, il n'a jamais eu aucun problème avec la justice.

Monsieur le Juge, je vous prie de me croire que ce 14 avril 2013 a bouleversé totalement l'équilibre de notre famille avec des répercussions importantes dans de nombreux domaines.
Si bien évidemment, notre tristesse est naturellement très grande, sachez aussi que l'éloignement de Frédéric dans ces conditions est très très difficile à vivre au quotidien, voire impossible.
Après ces nombreux mois, il nous tarde qu'il soit parmi nous afin de panser les plaies et essayer de repartir de l'avant pour toute la famille tout en sachant que des séquelles resteront présentes de nombreux mois et perdureront sur le plan psychologique.
Il faut savoir, monsieur le Juge, qu'il ne se passe pas une journée sans avoir en tête cette situation,



, un éloignement avec certains amis s'est effectué par crainte des questions et jugement hâtif alors que nous connaissons « notre Frédéric ».
Beaucoup trop de chamboulements pour une famille respectée et respectable ayant des valeurs.

Par peur du jugement ou des raccourcis méchants de la part de certains, cette situation est en effet difficile à partager avec d'autres.

Quand j'indique avec ma plus grande honnêteté que les 2 dates mentionnées ci-dessus ont généré une atmosphère très lourde à vivre chaque jour, je vous assure monsieur le Juge que je me livre dans ce courrier avec la plus grande sincérité en sollicitant votre plus haute compréhension.

Non seulement ce sont des paroles très dures et tristes mais en plus, vous ne savez pas quoi répondre car c'est une situation qui nous échappe complètement en étant à des milliers de

kilomètres sans aucune capacité à l'aider, sauf peut être aujourd'hui en vous demandant avec tout notre cœur d'entendre notre détresse au regard de la situation.

Frédéric, comme je l'ai indiqué, est une personne pour moi qui a su toujours être présente à mes côtés selon les besoins « sans faux-semblant ».

Dans notre enfance, mais aussi quand j'étais majeur, il a su toujours me soutenir et m'aider ainsi qu'être présent pour mes enfants.

Pour illustrer mes propos, j'ai en tête des petites choses de la vie qui symbolisent sa façon d'être.

Il est capable d'avoir plus de patience que moi avec mes propres enfants lorsqu'on va à la pêche en famille par exemple, il a le souci permanent de prendre des nouvelles des uns et des autres avec une tolérance remarquable et une générosité fortement appréciée.

J'ai en tête de nombreuses discussions aidantes à l'aube de décisions importantes, des aides sans contrepartie ou arrières pensées, des nombreux anniversaires ou évènements familiaux partagés. C'est souvent lui en effet l'organisateur de repas familiaux. Pratiquement tous les noëls nous mangeons en famille chez lui. J'ai encore en tête un noël où il a invité à notre grande surprise et stupéfaction une connaissance qui se retrouvait seule le soir du réveillon en indiquant : « on ne va pas quand même le laisser seul un soir de noël »

Son altruisme ressort aussi durant toute cette période en cherchant perpétuellement à nous remonter le moral et nous faire croire que sa détention dans des conditions difficiles (les problématiques de santé, de nourriture, de climat à l'intérieur, la privation de liberté ou de ne pas voir la lumière du jour, ...) se passent bien alors qu'il ne connaît pas sa petite fille, pas revu sa mère depuis plus de un an, voit sa femme et ses filles un lundi par mois pendant 1 heure.

En outre, cet éloignement engendre des difficultés pour ses nombreux amis qui souhaiteraient venir le voir,

Aujourd'hui son incarcération non seulement entraîne des « dégâts » sur le plan médical et familial mais aussi entraîne des dépenses financières importantes, notamment lors des voyages de France pour venir le voir si peu de temps.

En résumé, vous comprendrez monsieur le Juge que si je mets en avant ces 2 dates, c'est qu'elles resteront gravées jusqu'à la fin de mes jours. Elles font ressortir non seulement la personnalité de mon frère mais aussi l'impact que cette situation a eu sur le climat familial catastrophique et

Sa famille a besoin de lui, besoin de sa présence, besoin de le voir et de l'avoir avec elle au plus tôt. Cette lettre ne vous donne qu'un aperçu de la personnalité de Frédéric. Je me permets de vous demander de lire avec la plus grande attention ces quelques lignes remplies d'amour et de sincérité avant de prendre votre décision. Je vous en remercie par avance.

Bien évidemment, je reste à votre entière disposition pour tout complément d'information que vous jugeriez utile.

Je vous prie d'agréer, Monsieur le Juge, l'assurance de ma très haute considération ainsi que l'expression de mes respectueuses salutations.

Bernard CILINS

Mr. Bernard CILINS                                    Golfe-Juan May 6, 2014

█████████████████
06220 GOLFE-JUAN
FRANCE

Born December 6, 1966                     Honorable William H. Pauley III
Younger brother of Mr. Frédéric CILINS    United States District Judge
Town Official                             United States District Court
                                          Southern District of New York
                                          500 Pearl Street
                                          New York, New York 10007
                                          USA

Honorable Judge Pauley,

My name is Bernard CILINS and I am Frédéric's younger brother. I also have another older brother, Pascal, who was born of my father's first marriage.
I am a civil servant in a community as head of the Youth Directorate, and I am responsible for caring for children and young people from ages 3 to 25. I also work at a sports association as a coach and manager, trying to inculcate human values and fair play, as I learned from my parents.

Through this letter, I hope I will be able to show with utmost sincerity the values that move our family. This letter is even more important, since my brother means a lot to me.
In a genuine desire to make my contribution, I attest on my honor and with the utmost probity the aspects you will find below, hoping to help you know the personality of my brother Frédéric, but also to better understand the major impact of his incarceration on the family level.

To this end, my comments will be based on two important dates that will help define him better.
Two dates have dramatically upset our family balance with immeasurable sadness: **December 5, 2012** and a little more than 4 months afterwards, **April 14, 2013.**

- **December 5, 2012** has to do with my father's very sudden death. The day before, we were all together talking, and the next day, my mother and my brother Frédéric and I were trying to resuscitate him, waiting for the firefighters after he suffered a heart attack. Unfortunately, we could not save him and the firefighters arrived late in vain.
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████████
Our family is very united. My mother is of Italian origin and is a very protective mother for her children. She was married to my father for over 50 years and this sudden twist of fate has greatly saddened and weakened her.
My brother Frédéric has always been the one who stands up in difficult times to comfort everyone and bring us together to maintain the unity and solidarity that are necessary in any family.
What characterizes him the most are the human values he shows by being a person who is anxious to bring all possible aid to those around him.
On that December 5 and the weeks afterward, he played that role.
For my mother, but also for me as the youngest of the family, he is a solid and reassuring shoulder in our daily lives. Even more so today, with my father's permanent absence.

-The other "catastrophic" date is **April 14, 2013** with my brother's arrest just a few months (a little more than 4 months) after my father's death.

Two days prior, the first good news since my father's death brought joy to the family again with the birth of my brother's first granddaughter ███████, but it was short-lived.

Another blow, just as brutal and unpredictable as the first, as regards my brother's personality. While some families may not be surprised by a situation like this, the family circle but also the many people in my brother's social circle were stunned to learn about this situation since, as you all know, he has never been in trouble with the law before.

Your Honor, I ask you to believe me when I say that April 14, 2013 has totally upset the balance of our family with major repercussions in many areas.

While obviously we are naturally deeply saddened, knowing how far away Frédéric is under these conditions is very, very difficult to live with on a daily basis, if not impossible.

After these many months, we look forward to having him among us to heal the wounds and try to forge ahead for the whole family, knowing that the impact will be felt for many months and will linger on in our minds.

You should know, Your Honor, that not a day goes by without this situation coming to mind, ███

███████████████████████████████████████████████████

███████████████████████████████████████████████████

and there was a distancing from certain friends for fear of the questions and hasty judgments, while we know "our Frédéric."

There has been too much upheaval for a respected and respectable family with values.

For fear of judgment or snide comments from certain people, this situation is quite difficult to share with others. ████████████████████████████████████████

███████████████████████████████████████████████████

When I said with my utmost honesty that the 2 aforementioned dates have created a very heavy atmosphere to live in each day, I assure you, Your Honor that I express myself in this letter with the utmost sincerity while asking for your deepest consideration.



Not only are they very hard and sad words but, in addition, you do not know what to say because this is a situation that completely escapes us, since we are thousands of kilometers away without any ability to help, except maybe today by asking you with all our heart to understand our distress in view of the situation.

Frédéric, as I said, is a person who has always been at my side whenever I needed him "without pretense."

In our childhood, but also when I was older, he has always supported me and helped me and been present for my children.

To illustrate my point, I have in mind some little things in life that symbolize his way of being.

He is able to have more patience with my children than I do. When we go fishing as a family, for example, he is always eager to hear the news from each one of them with a remarkable tolerance and a generosity that we appreciate very much.

I have in mind many helpful discussions just before important decisions, help given without expecting anything back or any ulterior motives, and many birthdays or family events that we shared. In fact, he is often the one to organize the family meals. We ate as a family at his house practically every Christmas. I still remember a Christmas when, to our great surprise and shock, he invited an acquaintance who was alone on Christmas Eve, saying: "We're not going to let him be alone on Christmas Eve ."

His altruism is also apparent throughout this period, when he is perpetually seeking to lift our spirits and make us believe that his detention in harsh conditions (health problems, food problems, the atmosphere inside the prison, deprivation of freedom or not seeing the light of day...) is going well when he has not met his granddaughter, not seen his mother for over a year, and only sees his wife and daughters for 1 hour on one Monday per month.

In addition, this distance creates difficulties for his many friends who would like to see him, █████████

Now his imprisonment not only entails "damages" on the medical and family level, but also involves major financial expenses, especially during the trips from France to come see him for such a short time.

In summary, you will understand, Your Honor, that if I put forward these two dates, it is because they will remain etched in me until the end of my days. They highlight not only my brother's personality but also the catastrophic impact that this has had on the family atmosphere and especially █████████████████████████████████████████████████████████████

His family needs him. They need his presence; they need to see him and be with him as soon as possible.

This letter can only give you a glimpse of Frédéric's personality. I would ask you to read these few lines filled with love and sincerity before making your decision. Thank you in advance.

Of course, I remain at your service for any further information you deem useful.

Please accept, Your Honor, the assurance of my highest consideration as well as the expression of my respectful greetings.

Bernard CILINS

11

Honorable William H. Pauley III
United States District Judge
United sates District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Etats- Unis

Anne-Catherine PERIGARD

███████████████
06220 Golfe-Juan
FRANCE

Le 5 Mai 2014

Honorable Juge Pauley,

Par la présente, je me permets de vous adresser des éléments concernant mon beau-frère, Monsieur Frédéric Cilins.
Je m'appelle Anne- Catherine PERIGARD et suis la conjointe de son petit frère, Bernard CILINS, depuis plus de 14 ans. Je n'ai jamais vu une famille autant chavirée et fragilisée que depuis ces derniers mois. Force est de constater qu'à ce jour, cette famille, au grand cœur, s'accroche pour survivre.

En effet, depuis le décès de mon beau- père Gérard CILINS en décembre 2012, ma belle- mère Sabine CILINS, qui est une femme d'une grande affection et d'un grand attachement, a vu son équilibre familial remis en question de façon radicale. Bouleversée par la perte de son mari, elle s'est naturellement appuyée sur ses deux fils pour tenter de faire face à son chagrin et à la solitude.



Sa femme Brigitte, et ses filles, Sandrine, Elisa, Nina et ██████ sont quant à elles extrêmement courageuses mais meurtries.
Frédéric est un mari et un père aimant, rassurant et très affectueux. Il est leur pilier et son absence a des conséquences radicales sur leur vie. Même s'il leur insuffle la force de tenir, leur équilibre familial s'en retrouve déstabilisé. Sa petite- fille ██████, qui va prochainement fêter son premier anniversaire n'a toujours pas le bonheur et la joie de connaître son grand- père ; triste réalité pour une famille qui a comme première valeur de chérir ses liens du cœur.

Frédéric est également un formidable oncle pour nos deux enfants, █████ et ██████, pour qui l'absence depuis tous ces mois est longue et source d'inquiétudes. C'est un tonton aimant, joueur, attentionné et attentif. Comme pour ses filles, il leur donne de son temps, dès qu'il le peut, les encourage, les motive dans leurs activités, s'intéresse à leur parcours et leurs ouvre l'esprit.

Mon mari, quant à lui, est également accablé par l'absence de son frère. La perte de son père a engendré un chagrin qui s'est vu attisé par la détention de son frère. Bernard est très uni à son frère. Il trouve en lui un conseil, un appui et une complémentarité. Elevé dans la générosité et dans le respect des liens familiaux, la détention de Frédéric est un véritable bouleversement.

Pour conclure, Frédéric est un fils très aimant, soucieux du bien- être de sa mère et de sa santé. C'est un frère attentionné, protecteur et un oncle formidable.
Il est un excellent père de famille, un père aimant, attentionné, attentif voulant le meilleur pour sa femme, ses filles et sa petite- fille.

Sa famille a besoin de lui, besoin de sa présence, besoin de le voir et de l'avoir avec elle.


Je vous remercie pour votre attention et vous prie d'agréer, Honorable Juge Pauley, l'expression de mes très respectueuses salutations.




Anne- Catherine PERIGARD

Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
USA

Anne-Catherine PERIGARD
████████████████████████
06220 Golfe-Juan
FRANCE

May 5, 2014

Honorable Judge Pauley,

By this letter, I would like to discuss some aspects concerning my brother-in-law, Frédéric Cilins.
My name is Anne-Catherine PERIGARD and I have been the partner of his little brother, Bernard CILINS, for more than 14 years. I have never seen a family so overturned and weakened as in these past few months. It is clear that to this day, this family is just doing its best to hold on.

Indeed, since the death of my father-in-law Gérard CILINS in December 2012, my mother-in-law Sabine CILINS, a woman of great affection and attachment, saw her family balance radically jeopardized. Overwhelmed by the loss of her husband, she naturally relied on both sons to try to cope with her grief and loneliness.



His wife Brigitte, and their daughters, Sandrine, Elisa, Nina, and ████ are extremely courageous but bruised.
Frédéric is a husband and a loving father; he is reassuring and very affectionate He is their pillar and his absence is having drastic consequences on their lives. Even if he gives them the strength to hold on, their family balance is destabilized. His granddaughter ████, who will soon celebrate her first birthday, has not had the happiness and joy of meeting her grandfather -- a sad reality for a family that values above all the links of the heart.

Frédéric is also a wonderful uncle for our two children, ████ and ████, for whom his absence all these months has been long and a source of concern. He is a loving, playful, caring, and attentive uncle. As for his daughters, he gives them his time, when he can. He encourages and motivates them in their work, is interested in their story, and opens their minds.

My husband, meanwhile, is also overwhelmed by his brother's absence. The loss of his father engendered a grief that has only been deepened by his brother's arrest. Bernard is very close to his brother. He finds in him a source of advice, support, and complementarity. Since he was raised in generosity and respect for family ties, Frédéric's arrest is a real upset.

To conclude, Frédéric is a very loving son who is anxious for his mother's health and well-being. He is a caring and protective brother and a wonderful uncle.
He is an excellent father, a loving, caring, attentive father who wants the best for his wife, his daughters, and his granddaughter.

His family needs him, needs his presence, needs to see him and be with him.


Thank you for your attention and please accept, Honorable Judge Pauley, the expression of my most respectful greetings.




Anne-Catherine PERIGARD