12

Honorable William H.Pauley,III                    le 11 Avril 2014
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Etats-Unis

Honorable Juge Pauley,

Je me nomme Pascal Cilins , je suis le frère aîné de Fréderic Cilins. J'ai quatre ans de plus que lui , malgré cet écart, c'est Fred qui a toujours été le pilier de notre fratrie.

Il a toujours véhiculé les valeurs chères à nos parents, honnêteté, confiance, amour, foi...

C'est quelqu'un qui donne énormément de sa personne pour les autres. Il est toujours présent pour chacun de nous , toujours prêt à nous aider en cas de besoin.



La famille a toujours été une importante partie de la vie de Fred, c'est un fils, un frère, un époux, un père, un oncle fidèle et affectueux. Il a toujours consacré beaucoup de son temps à son entourage, et nous donne à tous l'énergie nécessaire pour affronter le quotidien et ses difficultés.

En décembre 2012, nous avons subitement perdu notre père, là encore c'est Fred qui a apporté soutien et force aux autres membres de la famille. Malgré sa propre douleur, il a su avoir les bons mots et les bonnes attitudes pour nous rassembler et nous aider.

Je suis très fier d'être son frère, il est doté d'amour , de dignité, de toutes ces valeurs que nous avons reçu et qui l'a su inculqué à ses quatre enfants , ainsi qu'aux miens.

Aujourd'hui, nous souffrons tous énormément de son absence, le vide qu'il laisse est pour tous une difficulté supplémentaire à gérer au quotidien. La distance qui nous sépare ne nous permet pas de lui rendre tous visite, je n'ai pu le voir qu'une seule fois en Novembre dernier.



Cette lettre ne vous donne qu'un aperçu de la personnalité de Fred, mais je vous demande d'en tenir compte au moment de prendre votre décision. Je vous en remercie.

Je vous prie d'agréer, Monsieur le Juge, l'expression de mes sentiments distingués.

Pascal Cilins

Honorable William H.Pauley, III                                    April 11, 2014

United States District Judge

United States District Court

Southern District of New York

500 Pearl Street

New York, New York 10007

USA

Honorable Judge Pauley:

My name is Pascal Cilins, and I am Frédéric Cilins's elder brother. I am four years older than him, but despite that age gap, Fred was always the pillar of our brotherly relationship.

He has always conveyed the values that were dear to our parents: integrity, confidence, love, faith, etc.

He is someone who gives a great deal of himself to others.  He is always there for each of us, always ready to help us if needed.



Family has always been an important part of Fred's life. He is a faithful and affectionate son, brother, husband, father, and uncle. He has always dedicated a lot of his time to his friends and family, giving all of them the energy they need to face day-to-day life and all of its difficulties.

In December 2012, we lost our father suddenly. Yet again, it was Fred who provided support and strength to the other family members.  In spite of his own pain, he knew just what to say and what attitudes to display in order to gather us together and help us.

I am very proud to be his brother. He is endowed with love, with dignity, with all those values that we were taught and that he has managed to instill in his four children and in mine.

Right now, all of us are suffering enormously because of his absence. The void that he has left behind is, for all of us, another problem that we have to deal with on a daily basis.  Because of the distance that separates us, not all of us are able to visit him. I have only been able to see him once, last November.

This letter gives you only a glimpse of Fred's personality, but I ask you to be so kind as to consider it before making your decision. I thank you for this.

Yours truly,

Pascal Cilins

13

Honorable William H. Pauley,III                    Le 7 Avril 2014
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Etats -Unis


Honorable Juge Pauley,

Permettez-moi de me présenter. Je suis la belle sœur de Fréderic Cilins. Nous avons le même âge, et nous nous connaissons depuis le lycée, bien avant que je ne connaisse son frère. Avant de devenir mon beau frère, c'était pour moi un camarade très proche. J'ai été conquise immédiatement par sa gentillesse, son honnêteté, et surtout par sa personnalité digne de confiance. Par la suite j'ai rencontré son frère aîné et, en l'épousant, je suis devenue sa belle sœur. Ce fut pour moi une grande joie de rentrer dans cette famille très unie, où sont dispensées des valeurs fortes telles que l'unité, la foi et l'amour.
Fred est un garçon qui essaie toujours de trouver des moyens de faire plaisir à ceux qu'il aime. C'est pour moi le pilier de la famille, celui a qui on peut se confier et qui, par sa sagesse, donnera le bon conseil et montrera la voie.



Au décès de son père, ce fut également lui, qui fit preuve de courage, tout en s'occupant des formalités, il a apporté soutien et force aux autres membres de la famille.
Je vous écris cette lettre pour vous dire que c'est une personne de grande bienveillance. La famille a toujours été d'une grande importance pour Fred, c'est une personne affectueuse, qui donne toujours de son temps pour aider et soutenir les autres. Il organise les fêtes familiales, les vacances, et nous sommes toujours heureux de nous retrouver tous ensemble. C'est un garçon aimant qui a su donner à ses quatre enfants, une solide éducation, il leur a transmis les valeurs qui lui avaient été inculquées Cette année 2013 a été très difficile pour nous tous. Bien que nous soyons restés dans l'adversité une famille unie, le manque se faisait évidemment sentir.

Son absence est devenue au sein de notre famille, une source de grande douleur.
Cette lettre vous ne vous donne qu'un petit aperçu de la personnalité de Fred, mais je vous demande d'avoir la gentillesse d'en tenir compte avant de prendre votre décision, et je vous en remercie.
Je vous prie d'agréer, Monsieur Le Juge, l'assurance de ma très haute considération.


Brigitte Cilins

Honorable William H. Pauley, III                                             April 7, 2014

<u>United States District Judge</u>

<u>United States District Court</u>

<u>Southern District of New York</u>

<u>500 Pearl Street</u>

<u>New York, New York 10007</u>

<u>USA</u>

Honorable Judge Pauley:

Please allow me to introduce myself. I'm Frédéric Cilins's sister-in-law. We are the same age, and we have known each other since high school, well before I knew his brother. Before becoming my brother-in-law, he was a very close friend to me. I was immediately won over by his kindness, his integrity, and especially his trustworthy personality. I then met his elder brother and, once I married him, I became his sister-in-law. It was a tremendous source of joy for me to become part of that very close-knit family, where strong values such as unity, faith, and love are conveyed.

Fred is a guy who always tries to find a way to please those he loves. For me, he is the pillar of the family, someone you can rely on and who, thanks to his wisdom, will give good advice and show you the way.



When Fred's father died, he was also the one who displayed courage. While taking care of the formalities, he provided support and strength to other family members.

I am writing you this letter to let you know that he is a very kind person. Family has always been tremendously important to Fred; he is an affectionate person who always dedicates time to helping and supporting others. He organizes family celebrations and vacations, and we are always happy to get together. He is a loving guy who was able to give his four kids a solid education, providing them with the values that had been instilled in him.

This past year, 2013, was very hard for all of us. Even though we stood together as a family in the face of adversity, his absence was obviously felt.

Within our family, his absence has become a source of great pain.

This letter gives you only a glimpse of Fred's personality, but I ask you to be so kind as to consider it before making your decision. I thank you for this.

Yours truly,


Brigitte Cilins

14

Firenze, 5 maggio 2014

Manca Pietrino

████████████████

50136 Firenze

Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Etats- Unis

Gent.mo Signor Giudice Pauley,

Prima di tutto vorrei presentarmi al fine di farle capire sia chi sono io, sia chi è mio nipote Frederic Cilins.
Io sono lo zio di Frederic, da parte della madre, infatti, la sua mamma è mia sorella Sebastiana.

Mi chiamo Pietrino Manca, sono nato il 4 marzo 1948 in un piccolo paese della Sardegna dove ho vissuto con la mia famiglia fino al 1960 e dove ho frequentato le Scuole Elementari ed ho preso la Licenza Elementare. Successivamente, i miei genitori mi hanno mandato a studiare in Collegio presso l'Istituto Salesiano di Firenze, in quanto, le mie sorelle lavoravano già a Firenze; Il ho conseguito il Diploma di Scuola Media; successivamente ho continuato gli studi, sempre a Firenze, ma in una Scuola Superiore Pubblica di secondo grado, dove ho conseguito il Diploma di Perito Aziendale e Corrispondente in lingue estere.

Nel 1969 – 1970, dopo il diploma, ho assolto gli obblighi militari da Sottufficiale dell'Esercito come Sergente nel Reggimento Savoia Cavalleria di Merano; terminato il servizio militare sono stato assunto in una Pubblica Amministrazione; mi sono sposato nel 1975 con Anna D'Angelo con la quale ho avuto una figlia ed un figlio, oggi regolarmente sposati con un figlio ciascuno. Io e mia moglie, da qualche anno siamo in pensione e facciamo i nonni aiutando i nostri figli e nipotini; svolgo attività sociali di volontariato nel sindacato della Cisl come ho fatto durante tutta la mia vita lavorativa.

Conosco Frederic fin dalla sua nascita e l'ho visto crescere, praticamente è cresciuto insieme a me, sia perché ogni tanto lui veniva a Firenze o da solo o con i suoi genitori e sia perché, fin dal 1960, io andavo in Francia per le ferie estive e natalizie. In seguito e fino all'anno scorso, quando è accaduto questo fatto per me inspiegabile, ci sentivamo spesso telefonicamente per sapere come andavano le cose in famiglia e sul lavoro.

Frederic è stato educato dalla famiglia secondo sani principi etici, morali e religiosi e, i frutti di questa educazione si sono visti, in quanto, pur stando lontani, era come abitare vicini l'uno all'altro, e, non è passato mese che non ci sentissimo telefonicamente una o più volte o che non ci vedessimo una o due volte l'anno o a Firenze o in Francia.

Frederic era molto affezionato, oltre che a me, anche a tutti i componenti la mia famiglia, alle mie sorelle Francesca e Raimonda in Italia e di mio fratello Giovanni in Canada, infatti, in caso di gravi malattie è sempre venuto a vederci, dimostrando grande attenzione e sensibilità, riuscendo a fare coesistere gli impegni di lavoro con quelli familiari. ███████████████████████████████████
███████████████████████████  █  ████████████████████████████████████████
██████████████████████████████  ██  █████████████████████████████████████
████████████████████████████████████████████████████████████████████████
██████████████████████████████  ██  ████████████████████████  Frederic è stato presente anche in circostanze anche liete come ad esempio al mio matrimonio, a quello dei miei figli e per visite di carattere turistico culturale.

Tutto ciò premesso, mi permette, a ragione veduta, di dire che io lo conosco molto bene ed mi consente di affermare, con assoluta certezza, che Frederic è una persona onesta, generosa, disponibile verso il prossimo, familiare e non. Come si dice in Italia, " Fred è una gran brava persona " che tutti vorrebbero avere come amico, infatti, con lui è piacevole stare insieme a tavola, alla pesca, in un qualsiasi evento sportivo e/o culturale, "conversare del più e del meno" ; sempre utilizzando un modo di dire italiano, posso affermo con assoluta certezza che Frederic è " una persona per bene " .



Io sono una persona modesta, semplice ma "per bene", che ha vissuto del proprio lavoro, ed ora vive della propria pensione, in modo "onesto" come mi è stato insegnato nella vita dai miei genitori e come io ho cercato di insegnare sia ai miei figli sia ai miei nipoti, compreso Frederic.

██████████████████████████████████████  ██  █████████████████████████████
██████████████████████████████████████

Spero che questa mia lettera possa essere stata utile a fare capire chi sono io, ma soprattutto chi è mio nipote Frederic Cilins a chi non lo conosce, nella speranza di poterlo riabbracciare presto.

Ringrazio anticipatamente di cuore il Signor Giudice per il tempo e l'attenzione che vorrà dedicare alla lettura di questa mia lettera e porgo i miei più sentiti e cordiali saluti.

In fede.

F.to   Pietrino   Manca

Florence, May 5, 2014

Manca Pietrino

█████████████

50136 Firenze

Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Etats- Unis

Dear Judge Pauley,

First of all, let me introduce myself so that you understand who I am, and who my nephew Frederic Cilins is.

I am Frederic's uncle, through his mother. In fact, his mother is my sister Sebastiana.

My name is Pietrino Manca. I was born on March 4, 1948 in a small village in Sardinia, where I lived with my family until 1960 and where I attended and completed elementary school. After that, my parents sent me to study at a boarding school at the Salesian Institute in Florence because my sisters were already working in the city. I completed middle school there. I later continued my studies in Florence, but at a high school and received my Diploma in Business Administration and in Foreign Languages.

In 1969-1970, after graduating, I completed my compulsory military duty as a Petty Officer in the Army and a Sergeant in the Savoy Cavalry Regiment in Merano. After finishing my military service, I was employed at a Public Administration Office. I married Anna D'Angelo in 1975 and we had a daughter and a son. They are both married now and each have one child. For a few years now, my wife and I have retired and have been enjoying our new role as grandparents, helping out our children and grandchildren. I volunteer to organize social activities at the CISL Trade Union, just as I did when I was working.

I have known Frederic since he was born and I have watched him grow up. He practically grew up with me, because every so often he came to Florence, either by himself or with his parents and because I have gone to France for the summer holidays and Christmas since 1960. Since then, and until last year when this, in my opinion, inexplicable fact occurred, we often chatted on the phone, filling each other in about our lives and work.

Frederic was educated by his family in accordance with sound ethical, moral and religious principles, and we have seen the fruits of this education. Even thought he lived far away, we were

still close and not a month passed that we didn't speak on the phone a few times and we saw see each other once or twice a year either in Florence or in France.

Frederic was a very affectionate person, not only with me but with my enter family and my sisters Francesca and Raimonda in Italy and my brother Giovanni in Canada. In fact, whenever anyone in our family was seriously ill, he always came to see us, showing great attention and sensitivity and managing to keep up with both his work demands and the needs of his relatives. ███████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████ Frederic was also present at many joyful family events, such as my wedding, my children's weddings and vacations and site-seeing trips.

Having said all this, I can say that I know him very well and can therefore state with absolute certainty that Frederic is an honest, generous and helpful person with everyone, whether family or not. As they say in Italy, "Fred is a wonderful person" who anyone would want as a friend. It was always fun to share a meal with him, fish, go to a sports and/or cultural event, chat about this or that. Again, to use the Italian expression, I can say with absolute certainty that Frederic is a "good person."

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

I am a modest, simple, down-to-earth and "decent" person, who has made a living by working hard and now lives off of his pension in an "honest" way, just as I was taught to do by my parents and as I have tried to teach to my children and grandchildren, including Frederic. ███████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████

I hope this letter, written with the hope that Frederic and I will be reunited soon, explains who I am but, most importantly, shows what kind of person my nephew Frederic Cilins is for anyone who doesn't know him.

Thank you in advance from the bottom of my heart to the person who has the patience to read my letter and please accept my cordial greetings.

In witness whereof.

**Sincerely, Pietrino Manca**

15

**Jean BURE**

██████████████████████████

F- 06110  Le CANNET

Ce 19 avril 2014

Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007
Etats-Unis

Monsieur le Juge Pauley,

Je vous écris pour attirer votre attention sur les graves problèmes que nous imposeraient l'absence de mon gendre : Frédéric Cilins.

Je suis âgé de 84 ans et depuis le décès du père de Frédéric la famille me considère comme le patriarche quoique, en fait, c'est toujours Fred qui par sa présence, son sens des responsabilités et l'affection dont il a toujours fait preuve, a tenu une place importante non seulement au sein de la famille mais dans le cercle des nombreux amis qui nous sont restés fidèles malgré les écueils que la vie nous a imposés.

Lorsque ma fille Brigitte m'a présenté Frédéric, il y a 24 ans, je peux dire que j'ai «examiné » ce jeune homme avec circonspection! Ayant été officier dans l'armée française puis Chef d'Entreprise, j'avais l'habitude de juger les hommes non seulement sur leur présentation physique mais surtout sur leur moralité et leur sens des responsabilités.

A ce jour je puis assurer que jamais Fred ne m'a déçu, aussi bien, en tant que gendre, puisqu'il a su rendre ma fille et mes petites filles heureuses  (21, 18 et 13 ans) instruites dans une institution catholique et dont je suis très fier tant pour la bonne éducation que leurs parents leur ont inculquée, qu'en tant que soutien familial.



Ceci en faisant abnégation de sa propre santé et tout en continuant à s'occuper de ses affaires pour assurer le bien être de sa famille.

Par ses qualités d'homme compréhensif et généreux, Fred s'est entouré de nombreux amis qui lui sont toujours restés fidèles et toujours près de nous dans les moments les plus pénibles que nous avons eu à traverser. Il était un vrai rassembleur pour que tout le monde puisse profiter du plaisir de se retrouver  en faisant bénéficier chacun de son grand coeur et de son sens de l'hospitalité.

Je souhaite que la présente ait attiré votre bienveillance car, étant donné mon âge, il est important que Fred reprenne sa place parmi nous pour continuer à assumer ce qu'il considère comme un devoir et qui pour nous fait partie de ses nombreuses qualités.

Je vous prie d'agréer, Monsieur le Juge, l' expression de mes respectueuses et sincères salutations.

Jean Bure

**Jean Bure**



F-06110 Le CANNET
[France]

April 19, 2014

Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
United States

Dear Judge Pauley:

I am writing you to draw your attention to the serious problems the absence of my son-in-law, Frédéric Cilins, has caused us.

I am 84 years old, and, since the death of Frédéric's father, the family has considered me to be its patriarch, although, actually, it's always been Fred, who, owing to his presence, his sense of responsibility, and the affection that he has always shown, has always held an important spot, not only within the family but also within his circle of many friends who have remained true to us despite the pitfalls that life has had in store for us. When my daughter Brigitte introduced me to Frédéric 24 years ago, I can tell you that I "inspected" that young man warily! Having been an officer in the French army and then a company manager, I was in the habit of judging men not only on their physical appearance, but also on their character and sense of responsibility. Now I can assure you that Fred has never disappointed me as a son-in-law either, as he has been able to make my daughter and my granddaughters (aged 21, 18, and 13) happy; the girls have been educated in a Catholic school, and I'm very proud for them with regard to the good education that their parents have instilled in them. Neither has he disappointed me as a source of support for the family.

In doing so, he even sacrificed his own health as he continued to handle his business concerns in order to ensure the well-being of his family.

Because of his qualities as an understanding, generous man, Fred has been surrounded by many friends who have always remained true to us and always close at hand during our darkest hour. He really knew how to bring people together, making sure that everyone could enjoy the pleasure of gathering together, and lavishing his bigheartedness and sense of hospitality on every individual.

I hope that this correspondence has drawn out your sympathy because, given my age, it is important that Fred resume his role among us in order to do what he feels is a duty, and this, for us, is one of his many virtues.

I ask, Your Honor, that you accept my respectful and sincere best wishes.

Jean Bure

16

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
United States

M. Nicolas CORDIER

████████████████████

68000 Colmar, France

Colmar, le 29 avril 2014

Cher Juge Pauley,

Je m'appelle Nicolas Cordier, j'ai 31 ans, je suis le conjoint de Sandrine Cilins, la fille aînée de Frédéric Cilins, et le papa de notre fille ████████, que nous avons eu le bonheur d'accueillir il y a un an. Ce que je veux partager avec vous ici, c'est à quel point l'absence de mon beau père nuit à notre famille, et à quel point elle a mis en suspens tous nos projets.

En voyant Frédéric avec ses filles, et plus généralement avec sa famille, je me suis toujours dit qu'il ferait un grand-père parfait pour mes enfants. Il pourrait partager avec eux quelques loisirs, comme la pêche qu'il aime tant. J'attache une grande importance à la vie de famille. Moi-même je n'ai pas eu que très peu de rapports avec mon père biologique et mes grands-parents, et je me suis toujours dit : « Je veux que mes enfants aient une vraie relation de proximité, d'amour et de partage avec ses grands-parents. ». ████████████████████  ██ ████████████████████ ████████████████████████████████████████████ ████████████

Aujourd'hui nous venons de fêter le premier anniversaire de ████████. Elle ne connaît toujours pas son papi Fred. Je fais de mon mieux pour soutenir ma femme dans cette épreuve qui la prive de son père, mais aussi des premiers moments de vie à partager entre ████████ et son grand-père.

Ce que je vois en mon beau père, c'est un homme de cœur qui a toujours fait passer les intérêts de sa famille avant les siens. Je me souviens il y a presque 2 ans, j'ai voulu organiser un anniversaire surprise pour Sandrine. J'en ai parlé à Fred et immédiatement il s'est mis à l'organisation et à tout planifié avec moi. Il était tellement content de faire ça pour sa fille : réunir la famille autour de trois générations et partager un moment tous ensemble, voilà ce qui le motive et ce pour quoi il n'hésite pas à « décrocher la lune ». Je me suis alors dit : Sandrine a de la chance d'avoir un père comme ça, aussi dévoué et aimant.

Ce que je veux vous dire ici, ce n'est pas que Frédéric est pour moi le père que je n'ai pas eu. Mais il est le grand-père qui manque dans la vie de ma fille et dans celle de ma femme. Nous fêtons déjà ses 1 an, et à l'inverse du bonheur que devraient éprouver chaque jour de jeunes parents, notre vie est depuis 1 an en demi-teinte. Nous avons dû annuler le projet de baptême pour ████████. Cela nous tient vraiment à cœur de la faire baptiser, mais faire cela sans Frédéric est tout simplement inconcevable, pour ma femme, mais aussi pour moi.

Aujourd'hui, j'espère que Frédéric rentrera au plus vite à la maison, que nous pourront enfin rattraper le temps perdu tous ensemble et que ma fille puisse enfin découvrir l'homme extraordinaire qu'est son grand-père, son papi Fred.

M. Nicolas Cordier

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
United States

Mr. Nicolas Cordier

███████████████████████

68000 Colmar, France

Colmar, April 29, 2014

Dear Judge Pauley:

My name is Nicolas Cordier. I am 31 years old and am the partner of Sandrine Cilins, the eldest daughter of Frédéric Cilins, and the dad of our daughter ████████, whom we were delighted to welcome into our family one year ago. What I would like to share with you here is the extent to which my father-in-law's absence has damaged our family and the extent to which it has put all of our plans on hold.

Seeing Frédéric with his daughters and, more generally, with his family, I have always thought that he would make a perfect grandfather for my children. He would be able to share some of his pastimes with them, such as fishing, which he loves so much. I place a lot of importance on family life. I was not very close to my biological father and my grandparents, and I have always told myself that I want my children to have a real relationship with their grandparents based on closeness, love, and sharing. ██████████████████████████████████████

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████

Now we have just celebrated ████████'s first birthday. She still has not met her Grandpa Fred. I am doing my best to support my wife during this ordeal, which has not only taken her father away from her, but also deprived her of the chance to let ████████ share the first few moments of life with her grandfather.

What I see in my father-in-law is a kind-hearted man who has always put his family's interests ahead of his own. I recall that, nearly two years ago, I wanted to organize a surprise birthday party for Sandrine. I talked to Fred about it, and he immediately started getting things organized and planned everything with me. He was so happy to do this for his daughter, to bring three generations of the family together so that they could all share an experience together. This is the kind of thing that motivates him and for which he does not hesitate to "move heaven and earth." I told myself at that time that Sandrine is lucky to have a father like that, a father who is that devoted and loving.

What I want to tell you here is not that Frédéric is, for me, the father I never had. But he is the grandfather who is missing from the lives of both my daughter and my wife. We have already celebrated my daughter's first birthday, and instead of the joy that we should be feeling each day as young parents, our life has been lackluster for the past year. We had to cancel our plans for ████████'s christening. We had our hearts set on having her baptized, but doing it without Frédéric was simply out of the question for my wife and for me.

Today, I hope that Frédéric will come back home as soon as possible, that we will finally be able to make up for lost time together, and that my daughter can finally get to know this extraordinary man who is her grandfather, her Grandpa Fred.

Mr. Nicolas Cordier

17

NICOLAS CILINS



1227 Carouge
Switzerland

May 2, 2014

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Etats-Unis

**Character Reference for Frederic Cilins**

Dear Judge Pauley:

Fréderic Cilins is my fathers' brother. I have been living in Germany and Switzerland the past 7 years and I am currently a teaching assistant and PhD candidate at Geneva University of Art and Design. I have met Frederic on a regular basis during summer and christmas breaks since the beginning of my studies and even more often as a child. I know our family is a strong ground from where I can build my own freedom without being bound and there is no doubt Fréderic is the one most tied to keeping strong and alive our meetings, rituals and family holidays.

Last Christmas, I realized even more vividly what crucial role Fréderic plays in the family and I started to recall those complicated moments I went through as a teenager. There were precisely three persons to support and advice me at that time : my mother, my father and Fréderic. I remember several meetings with him ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

More recently, my grandfather died. Fréderic was very close to him and he took care of the entire ceremony. He was there, endorsing his new role as a calm and reasonable individual. He even organized a casual lunch afterwards, quiet and happy, as if the whole family was stronger than the death of its oldest member.

I know him since I was born as a reliable individual and thinking about our relation in here will certainly make it stronger for the future and I am looking forward to manifesting my gratitude to him in person and welcoming him back to casual life. I wish you could take my modest testimony into account during your decision process.

Sincerely,

NICOLAS CILINS

18

Honorable William H. Pauley,III                              Le 7 Avril 2014

United States District Judge

United States District Court

Southern District of New York

500 Pearl Street

New York, New York 10007

Etats -Unis


Honorable Juge Pauley,


Je me présente, je me nomme Michael Cilins. Je suis le neveu de Frédéric Cilins, le fils de son frère aîné.

Je voulais vous faire savoir que mon oncle est un homme bon et vertueux. il sait être présent pour autrui, il aime partager et offrir.

Depuis mon enfance, je l'ai toujours pris comme un modèle. Il a de l'expérience et n'hésite pas à me la faire partager afin que j'évolue dans ma vie, avec les valeurs chères à notre famille, amour, foi, franchise ...

Il a été de bon conseil, lorsque j'ai du faire des choix, dans ma carrière au sein des forces aériennes françaises . Il incarne à mes yeux un rôle de "mentor". Il a su me guider, m'écouter et m'aider, tout en me laissant mon libre arbitre. Je l'en remercie car je lui dois beaucoup.

Le décès de mon grand-père paternel frappa notre famille en Décembre 2012, ce fut une période très difficile pour nous tous, mon oncle a su nous donner la force. en nous aidant à nous raccrocher à nos valeurs et à nos traditions.

Il compose un élément moteur indispensable au sein de notre famille en la coordonnant de son mieux. Il assure ce lien familial qui nous unit et dont ma famille et moi puisons notre force. En d'autres termes, sans lui nous sommes vraiment égarés.

C'est pourquoi, je vous demande de prendre ma lettre en considération avant de prendre votre décision, et je vous en remercie.

Je vous prie d'agréer, Monsieur le Juge, l'assurance de ma très haute considération.


Michael Cilins


1

Honorable William H. Pauley, III                                          April 7, 2014

United States District Judge

United States District Court

Southern District of New York

500 Pearl Street

New York, New York 10007

USA


Honorable Judge Pauley:


Please allow me to introduce myself. My name is Michael Cilins. I am the nephew of Frédéric Cilins and the son of his elder brother.

I would like you to know that my uncle is a good, virtuous man; he knows how to be there for others and loves to share and give.

Since I was a child, I have always looked up to him as a role model.  He has experience and does not hesitate to share it with me so that I may move forward in my life with the values that are dear to our family: love, faith, truthfulness, etc.

He has given sound advice when I have had to make choices concerning my career in the French Air Force.  In my eyes, he has embodied the role of "mentor."  He has known how to guide me, listen to me, and help me without ever infringing upon my free will. I thank him for this, as I owe him a lot.

My family was struck by the death of my paternal grandfather in December 2012. This was a very hard time for all of us; my uncle knew how to give us strength, helping us to hold on to our values and our traditions.

He is an essential driving force within our family, managing it as best as he can.  He ensures that familial bond that unites us and from which my family and I draw our strength.  In other words, without him, we are truly lost.

This is why I am asking you to consider my letter before making your decision; and I thank you for this.

Yours truly,


Michael Cilins

19

Famille BURE

████████████

06250 MOUGINS

pour: Mr Fréderic CILINS

Mougins le: 29 avril 2014

Je me permet de vous écrire ces quelques lignes afin de vous dire l'image que nous avons de Fréderic Cilins notre beau frère et Oncle.

Je soussigné Bure Jean pierre, frère de Brigitte Bure, épouse de Fréderic Cilins, écris au noms aussi de Carole Barozzi ma concubine depuis 1991 et de mes deux filles; ████████ 17 ans et Carla 19 ans dont Fréderic Cilins est le Parrain.

La date de rencontre avec la mère de mes enfants et la même que celle de ma sœur et Fréderic Cilins mon beau frère. Avant cette date nous avons étés tous élevés dans le sens d'une famille unis, solidaire et catholique et comme on le dit; qui se ressemble s'assemble, nous avons trouvés en Fréderic Cilins les mêmes attentes.

Je dois dire, que depuis le premier jour avec Fréderic Cilins nous avons trouvés une personne sur qui nous pouvions compter, comme tous, nous avons traversés des moments de bonheur mais aussi des moments de tristesses et Fréderic Cilins a toujours été à la hauteur et plus encore. Pour les baptêmes, les communions, les anniversaires, les fêtes de fin d'année, il a toujours été présents et a toujours proposé de tout organiser, du a notre métier de restaurateurs nous avions guère de temps, mais Fréderic Cilins se rendait très disponible pour sa famille, ses enfants et les miens.

Toujours très calme, affectueux et attentionné, il a su faire face à des situations avec nos filles toujours de manière positives. Mais voila déjà 1 an qu'il n'est plus parmi nous et j'avoue avoir du mal a consolé le chagrin de ses enfants dont leur père leur manque beaucoup, comme pour mes filles, mais il y a aussi ma sœur, sa femme, qui elle aussi a perdu pied depuis, car pour elle aussi, il a toujours été présent, attentionné et affectueux.

Evidement, que les journées passées tous ensemble nous manquent cruellement, sa présence si bénéfique à tous nous rend triste, alors que nous ne sommes pas comme cela.

Tout le monde autour de nous, famille et amis sommes très attristés de son absence, Fréderic Cilins n'est pas une personne dont on peut se passer ou oublier, nous avons besoin de ses bonnes paroles et sa loyauté et de sa tendresse.

Si nous avions pu imaginer un jour devoir faire une lettre pour prouver qui est Fréderic Cilins, je pense que cela aurait pu ressembler à un jeux, plutôt qu'une réalité.

Je sollicite de votre bien veillance, afin que ces quelques lignes vous permette de mieux cerner qui est Fréderic Cilins, nos proches ont déjà beaucoup souffert de son absence, alors merci , de voir Fréderic Cilins comme il est dans la vie et non pas comme il est aujourd'hui.

La mère de mes enfants, mes enfants et moi même, demandons votre plus grande gratitude à l'égard de notre beau frère et Oncle.

Famille BURE

J.P. BURE

Bure Family



06250 Mougins

re: Mr. Frédéric CILINS

Date: April 29, 2014

I am taking the liberty of writing these few lines to you to give you some idea of how we view Frédéric Cilins, our brother-in-law and uncle.

I, the undersigned, Jean Pierre Bure, the brother of Brigitte Bure, the wife of Frédéric Cilins, am also writing on behalf of Carole Barrozzi, who has been my partner since 1991, and my daughters, ███████, age 17, and Carla, age 19, whose godfather is Frédéric Cilins.

I met the mother of my children on the same day when my sister met Frédéric Cilins, my brother-in-law. All of us had previously been brought up in a close-knit, loving, Catholic family. They say that birds of a feather flock together, and we found that Frédéric Cilins shared the same expectations.

I must say that since the day we met Frédéric Cilins, we found him to be someone we could count on. Like everyone, we have had our ups and downs, and Frédéric Cilins has always been able to rise to any occasion and beyond. For baptisms, communions, birthdays, and the Christmas/New Year holidays, he was always around and always offered to organize everything. As we work in the food service industry, we hardly had any time, but Frédéric Cilins made himself very available for his family, his children, and my children.

Always very calm, affectionate, and attentive, he managed to deal with situations involving our daughters in a way that was always positive. Yet he has been away from us for 1 year already, and I admit to having had trouble comforting his children in their suffering, since they miss their father very much. And then there is my sister, his wife, who also feels out of her depth since he was also always present, attentive, and affectionate with her, as well. Obviously, the days we all spent together are sorely

missed; we are all saddened when we think of his presence, which had such a good effect on all of us, even though it's not like us to be sad.

Everyone around us, including family and friends, has been extremely saddened by his absence. Frédéric Cilins is not someone you can do without or forget about, and we need his kind words, his loyalty, and his tenderness.

If we had been able to imagine someday having to write a letter to prove the kind of person Frédéric Cilins is, I think that it might have seemed more like a game than reality.

I am asking you to be so kind as to allow these few lines to give you a clearer idea of who Frédéric Cilins is; our loved ones have already suffered a lot as a result of his absence. So please regard Frédéric Cilins as he is in life and not as he is today.

The mother of my children, my children, and I all ask for your greatest appreciation of our brother-in-law and uncle.

                                                                          The Bure Family

20

Honorable William H. Pauley, III                                    28.04.2014
United States district Judge
Southern district of new york
500 pearl street

Dear Judge Pauley,

I've wanted to write you this letter about Fred for quiet some time now but had a hard time putting words together as it has been a year that I wake up everyday thinking he will be released that day. I sincerely hope that my words will help you understand better who Frederic is and help you with your decision.

Even though I have known Fred for over 20 years, it feels like I have known him all my life and now that he is away from us it feels like an eternity. I truly wish that I can be the one to welcome him home first and that I will be able to give him the same confidence and power he gave me in the past, to reassure him, to let him know that everything will be ok and to be a person he can count on, like he did for me so many times.

One of those times was in 2000 when Fred received me to work when I came to France. He was always there for me whenever I had a question or a problem, whether during business hours or not. He also found the time to take me out for drinks and dinners before I made friends there.




I know this family for over 20 years; they are and always will be there for their loved ones no matter the time or the place.

Today all I can do is light a candle for him every Friday to give him some light and warmth in these hard days, support his family that misses and needs him so much, and last but no least hope and pray that a great family man, will not be a victim of his naivety and kindness.

Sincerely,



Tal Noy

21

Honorable William H. Pauley, III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Pauley,

I am writing to you about Fred Cilins, in the hope that my perspective may be
helpful to you in your deliberations.

I remember having Fred in my life for as long as I remember just about anything.
Elisa (his daughter) and I are just like sisters. We grew up together, spend all our
holidays together, celebrate all our birthdays together. And of course Fred was
always here. Not only is he my best friend's father, but he is a second father to
me. Someone that I personally know I can always trust and always rely on no
matter what. He is family.

When I found out that he has been taken away I broke
down in tears, not only because I did not know when I will see him again but also
because what it is happening it is inconsistent with the person I know. Fred
always pushes his children to study more and to achieve the best, he has always
been a very kind but disciplined father and he is like this in his every day life. He
is a true example of good person who cares, and who does things right.

Fred is my second father, my family, and all I can do is hope every single day that
justice will be done and that I will see him soon.

I hope this letter will help you understand who Fred Cilins is, and that it will
allow you to see him through a different perspective.


Sincerely,

Danielle Noy

22

Béatrice Le Pimpec

███████████████████

1180 Brussels
Belgium

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
USA

Brussels, April 28th, 2014

Dear Judge Pauley,

I am writing you about Frédéric Cillins in the hope that my letter may be helpful in
your deliberations.

My name is Béatrice Le Pimpec, a friend of Frédéric since I met him at the wedding
of Tal Noy, about 16 years ago and we immediately hit it off and stayed in touch.



I will never forget those moments of my life and I would still thanks Frédéric for his
kindness, his generosity, his humanity, his great value and also for his availability in
such difficult times to pass. God bless him!

I hope that this letter will give you a small glimpse about Frédéric Cillins I have come
to know and respect during the last years.

Sincerely,
Béatrice Le Pimpec

23

# A qui de droit

Concerne : témoignage sur Frédéric Cilinc

Monsieur Frédéric Cilins que j'ai personnellement rencontré, depuis plus de dix années déjà, est un homme en qui j'ai découvert beaucoup de vertus. Dès notre premier contact, il m'a rassuré par sa franchise et par le respect qu'il manifeste envers tout le monde. Il a beaucoup de considération avec les personnes avec qui il travaille quelque soit le rang social de celles-ci.

J'ai pu me rendre compte surtout de son sens humain à travers les actes de générosité envers les nécessiteux. C'est ainsi qu'il n'a pas hésité à aider des populations qui étaient dans le besoin en RDC, notamment par les donations de produits alimentaires dont la presse a largement fait écho en présence de quelques autorités du pays de l'époque.

Outre les produits alimentaires, il a permis de faciliter l'accès à des produits pharmaceutiques et parapharmaceutiques de grande qualité à des personnes qui n'avaient pas de revenus suffisant pour leurs soins médicaux.

Je tiens aussi à insister sur le fait que Frédéric est un homme indépendant d'esprit et plein d'humanité. Sa connaissance des africains lui a permis de tisser de bonnes relations avec beaucoup de gens dans plusieurs pays d'Afrique (Est, ouest, Sud et Centre).

J'ai retenu à travers lui l'image d'un homme courageux, travailleur, sociable, généreux et soucieux de l'épanouissement de ses partenaires dans les affaires. Au moment où très peu de gens évitait de venir en RDC à raison de l'image négative rependue de notre pays, Fréderic prenait le risque de venir sans beaucoup se soucier de sa sécurité ni des conditions de séjour difficile que la plupart d'européens redoutaient.

Sincère en amitié, même après avoir choisi de ne plus maintenir ses activités en RDC, on est resté néanmoins en contact de temps en temps au téléphone toujours très respectueux et chaleureux.

... / ...

Toutes les personnes qui l'ont connu en RDC ont toujours souhaité revoir Fred qui était devenu plus qu'un familier.

Je voudrais affirmer ici que Frédéric Cilinc, tel que je l'ai connu, est un homme digne, honnête et respectable.

Kinshasa, le 25 mars 2014

Pascal Tshelo

**To whom it may concern**

RE: testimonial regarding Frédéric Cilins

Mr. Frédéric Cilins, whom I have personally known for more than ten years now, is a man whose many virtues I have discovered. From our very first meeting, he has filled me with reassurance due to his honesty and the respect that he shows everyone. He holds the people with whom he works in high regard, no matter what their social status.

I was especially able to note his compassion in the form of acts of generosity toward the needy. Thus, he didn't hesitate to help groups of people in need in DRC [Democratic Republic of Congo], in particular through donations of food products, which the press reported on widely in the presence of some of the country's authorities at that time.

Aside from food products, he helped to make high quality pharmaceutical and parapharmaceutical products accessible to people who could not afford their medical care.

I would also like to emphasize that Frédéric is an independent-minded man of conscience. His familiarity with Africans has enabled him to establish good relationships with many people in a number of African countries (East, West, Southern, and Central Africa).

I recall him as being a brave, hard-working, sociable, generous man who is eager to see his business partners thrive. At a time when very few people avoided [sic] coming to DRC due to the widespread negative image of our country, Frédéric took a risk and came without much concern regarding his safety or the tough living conditions that most Europeans feared.

A man of sincere friendship, even after he chose to no longer do business in DRC, we have nevertheless stayed in touch from time to time via the phone, and our interactions have always been very respectful and warm.

[initials] …/…

Everyone who knew him in DRC always looked forward to seeing Fred again, as he had become more than a friend.

I would like to assert here that Frédéric Cilins, as I knew him, is an honorable, honest, and respectable man.

Kinshasa, March 25, 2014

Pascal Tshelo

[signature]

24

Monsieur William H. Pauley , III
Le juge de district des États-Unis
Cour de district des États -Unis
District sud de New York
500 Pearl Street
New York, New York 10007
USA
avril 2014


Cher Monsieur William H. Pauley III


Ref : référence de caractère à Frédéric Cilinc


Moi, N'sayi Nadine, je voudrais me référer à ma petite expérience pour avoir connu Frédéric que j'appelle affectueusement « Fred » pour le présenter, à ma façon dans cette lettre. Je l'ai connu depuis 2001 en tant que collègue, ami dans les affaires. Dans tous mes rapports avec lui, j'ai découvert un homme de grande foi, solide, volontaire et indépendant d'esprit.

Fred est un homme très entreprenant capable de développer des opportunités d'affaires dans des situations difficiles. Il est ainsi en mesure de relever les défis et de réaliser des contrats d'entreprise de la manière la plus équitable possible. Pour sa première expérience en RDC, par exemple, il arrive pour chercher des opportunités d'affaires au moment où le pays est déchiré par la guerre avec plus de 3 mouvements de rébellion et un contexte de crise que traverse ce pays, la République démocratique du Congo. Les conditions dans lesquelles Fred a dû travailler n'étaient pas idéales et il était très difficile de faire des affaires. Encore une fois, Fred a persévéré et a réussi à faire des affaires.

Il est généreux et chaleureux et maintient son amitié longtemps après les relations d'affaires sont conclues. Fred a été en contact régulier avec moi-même longtemps après qu'il arrête de faire des affaires en RDC.

Il interagit très bien avec les gens de toutes les cultures et a un bon sens de la communauté. Il est un homme gentil et empathique. Dans plusieurs de ses rapports, il a insisté sur le fait de redonner à la communauté où les transactions sont frappées. Par exemple, lorsque Fred faisait des affaires en 2004, l'importation de produits alimentaires de la RDC, il a insisté pour qu'une partie de la nourriture être donné aux gens. Ce don a été reconnu publiquement sur la presse nationale de la RDC et à la radio. L'année suivante, Fred a importé des produits pharmaceutiques, et de nouveau, fait des dons aux hôpitaux et cliniques en RDC. Son approche humanitaire pour les entreprises a été notée par beaucoup.

Pour tout ce que Fred était toujours la bienvenue dans notre pays comme ami et homme d'affaires.

J'espère que cela vous donnera une idée plus précise Frédéric Cilinc .

N'sayi Nadine

le 28/04/2014

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
United States
**April 2014**

**Dear Judge William H. Pauley III,**

RE: character reference for Frédéric Cilins

I, Nadine N'sayi, would like to refer to my own little experience of knowing Frédéric, whom I affectionately call "Fred," in order to introduce him in my own way in this letter. I've known him since 2001 as a colleague, a friend within the context of business pursuits. Over the course of all my interactions with him, I have come to know a solid, strong-willed, independent-minded man of great faith.

Fred is a highly enterprising man who is capable of developing business opportunities under tough circumstances. He is thus able to take up challenges and negotiate business agreements as fairly as possible. For his first experience in DRC [Democratic Republic of Congo], for instance, he came to the country in search of business opportunities at a time when it was torn apart by war, with more than three rebel movements and a state of crisis throughout this country, the Democratic Republic of Congo. The conditions under which Fred had to work were not ideal, and it was very hard to do business. Once again, Fred persevered and managed to do business.

He is generous and warm, and he continues to be a friend long after his business relationships have ended. Fred was regularly in touch with me long after he had stopped doing business in DRC.

He has a knack for getting along with people from all cultures and is very community-minded. He is a kind, empathetic man. Within the context of a number of his interactions, he has insisted on giving back to the communities where he has pursued transactions. For example, in 2004, while Fred was involved in a business arrangement for the import of food products from DRC, he insisted that a share of the food be donated to the people. This donation was publicly acknowledged on the radio and in the national press in DRC. The following year, Fred imported pharmaceutical products, and, once again, he made donations to hospitals and clinics in DRC. His humanitarian approach to business has been noted by many people.

For all these reasons, Fred was always welcome in our country as a friend and as a businessman.

I hope that this will give you a clearer idea regarding Frédéric Cilins.

Nadine N'sayi

[signature] [hw:] *04/28/2014*

25

Monsieur le Juge,

Je connais Frédéric Cilins et sa famille depuis 12 ans. La première fois, que nous nous sommes rencontrés c'était au cours de vacances de fin d'année dans un hôtel.

Au cours de cette première rencontre nous échangions au travers de nos enfants respectifs qui ont tout de suite sympathisés.

Ce qui personnellement m'a attiré et séduit chez ce couple ce fut le temps qu'ils passaient avec leurs enfants.

L'année suivante nous nous sommes à nouveau revu dans ce même hôtel et depuis nous avons une relation amicale très profonde

Depuis cette période nous avons toujours passé les fêtes de fin d'année ensemble avec tous nos enfants.

Nous n'habitons pas la même ville mais depuis pas une semaine ne se passe sans que nous communiquions par téléphone.

Il est vrai qu'aucun lien de sang ne nous unit mais nous avons une relation d'avantage familiale qu'amicale.

Frédéric Cilins et sa femme ont toujours tout partagé avec nous, nos joies bien sûr mais aussi nos peines. Dans ces moments douloureux de la vie Frédéric Cilins et sa femme ont toujours su trouver les mots justes, leur présence nous a été d'un grand réconfort.

Frédéric Cilins est une personne que je qualifierais de très spontanée, naturelle et surtout très à l'écoute des autres. C'est quelqu'un de très calme, posé très appaisant.C'est aussi un homme joyeux avec beaucoup d'humour. Il prend toujours le temps de s'intéresser aux autres.

Pour mes enfants (20 et 17 ans) il est d'avantage un oncle qu'un simple ami de la famille.

Fréderic Cilins n'ayant que des filles s'est toujours beaucoup intéressé à mon fils, comme il dit si souvent le garçon qu'il n'a pas eu.

Les évènements de ces derniers mois ont créé un éloignement, mais j'écris toute les semaines à Fréderic Cilins. Je le sais anxieux pour sa famille, sa maman et je sais qu'il apprécie que je lui en donne des nouvelles même si lui en a de son côté.

Je lui fais comme auparavant part de mon quotidien, il suit avec intérêt le parcours scolaire et étudiant de mes enfants, le travail de mon mari. Je sais qu'il continu à être à l'écoute de notre vie en dépit de la distance et des circonstances cela me touche profondément.

C'est vraiment le reflet de sa personnalité, un père, un mari, un ami très présent dans le quotidien de tous et toutes même dans ce moment difficile.

Il est évident que le moteur de sa vie est sa famille et les gens qu'il aime.

Au cours de ces derniers mois je me rends encore plus souvent auprès de sa femme et de ses trois filles. Je sais au plus profond de mon cœur que si un tel évènement était survenu à mon mari, Frédéric Cilins aurait, comme il a déjà si bien su le faire dans le passe prit ma famille sous protection.

Apporter un maximum de présence à sa famille est pour moi une chose évidente.



J'essaie de l'entourer avec toute mon affection car elle est comme une sœur pour moi.

Ce qui est touchant dans cette famille c'est que chacun va penser au bien être de l'autre avant le sien.

J'ai rédigé cette lettre avec beaucoup de sincérité, et je demande au tribunal si cela est possible de la prendre en considération au moment de la détermination de la peine.

Je vous prie de croire, Monsieur le Juge, à l'expression de mes sentiments les meilleurs.

Christel Blache

Fait à Lyon le 05 Mai 2014.

Your Honor

I have known Frédéric Cilins and his family for 12 years. The first time we met was at a hotel during an end-of-year vacation.

During this first meeting, we got to know each other through our respective children, who immediately hit it off.

What personally drew me to this couple and what I liked about them was the time they spent with their children.

The following year, we met again at the same hotel and since then we have developed a very deep friendship.

Since that time, we have always spent the end-of-year holiday season together with all our children.

We do not live in the same city, but not a week goes by that we do not talk on the phone.

Although we are not related by blood, we have a more of a family relationship than a friendship.

Frédéric Cilins and his wife have always shared everything with us - our joys, of course, but also our sorrows. During the painful moments in life, Frédéric Cilins and his wife have always known the right thing to say, and their presence has been a great comfort to us.

Frédéric Cilins is a person that I would describe as very spontaneous, natural and, above all, very attentive to others. He is a very calm person with an aura of tranquility. He is also a joyful man with a great sense of humor. He always takes the time to show an interest in others.

For my kids (aged 20 and 17), he is more of an uncle than just a family friend.

Since Frédéric Cilins has only daughters, he has always taken an interest in my son, whom he often says is the son he never had.

The events of recent months have created a distance, but I write to Frédéric Cilins every week. I know he is anxious for his family and his mother, and I know he appreciates the fact that I bring him news even if he is already aware of it.

Just like before, I make sure that he is part of my daily life, and he follows my children's education and my husband's work with interest. I know that he still cares about our lives despite the distance and the circumstances, and that touches me deeply.

This really is a reflection of his personality – he is a father, a husband and a friend who is very present in everyone's daily life, even during this difficult time.

It is obvious that his driving force is his family and the people he loves.

Over the past few months, I have been meeting up with his wife and three daughters ever more frequently. I know deep down in my heart that if such a thing happened to my husband, Frédéric Cilins would take my family under his wing, as he has done before in the past.

It is obvious to me that I should be there for this family as much as possible.



I try to surround her with affection because she is like a sister to me.

What is touching about this family is that they all put the welfare of the others before their own.

I wrote this letter with great sincerity, and I ask the court whether it is possible to take this into account when determining the sentence.

Sincerely,
Christel Blache

May 6, 2014

26

Jacques ESCALIER

███████████████                                    Biot le 12/05/2014

06410 BIOT                                          à honorable WILLIAM H PAULEY, III

                                                    UNITED STATES DISTRICT JUDGE

                                                    UNITED STATES DISTRICT COURT

                                                    SOUTHERN DISTRICT OF NEW YORK

                                                    500 PEAR STREAT

                                                    NEW YORK, NEW YORK 10007

                                                    ETATS-UNIS


Je me permets de vous écrire en faveur de mon ami M. FREDERIC CILINS que j'appellerai FRED dans ce courrier car c'est ainsi que je l'appelle et que je pense à lui chaque jour en regrettant son absence et le manque qu'elle représente.

Tout d'abord je me présente : je vais avoir 50ans dans 1 mois je suis commerçant a Antibes successivement concessionnaire CITROEN jusqu'en 1998 puis créateur en meuble et décoration jusqu'en 2008 et actuellement marchand de biens.

J'ai connu Fred il y a 12 ans par l'intermédiaire d'un ami d'enfance M. Philippe Lehors. Pour vous situer on peut dire que nos parents respectifs faisaient partis des force vives et actives de notre région : mon père le garagiste, celui de Fred le plombier et celui de Philipe le livreur de charbon et de combustible. Tous de gros travailleurs honnêtes de l'apres guerre et qui ont participé au redressement de notre région.

Aujourd'hui je suis également impliqué dans la vie associative et tant que Président d'un club de pêche sportive, et bénévole actif au sein du plus grand club de voile de France la société des régates d'Antibes .

Quand j'ai connu Fred nous nous sommes immédiatement entendu mais c'est notre amour de la Mer , du bateau et de la Pêche sportive qui nous a rapproché. C'est ainsi que je le fréquente très régulièrement : en plus de nos réunions de club nous pêchons régulièrement ensemble et nous sommes partis souvent en vacances ensemble que ce soit chez nous sur la Cote d'Azur, en Corse et même à Abidjan.

Au fil de ces années d'amitiés j'ai pu apprécier ses qualités morales et humaines : Fred à 4 filles et viens d'être grand père récemment sans avoir pu connaitre sa descendance. Son épouse Brigitte et ses filles sont sa raison de vivre et l'essentiel de sa vie personnelle est tourné vers sa famille.

Les relations qu'il a avec ses filles sont faites de tendresse, d'amour et de fierté réciproque. C'est un bonheur rare que de passer une journée avec « les Cilins « car entre eux l'amour la douceur la gentillesse éclaboussent tous ceux qui ont la chance de les côtoyer et je salue la force de caractère de ses « filles « et j'inclus bien sur Brigitte, tant son absence doit être dure à vivre au jour le jour.

C'est une vraie famille aimante et unie.

Je vais vous citer une anecdote qui vous éclairera sur la mentalité de FRED : en novembre 2008 j'ai divorcé et donc je me retrouvais seul pour les fêtes de Noel. J'ai plusieurs amis proches et sincères mais ceux qui m'ont invité à partager un repas de Noel en Famille et bien c'est Brigitte et FRED.

Et plutôt que de me retrouver seul dans mon coin j'ai participé à une journée de bonheur avec une famille unie dont la gentillesse et l'amour mon permit de passer de la façon la plus douce cette période délicate pour moi.

Je voudrai vous dire également que ses filles même si elles sont très fortes sont à une période de leur vie ou leur père doit leur manquer cruellement. Leurs liens sont tels que l'absence de leur Père se fait sentir chaque instant pour toutes leurs décisions de vie de jeunes filles qui sont en train de devenir des jeunes femmes.

J'espère avec ce courrier avoir pu vous éclairer sur les qualités morales d'ami, de père et de mari de mon ami FRED. Pour ma part je considère que Fred Cilins est un exemple tant dans sa vie personnelle que professionnelle.

Je vous prie d'agréer mes plus sincères salutations

Jacques ESCALIER

Jacques Escalier

██████████████                                            Biot, 12/05/2014

06410 BIOT                                    to the Honorable WILLIAM H. PAULEY, III

I am taking the liberty of writing to you to support my friend, Mr. Frédéric Cilins, whom I will call "FRED" in this letter because that is what I call him; I think about him every day, feeling sorry about his absence and the void that this represents.

First, I will introduce myself: in one month, I will be turning 50. I'm a retailer in Antibes; I was a CITROËN dealer until 1998, when I started making furniture and decorations, which I did until 2008. Now I am an estate agent.

I met Fred 12 years ago through a childhood friend, Mr. Philippe Lehors. To give you some context, I can say that our respective parents were among the movers and shakers of our region: my father was a mechanic, Fred's father was a plumber, and Philippe's father was a coal and fuel deliveryman. All of them were honest, hard workers in the post-war period who helped our region recover.

Today I am also involved in the community as president of a sport fishing club, and an active volunteer in France's largest sailing club, the Société des Régates d'Antibes [Regatta Club of Antibes].

When I met Fred, we immediately hit it off, but it was our love of the sea, of boating, and of sport fishing that cemented our bond. I have been socializing with him on a very regular basis: in addition to our club meetings, we regularly go fishing together and we've often taken vacations together, whether at home on the French Riviera, in Corsica, or even in Abidjan.

Through all these years of friendship, I have learned to appreciate his moral and human qualities: Fred has four daughters and recently became a grandfather without having the chance to meet the child. His wife Brigitte and his daughters are his reason for living, and the very core of his personal life is his family.

His relationships with his daughters are built on tenderness, love, and a sense of mutual pride. Spending a day with "the Cilins" is a rare treat since the love, the sweetness, and the kindness that they share rub off on everyone who's lucky enough to spend time with them, and I recognize the strength of character of his "girls," and here I am including Brigitte, of course, as his absence must weigh on her every day.

Their family is truly loving and unified.

I'm going to tell you a story that will give you a clear idea of FRED'S mindset: in November 2008 I got divorced, so I was alone for the Christmas holidays. I have quite a few close and sincere friends, but the ones who invited me to share a family-style Christmas dinner with them were Brigitte and FRED.

So instead of being stuck home alone, I spent a happy day with a family whose kindness and love got me through that difficult period in the sweetest way possible.

I'd also like to tell you that his daughters, though very strong, are at a time in their lives when they must miss their father painfully. Their bonds are such that the absence of their father is felt every instant, through all the decisions about life that girls becoming young women must make.

I hope that this letter has been able to provide you with a clear idea of my friend FRED'S moral character as a friend, father, and husband. As for me, I feel that Fred Cilins is exemplary in his personal and professional life.

I ask that you please accept my most sincere regards.

Jacques ESCALIER

27

Jean-Pierre BARRAJA                                         Antibes le, 2 Mai 2014

██████████████

06600 Antibes

FRANCE

                                          Honorable WilliamH. Pauley, III
                                              United States District Judge
                                              United Sates District Court
                                              Southern District of New York
                                                          500 Pearl Street
                                                New York, New York 10007

Je connais Fred depuis 15 ans. J'ai eu la chance de le rencontrer, ainsi que son épouse Brigitte et ses trois filles, lors d'un déjeuner organisé par des amis communs. C'était une belle journée d'été comme notre région sait nous les offrir. Rapidement nos conversations se sont orientées vers nos passions communes que sont le nautisme et la pêche.

Au fil de nos discussions, j'ai pu découvrir un homme attachant, cultivé, qui sait apprécier les moments simples de la vie, comme prendre un verre entre amis tout en refaisant le monde. Toujours prêt à raconter des anecdotes qui lui sont arrivés en pêche ou au cours de ses voyages.

Fred est depuis ce jour une personne qui m'est chère car au fil de nos rencontres, j'ai pu découvrir un homme prévenant pour sa famille et les personnes qui lui sont proches. Un homme droit, respectueux et de parole, aimant son prochain.

C'est quelqu'un de fidèle en amour comme en amitié et il sait le montrer au quotidien. Fred n'oublie pas ses racines et nos valeurs chrétiennes. C'est mon ami.



Ca fait énormément de bien de connaitre des personnes comme lui, sur qui on peut compter et, qui sont toujours disponibles pour leurs amis.

Depuis ces derniers mois, son absence m'est difficile. Cette histoire me dépasse, mais je sais une chose : il me manque et j'ai hâte de le revoir.

                                              Jean-Pierre BARRAJA

Antibes, May 2, 2014

Jean-Pierre BARRAJA



06600 Antibes

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

I have known Fred for 15 years. I had the good fortune to meet him and his wife, Brigitte, and their three daughters at a luncheon hosted by mutual friends. It was a beautiful summer day, typical in our region. Soon our conversations turned to our shared passions: boating and fishing.

In the course of our conversations, I was able to discover an endearing, cultivated man who knows how to enjoy the simple things in life, such as having a drink with friends in order to put the world to rights. He was always ready to tell stories about what happened to him when fishing or during his travels.

Since then, Fred has become dear to me; over the course of our meetings, I have managed to get to know a man who is considerate toward his family and those who are close to him. An upright, respectful man of his word who loves his neighbor.

He is faithful in love and friendship, and he knows how to show it every day. Fred does not forget his roots and our Christian values. This is my friend.



It does an enormous amount of good to know people like him, with such people being important for me.

In these past few months, his absence has been difficult for me. This story is beyond me, but I know one thing: we miss him.

Jean-Pierre Barraja

28

Bernard BORASCI

██████ ███████ █ ████████ ██████████

06400 CANNES

FRANCE

Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of NY
500 Pearl Street
New York 10007
Etats-Unis

Cannes le 2 avril 2014

Honorable William H. Pauley III

Je suis chef d'Entreprise dans le domaine de l'Informatique
et je souhaite vous informer que je connais Frédéric
Cilins depuis environ 30 ans.

Je voudrais surtout vous faire part des valeurs qui
animent Frédéric et qui m'ont marqué durant toutes
ces années que j'ai passées à ses côtés.

J'ai connu Frédéric par le biais d'amis que vous avez
en commun et j'ai tout de suite eu un élan d'amitié
pour cet homme d'une gentillesse extrême qui savait
se montrer à l'écoute de tout son entourage.

J'ai le souvenir d'un matin de Juillet 1990 durant
lequel je venais de me confier à Frédéric suite à
la perte d'emploi que je venais de subir.
Frédéric a souhaité prendre le temps pour me rassurer
et m'aider à reprendre confiance car le doute s'était
immédiatement installé en moi.
Tous les jours, durant cette période difficile, Frédéric
s'inquiétait de mon état et me téléphonait pour
simplement me dire un mot rassurant.
Je lui en serai toujours reconnaissant.
Frédéric sait cultiver cette amitié sans attendre
un retour quelconque du temps qu'il consacre à
tous ses amis qui sont nombreux aussi à lui vouer
une amitié indéfectible.
D'autres souvenirs me viennent à l'esprit mais qui
concernent son aspect très familial.
Frédéric est très proche de ses parents et de sa famille
en général et j'ai pu lire dans ses yeux le bonheur
de voir l'ensemble de celle-ci réunit lors d'un déjeuner
auquel je participais.

Un homme qui bouillonne de bonheur dans ces moments-là
ne peut être que foncièrement bon et il est important
de vous le préciser Honorable William H. Pauley.

Je voudrais que vous priviez voir Honorable dans
la personnalité de Frédéric, ce qu'il a fait de précieux
pour les proches qu'il aime tout au long de sa vie
et tout ce qu'il a encore à donner dans sa vie future.
Nous l'attendons tous très vite pour qu'il puisse
égayer de nouveau nos vies.

Je vous prie de croire, Honorable William H. Pauley III
à l'assurance de ma parfaite considération.

B. BORASCI

Bernard BORASCI

██████████████████

06400 CANNES

██████████████

Honorable William H. Pauley III

United States District Judge

United States District Court

Southern District of New York

500 Pearl Street

New York New York 10007

USA

Cannes, April 2, 2014

Honorable William H. Pauley, III

I am a Company Manager in the field of IT and I wish to inform you that I have known Frédéric for about 30 years.

I would especially like to share with you the principles that guide Frédéric, which have impressed me during the years that I have known him.

I met Frédéric through mutual friends and I immediately took a liking to this extremely kind man who was attentive to those around him.

I remember one morning in July 1990 when I went to talk to Frédéric after I had lost my job.

Frédéric willingly took the time to reassure me and help me regain my confidence, since I immediately began suffering from self-doubt.

Every day during this difficult period, Frédéric would worry about me and call me up to reassure me.

For that, I will be forever grateful to him.

Frédéric knows how to cultivate friendship by devoting time and unwavering friendship to his many friends without expecting anything in return.

Other memories come to mind, which relate to his family values.

Frédéric is very close to his parents and to his family in general and when I attended a family lunch with him, I could see the joy in his eyes at seeing them all together.

A man that overflows with happiness at such moments can only be fundamentally good, and it is important that I point that out to you, Honorable William H. Pauley.

Your Honor, I hope that you can recognize in Frédéric's personality what valuable things he has done for his loved ones, whom he has cherished so much throughout his life, as well as all the things he has yet to give in the future.

We are all waiting for him to come back quickly and brighten up our lives once again.

Respectfully yours,


Bernard Borasci

29

Honorable William H.Pauley, III

United States District Judge

United States District Court

Southern District of New York

500 Pearl Street

New York, New York 10007

Etats-Unis


                              Jean-François et  Corinne Croci

                              ███████████████████████████

                              06140 Vence

                              France


                              Vence, le 6 mai 2014


Honorable Juge Pauley,


Nous sommes des amis de  Frédéric Cilins . Nous  avons fait la  connaissance  de Frédéric et
de son épouse Mme Brigitte Cilins–Bure par   l'intermédiaire d'amis communs il y a une
douzaine d'année.

Nous sommes respectivement directeur de la concession Nissan à Antibes et professeur des
écoles à la Colle-sur-Loup. Nous sommes parents de deux  enfants Laura (20ans) et ███████
(17ans). Nous souhaiterions vous faire part de ce que nous connaissons de la personnalité de
notre ami Frédéric.

Depuis toutes ces années nous avons appris à mieux nous connaître. Nous nous retrouvons
avec plaisir autour d'un repas et partons régulièrement en vacances avec Fred, Brigitte et
leurs 3 filles Elisa, Nina et ███████.

Très rapidement, nous avons pu apprécier  la compagnie de cette famille et notamment celle
de Fred toujours  attentif au bien-être de sa  famille bien sûr, mais aussi à celui de tous.

D'humeur très agréable  il a toujours le mot, l'attitude qui met tout le monde à l'aise sans pour autant chercher à se mettre en avant. C'est quelqu'un qui positive énormément et ne se plaint jamais.  Il possède une qualité rare : la générosité. Il aime faire plaisir et rendre service à ses proches.

Si nous partons en vacances aux sports d'hiver, Fred, qui a des problèmes de dos, ne skie pas mais a plaisir à gérer les différentes activités de tous les enfants du groupe, organiser les repas et  des après-skis sympathiques pour tous.

Début 2013, il se trouve que notre véhicule a été immobilisé en Italie. Sans hésitation, Fred s'est immédiatement déplacé (faisant près de 400km en voiture dans la journée) afin de nous servir d'interprète et aider à dénouer le problème. Frédéric est un ami sur lequel on peut compter.

Nous voudrions attirer votre attention sur Frédéric en tant que mari et père.

Pour avoir côtoyer de près cette famille, nous pouvons témoigner de la solidité du couple qui a officialisé son union après plus de 20 ans de vie commune ! Fred est un mari et un père très présent et attentionné.

Nous espérons que notre témoignage vous aidera à un peu mieux connaître notre ami, Frédéric Cilins.

Nous vous prions d'agréer nos respectueuses salutations.

Corinne et Jean-François Croci

Honorable William H. Pauley, III

United States District Judge

United States District Court

Southern District of New York

500 Pearl Street

New York, New York 10007

United States

Jean-François and Corinne Croci

██████████████████████

06140 Vence

France

Vence, May 6, 2014

Honorable Judge Pauley,

We are friends of Frédéric Cilins. We met Frédéric and his wife Brigitte Cilins-Bure through mutual friends about 10 years ago.

We work respectively as Director of the Nissan dealership in Antibes and a schoolteacher in Colle-sur-Loup. We are parents of two children, Laura (20) and ████████ (17). We would like to share what with you we know about the character of our friend Frédéric.

Over the years, we have all gotten to know each other better. We enjoy meeting for dinner and regularly go on vacation with Fred, Brigitte and their 3 daughters, Elisa, Nina and ████████.

We came to enjoy the family's company very quickly, especially that of Fred, who always looks after the well-being of his family and everyone else around him.

He has a very pleasant disposition, always has the right thing to say and has a manner that puts everyone at ease without seeking to be the center of attention. He is an extremely positive person and never complains. He has that rare quality: generosity. He likes to make people happy and to help his family and friends.

When we go on winter sports vacations, Fred, who has back problems, does not ski but enjoys running various activities for all the children in the group and organizing meals and fun après-ski events for everyone.

In early 2013, it turned out that our car had been detained in Italy. Without hesitation, Fred immediately set out (covering nearly 400 km by car in one day) to serve as an interpreter and help resolve the problem. Frédéric is a friend you can count on.

We would also like to draw your attention to Frédéric as a husband and father.

Having spent time close to this family, we can testify to the strength of the couple, who got married officially after 20 years of living together! Fred is a very present and attentive husband and father.

We hope that our testimony will help you get to know our friend, Frédéric Cilins, a little better.


Sincerely,


Corinne et Jean-François Croci

30

Rebecca Bouchara & Alain Gouzon

██████████████████████
██████████████████████
06 400 CANNES
France

Cannes, le 18 avril 2014

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Etats-Unis

Honorable Juge Pauley,

Amis depuis une douzaine d'années, nous vous écrivons afin de vous exprimer tout le sens de l'amitié et toute l'estime que nous éprouvons pour M. Fréderic Cilins.

Nous nous sommes rencontrés la première fois lors de vacances familiales passées à la montagne, au ski précisément, où nous étions 8 familles, parents et enfants compris.
Fréderic et son épouse Brigitte nous ont tout de suite donné le sentiment d'une belle famille heureuse et harmonieuse, et l'une des premières choses marquantes, qui s'est confirmée tout au long de ces nombreuses années d'amitié, est la présence, l'attention, la disponibilité et l'amour pour sa famille, son épouse et ses filles.
De ces 6 jours passés à la montagne, nous croyons nous souvenir que Fréderic est sorti skier seulement une ½ journée. En réalité, il n'appréciait déjà plus trop le ski. Mais peu lui importait, il était là, avec toute sa joie de vivre, pour faire plaisir à sa famille. Et nous sommes tombés en admiration devant le merveilleux Papa qu'il s'est révélé être.

Après cette belle semaine de vacances à faire connaissance, nous nous sommes revus très régulièrement et notre amitié s'est construite au fil des années.

Et là aussi, Frédéric s'est révélé être un ami des plus précieux, toujours disponible et pas seulement pour partager des bons moments...



Son cœur tout autant que sa maison nous ont toujours été ouverts !

C'est l'ami précieux que je souhaite à chacun d'avoir dans sa vie.
Père et mari exemplaire, pudique et généreux, toujours disponible pour ses amis, Frédéric est un modèle, certainement une source d'inspiration pour ceux qui rêvent d'une vie saine et équilibrée, faite d'amour, d'humilité, de partage et de joie de vivre.
Nous l'aimons et il nous manque...

En espérant, votre Honneur, que notre témoignage puisse dépeindre avec plus de précisions la personnalité magnifique de Frédéric, et puisse vous inspirer favorablement, nous vous prions d'agréer, votre Honneur, l'expression de nos très respectueux hommages.

Rebecca Bouchara et Alain Gouzon

Rebecca Bouchara & Alain Gouzon

06 400 CANNES
France

Cannes, April 18, 2014

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
USA

Honorable Judge Pauley,

As friends for the past dozen years, we are writing to you to express all the spirit of friendship and
all the respect that we feel toward Mr. Frédéric Cilins.

We first met on a family vacation in the mountains; more specifically, we were on a ski trip
consisting of 8 families, including parents and kids.
Frédéric and his wife Brigitte immediately struck us as being part of a happy, harmonious family, and
one of the first things that stood out, and it was later confirmed over these many years of friendship,
was the fact that he was around for his family, with attentiveness, availability, and love for his wife
and daughters.
Of those 6 days spent in the mountains, we think that we remember Frédéric spending only a half-
day out on the slopes. The truth is that, back then, he didn't really enjoy skiing anymore. But that
didn't matter much to him; he was still there, with his zest for life displayed in full force, so that
he could ensure a good time for his family. And we were in awe of the wonderful dad that he
turned out to be.

After getting to know each other during that great week-long vacation, we saw each other on a
very regular basis, and, over the years, our friendship solidified.

And there, as well, Frédéric turned out to be one of our most precious friends, always available for us, and not just for the enjoyment of good times together.



His heart and his home have always been open to us!

He is the kind of precious friend that I would like for everyone to have in his or her life.
As an exemplary husband and father, both modest and generous and always there for his friends, Frédéric is a model; he is certainly an inspiration for those who dream of having a healthy, well-balanced life consisting of love, humility, sharing, and a zest for life.
We love him and miss him.
Your Honor, we hope that our testimonial can paint a clearer picture of Frédéric's wonderful personality and can ensure that you are favorably disposed toward him. Respectfully yours,

Rebecca Bouchara and Alain Gouzon

[signature]   [signature]

31

Granier Jean-Philippe

███████████████

92380 Garches
FRANCE

Honorable William H. Pauley, III United
State District Judge
United State District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
United States

Objet : Témoignage de moralité

Garches, le 05 mai 2014

Madame, Monsieur,

Je me permets donc de vous faire ce courrier pour parler en faveur de Mr Frederic Cilins. J'ai bientôt 52 ans, marié, deux enfants de 6 ans et demi, et coté professionnel, je suis Directeur Général de la filiale Française d'un groupe Allemand Agroalimentaire. Je n'ai jamais habité sur la côte d'Azur, nous nous sommes connus avec Frédéric il y a très longtemps, car ses parents étaient les voisins de mes grands-parents. Nous sommes donc amis depuis presque 50 ans.

Enfants, nous avons passé presque toutes nos vacances d'été ensemble, et l'hiver mes grands-parents nous accompagnaient faire du ski, Frederic, son petit Frère Bernard, le mien Jean Marc et bien sur moi-même. Je n'en garde de très bons souvenirs, et ne me rappelle d'ailleurs pas, m'être jamais disputé avec Frédéric.

Devenus adultes nous avons continué à nous voir régulièrement lorsque je descendais dans le sud rendre visite à mes grands-parents. Je l'ai toujours vu à l'écoute et prêt à leurs rendre service. Je sais qu'il en est de même pour ses amis et ses proches, car je pense que c'est un homme de bien. Il a été mon témoin de mariage, je me suis le parrain de sa fille Nina, et je ne vous cache donc pas que lui et sa famille sont pour moi très importants.

Dans les dernières années de sa vie, mon grand-père se rendait très souvent chez les parents de F. Cilins, je sais qu'il estimait beaucoup Frederic, et qu'il le considérait comme un 3ème petit Fils. Lors de son décès, c'est Frederic qui avant mon arrivé a soutenu ma mère et a organisé beaucoup de choses à ma place.

Depuis quelques temps ses parents devenant plus âgés, je sais que Frédéric leur rendait visite quasiment tous les jours, et que c'est lui qui organisait les rassemblements pour les évènements familiaux. Fin 2012, son père est décédé et c'est donc tout naturellement que son importance pour sa mère et pour toute sa famille s'en est trouvée renforcée.

Outre un fils très attentif et présent, Frederic est un père formidable, qui adore ses quatre filles et s'occupe beaucoup d'elles. Il les a élevées avec amour, rigueur, dans la droiture et le respect d'autrui. Son éloignement est donc vous le comprendrez bien, très dur à vivre pour son épouse, ses enfants.



Voilà, Monsieur le juge, Frederic fait partie de mes 2 meilleurs amis, j'ai donc pris l'avion pour lui rendre visite mi-janvier, je n'ai pu lui parler qu'une heure mais cela m'a fait beaucoup de bien et je sais qu'il en a été de même pour lui.

J'espère que vous prêterez une attention bienveillante à ce bon père de famille, à cet ami fidèle dont je suis fier et qui le mérite.

Je vous prie d'agréer, Monsieur le juge, mes salutations distinguées.

Granier Jean-Philippe

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

92380 Garches
FRANCE

Honorable William H. Pauley, III United
State District Judge
United State District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
United States

Subject Character reference

Garches, May 5, 2014

Dear Sir/Madam,

I have taken the liberty of writing this letter to you in order to speak up for Mr. Frederic Cilins. I'll soon be 52 years old; I am married and have two children who are six and a half years old. In terms of my work, I'm the General Manager of a French subsidiary of a German Agri-Food group. I've never lived on the French Riviera. We got to know Frédéric a long time ago because his parents were my grandparents' neighbors. So our friendship goes back nearly 50 years.

When we were kids, we spent nearly every summer vacation together, and, during the wintertime, my grandparents would take us skiing; it was Frédéric, his little brother Bernard, my little brother Jean Marc, and, of course, myself. I have only lovely memories of that time and, moreover, don't recall ever quarreling with Frédéric.

As adults, we continued to see each other on a regular basis whenever I'd head down south to visit my grandparents. I've always seen him as being attentive and ready to lend them a hand. I know that the same holds true regarding his conduct toward his friends and loved ones, as I think that he's a good man. He was the best man at my wedding, I'm the godfather of his daughter, Nina, and I'm not hiding the fact that he and his family are very important to me.

Over the past few years of his life, my grandfather spent a lot of time at the home of F. Cilins's parents. I know that he really liked Frederic and thought of him as a third grandson. After my grandfather's death, Frederic was the one who, before I got there, offered my mother support and organized many things for me.

For some time, with his parents getting on in years, I know that Frédéric would visit them nearly every day, and he was the one who'd organize get-togethers for family events. His father passed on in late 2012, so it's quite natural that he has become even more vital to his mother and his entire family.

In addition to being a very attentive son who's been present, Frédéric is a great father who just adores his four daughters and is really devoted to them. He brought them up with love, strictness, uprightness, and respect for others. As you'll clearly understand, the fact that he's been far away has been really tough on his wife and kids.



There you have it, Your Honor. Frederic is one of my two best friends. Thus, I flew to see him in mid-January. I was only able to spend an hour talking with him, but that hour did me a world of good, and I know that this was also the case for him.

I hope that you will give sympathetic consideration to this good father and to this faithful friend of whom I am proud and who deserves such consideration.

I ask, Your Honor, that you please accept my best regards.                    [signature]

32

Ms Cécile Pénot
███████████████████
06130 GRASSE
France

May 04th, 2014.

To Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
USA

Dear Judge Pauley,

I am writing to you about M. Frédéric CILINS, in hope that my perspective may be helpful to you in your deliberation.

My name is Cecile Penot, I am Mr. Frédéric CILINS assistant for 13 years now. I have worked for several years in big companies as Société Générale or Sony in Paris but not very comfortable with their strategies more based on results and internal competition than human capacities or/and personality, leaving you in a role. I moved to the south looking for something more compatible with my view of life and work. I was looking for a small structure, so I meet M. Cilins and he gave me my chance. We have created I believe a real relationship of trust and respect, as he has always supported me and gave more and more responsibilities, kept me in the team for so many years, even during hard time.
He always had a good word for me, never forgot my birthdays and had always remembered the holiday presents.

M. Cilins is not one of those common managers, he has a real interest for human relationship, and he is taking care of a good harmony inside the office. Always open to discussion, he is never close to new proposition of way to work, or to my opinions. We have established with the years a simple contract, let me free to manage my work, sharing my time as I want, with no pressure, in return I do what I have to do and I am available for any demand. I like to think that I am not a simple assistant, but more a part of a "family". He knows also mine, meeting my parents when there are coming, appreciate the special delivery of oysters they made for him, he always ordered big quantities for his family and friends as they are much better than in the south. My parents always ask me for news as they also like the person.

I have always appreciate M. Cilins, he reminds me my older brother, same age, same character, same appearance, same values. They are very similar in many points, welcoming but not expansive, calm and well-reasoned, ordered see a little bite fussy, demanding with himself and the others, but not tyrannical, even-tempered, I never heard him turned up the voice or in rare occasions, a big sense of humor, he likes to joke around even on himself especially when I am teasing him on his little mannerism. I know that he does not have diploma from big school, he is coming from a workers family with Christian values, he went

to work very young and has what he has from hard work. He is someone cleaver what I can call a self-made man.

The last years he developed the business with Africa where he was travelling quite often with a big patience for what he was doing: selling medicines to Africa and quite often making charities of some of the goods to nonprofit organizations. He was always telling me about the situation in those countries and was proud to be one of the only companies that insisted in bringing the best quality of merchandise whether was food or medicine, never compromising on buying first choice products and not considered Africa as a place where you could sell over dated or second choice merchandise. I remember that in one of our big trading transactions with Congo DRC where we sold products coming from the US (Kraft products) Frederic decided that all the additional quantities we ordered will be given free of charge and will be distributed in hospitals and/or to poor people.

Other businesses we had were supplying the big supermarkets in Europe and in the US (e.g. Costco) where he always developed new concepts and new ideas.

He is very devoted to his family, paying close attention to their comfort and needs, taking care of each others, always available for them even if he is quite busy. He is always preoccupied by the future of his daughters, looking at their studies and following them in her choices, attentive to the well-being of his wife, he had special attention to go on holidays in places that suit to children and adults, always spending his free time with them. He was very thoughtful to his parents. When his father was still alive, he was taking care of lots of things in the house, TV cable, phone, invoices, doctors, works in the house and garden etc. He continued to support strongly his mother when his father has died two years ago.

M. Cilins is a very sociable person, here he knows everybody and everybody knows him, convivial, a lot of persons appreciate his nature: honest, simple and approachable. He has acquaintances in all class categories, with no discrimination, from the man working on the harbor to the company director.

I never felt nastiness in him, he can be ironic, but he is not the last one to help when a friend or I have a difficulty or a problem to solve. How many bosses will drive you to the airport for your holidays or will give you free time when your parents are coming to visit you, M. Cilins is this kind of person. He is the one who helps friends in needs even if sometimes he doesn't have thanks for it. This is someone we can count on.

I hope that this letter will give you a small glimpse into Frédéric CILINS I have come to know and respect for the last 13 years.

Your sincerely,

Cécile Pénot
5/02/14

33

Vallauris le 04 mai 2014

Patrick et Marie Christine CONIL
█████████████
06220 VALLAURIS
FRANCE

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
ETATS UNIS

Honorable Juge Pauley,

Nous souhaitons, par ce courrier, vous faire part de toute l'estime que nous avons pour notre ami Frédéric CILINS et lui manifester par là même notre soutien.

Nous avons le privilège de fréquenter Frédéric et son épouse Brigitte depuis près de 20 ans.

Je me présente Patrick, je suis né quatre mois après Frédéric et je pense que nous avons eu la même enfance heureuse, partagée entre une famille unie, un environnement stable.

Mon épouse, Marie Christine, a grandi dans le même quartier que Frédéric, à Golfe Juan. Étant plus jeune de cinq ans, elle ne l'a pas fréquenté, mais leurs parents se connaissaient. Sabine, la maman de Frédéric, connaissait très bien la maman de mon épouse, quant à Gérard, son papa décédé, il s'était occupé de la maison familiale de par son métier de plombier.

Nous avons tous grandi dans la même petite ville de Vallauris Golfe-Juan dans le sud de la France, nous partageons les mêmes racines, les mêmes valeurs familiales et le même patrimoine culturel.

J'ai eu la chance de fonder ma première société de publicité extérieure en 1991 et de la faire prospérer jusqu' à sa vente en 2001 à des investisseurs. Après une année sabbatique, j'ai fondé en 2003, avec mon épouse Marie Christine, une nouvelle société de publicité extérieure, AD EVENT. Nous travaillons avec quelques unes des plus grandes sociétés françaises en grande distribution et en promotion immobilière.

Enfant, je connaissais Frédéric de vu mais nous ne nous fréquentions pas. Plus tard, jeunes adultes, nous nous sommes croisés en ville. C'est en 1995 que nous nous sommes retrouvés dans l'immeuble où j'avais installé mes bureaux, Frédéric y avait les siens. Nous avons commencé à discuter, nous partagions les mêmes idées, les mêmes envies, et c'est à partir de ce moment là que nous avons commencé une réelle relation d'amis proches. Nos centres d'intérêts étaient les mêmes. C'était l'époque aussi où nous sommes devenus parents, nous étions très occupés par nos nouvelles charges familiales et en discutions beaucoup. Nos épouses s'entendirent à merveille dès les premières rencontres et de ce fait, nous avons commencé à passer de nombreux moments ensemble.

Brigitte et Frédéric ont quatre filles, nous en avons deux et Jean-Pierre, le frère de Brigitte qui se joignaient à nous, a aussi deux filles, nous avions une sacré équipe de filles et nos virées prenaient des allures de colonies de vacances. Nous avons vraiment passé des moments exceptionnels, nous emmenions les enfants découvrir les villages alentours, participions aux fêtes régionales traditionnelles, nous faisions la cueillette des champignons en forêt l'automne, nous partions au ski l'hiver, et l'été c'était le bateau.

Lorsque nous sortions avec nos épouses et nos enfants en bateau, Frédéric était toujours le « Capitaine » qui gérait toute la sécurité et le bien-être de tous. Nous avons appris à pêcher à nos filles, à installer les vers sur l'hameçon, à plonger, nous leur avons appris le respect de notre environnement.

Brigitte et Marie Christine, cuisinières hors-pair nous préparaient de bons plats que nous partagions sur le bateau. La pêche se transformait en une bonne soupe que nous agrémentions de quelques oursins.

Marie Christine s'était investie dans la vie de son ancienne école catholique, Notre Dame de La Tramontane, où étaient scolarisées nos deux filles depuis leur plus jeune âge. C'est avec plaisir et confiance qu'elle avait recommandé les enfants Cilins dans cet établissement. D'ailleurs dès la première année, Frédéric se proposa d'intégrer notre équipe de bénévoles pour gérer le stand Barbecue et Frites lors de la Kermesse de l'école. Brigitte n'était pas en reste, en concoctant de succulentes pâtisseries pour les enfants.

Nos filles prenaient des cours de danse dans la même école à Antibes et comme nous habitions le même quartier, nous partagions les trajets, de même que pour l'école, on savait que l'on pouvait compter les uns sur les autres.

Frédéric a toujours été très patient avec les enfants. C'est un papa tendre, à l'écoute de ses filles, un papa à qui l'on demande conseil, un papa sur qui l'on peut compter, un papa à qui l'on peut tout demander ! Et il est maintenant grand-père, encore une fille !

Avec sa famille, il a toujours été l'homme sur qui l'on se repose, il a toujours été disponible pour sa maman dont il est très proche. ███████████████████████████████ ████████ █ ███████████████████████████████████████ ██████████████████████████████████████████████ Frédéric était le pilier de la famille Cilins.

Avec ses amis c'est aussi la même chose ; il est fiable, honnête, généreux, riche de ses expériences, on aime à discuter avec lui des divers sujets de société.

Il y a une composante essentielle au couple que forment Frédéric et Brigitte, ce sont deux personnes qui mettent tout en œuvre pour faire partager les bons moments et en toute simplicité.

Passionnés tous les deux de pêche et de bateaux, c'est lors de nos sorties en haute mer que nous avons vraiment eu le temps de nous connaître et de nous apprécier. Nous pouvions passer des heures à discuter moulinets, cannes à pêche, et poissons bien sur. Les traversées

que nous avons faites pour aller en Corse, une Ile au large de Nice, sont mémorables. Nous partagions la même sensation de bien être, de liberté. Même en pleine mer, Frédéric mettait un point d'honneur à ce que nous ne manquions de rien, il nous communiquait sa constante bonne humeur. Frédéric est quelqu'un d'authentique.

Notre ami nous manque, nous pensons constamment à lui, nous pensons à Brigitte qui doit assumer seule toutes les charges familiales, à ses filles qui doivent avancer malgré tout, ████ ████████████████████.

Nous espérons, Honorable Juge Pauley, que cette lettre vous apportera une autre image de la personnalité de Frédéric Cilins.

Nous vous prions de recevoir, Honorable Juge Pauley, nos très sincères salutations.

Patrick Conil,

Marie Christine Conil

Vallauris, May 4, 2014


Patrick and Marie Christine Conil                    Honorable William H. Pauley, III
███████████████████████                    United States District Judge
06220 VALLAURIS [FRANCE]                        United States District Court
FRANCE                                          Southern District of New York
                                                500 Pearl Street
                                                New York, New York 10007
                                                UNITED STATES


Honorable Judge Pauley:

We are writing you this letter in hopes of sharing with you all the esteem that we have for our
friend, Frédéric Cilins and hence to express our support for him.

We have had the privilege of spending time with Frédéric and his wife Brigitte for almost 20
years now.

My name is Patrick. I was born four months after Frédéric, and I think that we had the same
happy childhood spent in a close-knit family in a stable environment.

My wife, Marie Christine, grew up in the same neighborhood as Frédéric, in Golfe-Juan. Being
five years younger than he is, they were in different social circles, but their parents knew each
other. Sabine, Frédéric's mother, knew my wife's mother quite well. And his deceased father
Gérard was a plumber by trade who serviced the family's house.

We all grew up in the same small town of Vallauris Golfe-Juan in the south of France. We all
share the same roots, the same family values, and the same cultural heritage.

I was lucky enough to establish my first outdoor advertising firm in 1991 and to have it do well
until it was sold to investors in 2001. After a year off, in 2003, my wife Marie Christine and I set
up a new outdoor advertising firm, AD EVENT. We have worked with some of the top French
retail and property development firms.

As a child, I knew Frédéric by sight, but we didn't hang out together. Later, as young adults, our
paths crossed in town. Back in 1995, we ran into each other in the building where I had set up my
offices. Frédéric's offices were there, too. We started talking; we shared the same ideas and the
same desires. It was then that we started to become truly close friends. We shared the same
pastimes. That was also when we became parents; we were really wrapped up in our new family-
related duties and would talk about these matters often. Our wives got along beautifully right off
the bat, so we started to spend a lot of time together.

Brigitte and Frédéric have four children. We have two, and Jean-Pierre, Brigitte's brother who came along with us, also has two daughters. We had one heck of a team of girls, and our excursions started to resemble summer camps. We really had outstanding times together. We took the kids to explore nearby villages and take part in traditional regional celebrations; we went mushrooming in the woods during the fall, skiing in wintertime, and boating during the summer.

Whenever we would go boating with our wives and our kids, Frédéric was always the "Captain" who looked after everyone's safety and well-being. We taught our daughters how to fish, how to put a worm on a hook, and how to dive; we taught them to respect our environment.

Brigitte and Marie Christine were unrivaled chefs who would fix tasty meals that we would all share aboard the boat. The fish would turn into a delicious soup, which we would liven up with the addition of a few sea urchins.

Marie Christine was involved in the activities of her old Catholic school, Notre Dame de La Tramontane, where our two daughters also studied from the time they were able to start going to school. She happily and confidentially recommended the Cilins kids for admission to that establishment. Moreover, from the first year, Frédéric offered to get our team of volunteers involved in managing the Barbecue and Fries booth at the school's fundraising fair. Brigitte, not to be outdone, whipped up some succulent pastries for the kids.

Our daughters took dancing lessons at the same school in Antibes. As we lived in the same neighborhood, we used to carpool, just as we would for school. We knew that we could count on each other.

Frédéric was always very patient with the kids. He's a tender dad who's attentive to his daughters, a dad whose advice is requested, a dad you can count on, a dad you could approach for anything! And now he's a grandfather, with yet another girl in his life!

With his family, he was always the man you could depend on, always available for his mom, with whom he is very close. ████████████████████████████████████████████████████ ████████████████████████████████████████████ Frédéric was the pillar of the Cilins family.

It's the same thing with his friends; he is reliable, honest, generous, with a wealth of experience; people love talking to him about social issues.

There's some magic ingredient that makes Frédéric and Brigitte work well as a couple. They are two people who make every effort to share simple good times.

As both of us are enthusiastic about fishing and boating, it was during our high-seas adventures that we really got the chance to know and appreciate each other. We could spend hours discussing reels, rods, and, of course, fish. The trips we took to Corsica, an island off the coast of Nice, are memorable. We shared the same feeling of wellness and freedom. Even at sea, Frédéric

took pride in ensuring that we always had what we needed. He conveyed his constant cheerfulness to us. Frédéric is someone who's real.

We miss our friend; we constantly think about him. We think about Brigitte, who has to handle all the family's expenses on her own, about his daughters who have to keep moving forward in spite of everything, and about his mother, █████████████████████

We hope, Honorable Judge Pauley, that this letter will show you another side of the personality of Frédéric Cilins.

We ask that you, Honorable Judge Pauley, accept our most sincere regards.


Patrick Conil,

Marie Christine Conil

34

Fiona Ipert
███████████
75009 Paris
FRANCE

Honorable William J. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

May 15, 2014,

Honorable juge Pauley,

Je vous écris en faveur de Frederic Cilins. Je m'appelle Fiona Ipert et je suis en quelque sorte
sa filleule. J'écris « en quelque sorte » car ma véritable marraine est sa femme, Brigitte Bure.
Mais depuis toute petite, je mets « Fred », comme nous l'appelons tous, au même niveau
qu'elle : celui de la famille. Même si ce ne sont pas les liens du sang qui nous unissent, Fred,
Brigitte et leurs filles Elisa, Nina et ██████ font partie de mon cercle de proches (je me permets
de ne pas citer sa fille Sandrine, car je la connais trop peu).
Mes parents sont amis avec eux depuis plus de 20 ans. Je les ai toujours connus. Fred, avec
son calme et son humour, Brigitte, avec sa sagesse et sa gentillesse et les filles, toutes
adorables. Du plus loin que je me souvienne, Fred a toujours été quelqu'un d'indispensable
pour ceux qui ont croisé son chemin. C'est lui qui fait rire l'assemblée lors des réunions de
famille, lui qui sait écouter et conseiller quand les autres traversent de mauvaises passes, lui
qui a toujours une attention toute particulière pour chacun d'entre nous. Je me rappelle, alors je
partais travailler aux Etats-Unis un été, que Fred et Brigitte ont insisté pour me donner leurs
bonnes adresses et me conseiller sur mon voyage. Ils ont toujours été présents dans ma vie,
toujours avec cette même douceur qui les caractérise tous les deux. A chaque fois que je me
remémore mes meilleurs souvenirs de vacances en famille, enfant et adolescents, c'est Fred
que je vois avec son sourire communicatif et ses blagues irrésistibles. Chaque image liée à lui,
à Brigitte et à leurs filles sont des images de pur bonheur. De famille aimante, aimée et soudée.

Je me permets d'insister sur l'aspect de famille, car c'est quelque chose d'indispensable pour
moi. Ses valeurs sont d'une importance cruciale. Et je sais que Fred a toujours mis un point
d'honneur à combler les siens. C'est sûrement pour cela qu'avec Brigitte et ses filles, ils
constituent l'une des familles les plus heureuses que je connaisse.

Au sein même de ma famille très proche, chez
mes parents, je sens une profonde affection.

Votre honneur, j'espère par ces quelques lignes avoir retenu votre attention sur l'importance de Frederic Cilins dans nos vies et sur la personne qu'il est.

Je vous prie d'agréer l'expression de mes plus sincères sentiments.

Fiona Ipert

Fiona Ipert
███████████████
75009 Paris
FRANCE

Honorable William J. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

May 15, 2014,

Dear Honorable Judge Pauley,

I am writing to you to speak up for Frederic Cilins. My name is Fiona Ipert, and I am, in a sense, his goddaughter. I have written "in a sense" because my real godmother is his wife, Brigitte Bure. But ever since I was a little girl, I've placed "Fred," which is what all of us call him, on the same level as her: a member of the family. Even if we are not bound by blood ties, Fred, Brigitte, and their daughters Elisa, Nina, and ███ are some of my nearest and dearest (I have taken the liberty of not including his daughter Sandrine because I don't know her very well).

My parents have been friends with them for more than 20 years. I have always known them: Fred, with his calm demeanor and his sense of humor, Brigitte, with her wisdom and kindness, and the girls, all of whom are adorable.

For as long as I can remember, Fred has always been an indispensable individual for anyone who has crossed his path. He is the one who makes everyone laugh at family get-togethers; he is the one who is knows how to listen and give advice when others are going through rough patches; he is the one who has always paid particular attention to each of us. I recall, when I was heading off to work in the United States one summer, that Fred and Brigitte insisted on giving me a list of their favorite places and on offering me some travel tips. They have always been a part of my life, always displaying the same sweetness that both of them are known for. Whenever I reflect on my most cherished memories of family vacations taken during my childhood and adolescence, I see Fred with his infectious smile and his irresistible jokes. Every image associated with him, with Brigitte, and with their daughters is an image of pure happiness. Of a loving, beloved, and close-knit family.

I would like to highlight the family aspect since this is something that is essential for me. Family values are of the utmost importance. And I know that Fred has always made it a point of principle to fulfill the needs of his family members. That's surely why he, Brigitte, and the girls make up one of the happiest families I know. ████████████
████████████████████████████████████████████████████████ Even within my very close family, I have
sensed that my parents feel a strong affection for him. ████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████

Your Honor, I hope that these lines have drawn your attention to how important Frederic Cilins is in our lives and to the kind of person he is.

Sincerely yours,

Fiona Ipert

35

Honorable William H.Pauley, III

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

April 1st 2014

Dear Judge Pauley,

I am writing to you about Frederic Cilins, in the hope that my perspective may be helpful to you in your deliberations.

My name is Yuval Omer. My current occupation: I am responsible of developing business and establishing security for an international French company in a few countries in Africa. Prior to this I was general manager of a security company running the security in a few airports in Paris. Prior to this I was business man doing international trading mainly in Europe and that is when I met Frederic Cilins thru a mutual friend.

I have known Frederic Cilins for more than 15 years, beyond our business relations; we formed and developed friendly and social relationships over those long years. Our business consisted of sourcing merchandise mainly in Europe for sales in France and in the US. We have worked together for a few years, never had any misunderstandings, arguments or question of any mistrust.

Mr.Cilins is an honest, reliable and a real friend that you can count on anytime, he is always ready to help with any problem you might face what so ever... and above all, he never asks anything in return. Frederic Cilins is an exemplary family man and I am proud to have him as a friend

I am asking you from the bottom of my heart to take in consideration this letter.

Very best regards

Yuval Omer