

**Free Checking**

WACHOVIA

Electronic Delivery

FREDERIC CILINS

PB

JUANLES PINS 06160
FRANCE

# Free Checking

7/20/2010 thru 8/17/2010

Account number:
Account owner(s):   FREDERIC CILINS

## Account Summary

Opening balance 7/20
Deposits and other credits
Checks
Other withdrawals and service fees
**Closing balance 8/17**

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 7/22 | 99,970.00 | FUNDS TRANSFER RCVD FROM WELLS FARGO NY IN/BANK LEUMI LE IS ORG=CILINS FREDERIC RFB= REF=    07/22/10  08:36AM ET |
| 8/06 | 49,970.00 | FUNDS TRANSFER RCVD FROM WELLS FARGO NY IN/BANK LEUMI LE IS ORG=CILINS FREDERIC RFB= REF=    08/06/10  07:45AM ET |

## Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 0096 | 100,000.00 | 8/02 | | | | | | |
| 0097 | 50,000.00 | 8/09 | | | | | | |



## Free Checking



## Other Withdrawals and Service Fees

Date        Amount    Description

Reduce clutter and save the environment with free Online Statements. Online Statements look and function just like your paper statements, and they're easily accessible through Online Banking, 24 hours a day, 7 days a week. Online Statements are more secure than mail and can be saved right to your computer. With all these advantages, who needs paper? Sign up at wachovia.com/onlinestatements.

Already enrolled in Online Statements? Visit wachovia.com/onlinebanking to learn additional ways to conveniently manage your account online.


## WACHOVIA

# Free Checking

## Customer Service Information

| | Phone number | Address |
|---|---|---|
| Checking & Savings Accounts, Check Card & ATM Card | 800-WACHOVIA<br>800-922-4684 | WACHOVIA BANK<br>D1118-02D |
| TDD (For the Hearing Impaired) | 800-388-2234 | P O BOX 563966 |
| En español para cuentas corrientes y de ahorros | 800-326-8977 | CHARLOTTE NC 28256-3966 |
| Bank By Mail (Deposits Only) | | WACHOVIA BANK, N.A.<br>A WELLS FARGO COMPANY<br>P.O. BOX 3488<br>PORTLAND, OREGON 97208-3488 |
| Consumer Loan Accounts | 800-347-1131 | WACHOVIA BANK<br>R4058-030<br>P O BOX 13327<br>ROANOKE VA 24040-0343 |

### To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, Check Card, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | Ck. No. | Amount | Ck. No. | Amount |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above. | | | | Total |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 800-WACHOVIA, 800-922-4684, or write to us at WACHOVIA BANK, D1118-02D, P O BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

Wachovia Bank and Wachovia Bank of Delaware are divisions of Wells Fargo Bank, N.A., Member FDIC

**WACHOVIA BANK, AVENTURA NORTH**                                                                page 3 of 3

000721