



05/21/2013

Subpoena Processing Philadelphia
Y1372-110
Philadelphia PA 19101

000753