| | |
|---|---|
| CASE NAME: | **United States v. Cilins et al.** |
| EXHIBIT NUMBER(S): | _____. Audio file name: FBIJK_001.wav (duration: 1:35:31). |
| RECORDING DATE: | March 25, 2013 |
| PARTICIPANTS: | SPECIAL AGENT (S.A.) HILL |
| | CW |
| | FREDERIC CILINS |

| | | |
|---|---|---|
| Key: | Unintelligible | [U/I] |
| | Inaudible (1 or 2 words) | [I/A] |
| | Inaudible (2+ words in less than 5 sec.) | [I/A…] |
| | Phonetic spelling | [PH] |
| | Voice overlap begins | // |
| | Voice overlap ends | \\ |
| | Translator's note: | TN |

**TN:** Words spoken in English in the original conversation are italicized. All utterances in all languages have been transcribed as is, including any apparently erroneous or non-standard forms of expression, and all translations herein reflect any such usage of the original language. In the case of any utterances that are inaudible or unintelligible for five seconds or longer, the duration in seconds is indicated inside brackets after the abbreviation "I/A" or "U/I".

|  | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|
| **0:00:01** | | |
| **S.A. HILL** | [Whistles.] *This is special agent Angela Hill. It is March 25, 2013 at 8:41 a.m. This is going to be a consensually monitored conversation between… Names…* | [Whistles.] *This is special agent Angela Hill. It is March 25, 2013 at 8:41 a.m. This is going to be a consensually monitored conversation between… Names…* |
| CW | CW | CW |
| **S.A. HILL** | *And who's the… target?* | *And who's the… target?* |
| CW | Frédéric Cilins. | Frédéric Cilins. |
| | [The conversation over the next several minutes between CW, Hill and an unidentified | [The conversation over the next several minutes between CW, Hill and an unidentified |

| | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|
| CW | [I/A…] name of $_{\text{Mining Company}}$. | [I/A…] nom de $_{\text{Mining Company}}$. |
| **CILINS** | No, they're the ones who will, uh, who will try to, to, to, ask you questions like that, but it's not… Listen, today… it hasn't happened. And if it hasn't happened by now, I think there is less of a risk now that that will happen. Because that should have happened a long, a long, a long time ago. Since it hasn't happened for some time. For me, it's been a good long while. The first time they, uh... It's now been a year and a half. You see? So, if that was going to happen for you, that, that would've happened six months ago, a year ago. You see? It's... they haven't... they haven't come. So uh... I don't think they will come. But you never know. // There it is. Afterwards... | Non, c'est eux qui vont, euh, qui vont essayer de, de, de, te poser des questions comme ça, mais c'est pas… Écoute, aujourd'hui… ce n'est pas arrivé. Et si c'est pas encore arrivé aujourd'hui, je pense qu'il y a moins de risque maintenant que ça arrive. Parce que ça aurait dû arriver il y a, il y a, il y a longtemps. Comme c'est pas arrivé depuis un certain temps. Moi, ça me, ça remonte. La première fois qu'ils m'ont, euh... Ça remonte à un an et demi maintenant. Tu vois ? Donc, si ça devait arriver pour toi, ça, ça serait déjà arrivé il y a, il y a, il y a, il y a six mois, il y a un an. Tu vois ? C'est… ils t'ont pas... ils sont pas venus. Donc euh… je pense pas qu'ils vont venir. Mais on sait jamais. // Voilà. Après… |
| **0:45:01** | | |
| CW | [I/A...] said, \\ I never knew $_{\text{Mining Company}}$ | [I/A…] de dire, \\ je n'ai jamais connu $_{\text{Mining Company}}$ |
| **CILINS** | Right, [I/A...] You have no business with him. You remember the, the, the papers we drew up? | Oui, [I/A…] T'as pas d'affaire avec lui. Tu te rappelles les, les, les papiers qu'on avait fait ? |
| CW | Mm-hm. | Mm-hm. |
| **CILINS** | It's that. Simply an affidavit saying that... "I don't... I have nothing, I have nothing to do with that. Everything that's | C'est ça. Simplement une attestation en disant que… « Je ne… j'ai rien, j'ai rien à voir avec ça. Tout ce qui a été |

|   | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|
| | been said about this business about, uh, receiving money, not receiving money. All that, I have nothing to do with that." That's it. In any case, when I come back, I'll come back with something real clear. It'll be... everyone that... ah... if they ask you questions, it's written in there. It'll be with the answers to give. | dit sur ces histoires de, euh, toucher de l'argent, pas toucher d'argent. Tout ça, je n'ai rien à voir avec ça. » Voilà. De toute façon, quand je vais revenir, je vais revenir avec un truc bien clair. Ça va être… tout ce qui... ah... si on te pose des questions, c'est écrit là-dessus. Ce sera avec les réponses à donner. |
| CW | [I/A] if I say that, the American government will leave me in peace... | [I/A] si je dis ça, le gouvernement américain vont me laisser tranquille… |
| **CILINS** | Well is anybody bothering you now or what? | Mais est-ce qu'aujourd'hui tu as des gens qui t'embêtent ou quoi ? |
| CW | No! There isn't // anybody! | Non ! Il y a // personne ! |
| **CILINS** | Ah, OK. \\ | Ah, bon. \\ |
| CW | Since you told me that the gover-… that, they're going // to come. [I/A...] | Comme tu m'avais dit que le gouver-… ça, ils vont // venir. [I/A…] |
| **CILINS** | No, no, I'm not saying they're going \\ to come. No, no, wait. Touch wood. | Non, non, je dis pas qu'ils vont \\ venir. Non, non, attends. Touchons du bois. |
| CW | Yes. | Oui. |
| **CILINS** | You see. I hope that nobody will ev-... ever come. | Tu vois. J'espère que personne ja-... jamais va venir. |
| CW | Yes. | Oui. |
| **CILINS** | Because if they come it's already... it's, it's bothersome. | Parce que s'ils viennent c'est déjà... c'est, c'est embêtant. |

Page **35** of **95**

|  | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|
|  | So I hope that they'll never come... They'll // never... | Donc j'espère que jamais ils vont venir... Ils vont // jamais te... |
| **0:45:59** |  |  |
| CW | You see, you told me that the other time. You told me "The government could come..." | Vous voyez, l'autre fois vous m'avez dit ça. Vous m'avez dit « Le gouvernement il peut venir… » |
| **CILINS** | Of // course it could come. | Bien // sûr qu'il peut venir. |
| CW | "…American government could \\ come knocking on your home door". | « …américain peut \\ venir chez toi taper la porte ». |
| **CILINS** | Yes! | Oui ! |
| CW | That's nice. You said some nonsense. | C'est bien. Tu as dit des bêtises. |
| **CILINS** | Yeah? | Ouais ? |
| CW | Yeah, by saying that... | Ouais, de dire que... |
| **CILINS** | Right. | Voilà. |
| CW | …you told me to destroy the documents before… // [I/A] | …tu m'avais dit de détruire les papiers avant que… // [I/A] |
| **CILINS** | Mm. No, we must not, we must not keep things here. // Right. | Mm. Non, on ne \\ doit pas, on doit pas garder des choses ici. // Voilà. |
| CW | Documents in the house. \\ | Les papiers dans la maison. \\ |
| **CILINS** | Not keep things here. Now, uh, it's, it's like paper [I/A], they're here in the United States. | Pas garder des choses ici. Maintenant euh, c'est, c'est comme le papier [I/A], ils sont ici aux États-Unis. |

| | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|
| CW | // [Laughs for several seconds.] | // [Laughs for several seconds.] |
| **CILINS** | Well yeah! How… they do have to be... Because when we see each other next time, \\ we have to, we have to destroy that. // That way the... | Et oui ! Comment… il faut bien qu'ils soient… Parce que quand on va se voir la prochaine fois, \\ faut qu'on, faut qu'on détruise ça. // Comme ça la… |
| CW | Yes. The paper, you want us to destroy that here? | Oui. Le papier, tu veux qu'on détruise ça ici ? |
| **CILINS** | Uh, where we're going... uh, let me give this some good thought and organize well just like it needs to be. And we'll do it like that. Like [I/A...] OK? OK <sup>CW</sup> ... Those people who bothered you and who, who were tailing you when you were in Freetown, you don't have any more news from anybody? | Euh, là où on va... euh, laisse-moi bien réfléchir et bien organiser bien comme il faut. Et on va le faire comme ça. Comme [I/A…] OK ? OK <sup>CW</sup> … Ces gens qui t'ont embêté et qui, qui étaient derrière toi quand tu étais à Freetown, tu as plus de nouvelles de personne ? |
| CW | No, no, no. | Non, non, non. |
| **CILINS** | You never told me who it was. | Tu m'as jamais dit qui c'était. |
| CW | [Laughs.] | [Laughs.] |
| **CILINS** | Huh? | Hein ? |
| CW | Because you don't know them! They're... [Laughs.] | Parce que tu ne les connais pas ! C'est des… [Laughs.] |
| **CILINS** | I don't know them? | Je ne les connais pas ? |
| **0:47:09** | | |
| CW | It's private! | C'est privé ! |