| CASE NAME: | **United States v. Cilins et al.** |
|---|---|
| EXHIBIT NUMBER(S): | _____. Audio file names: 0372_001.wav (duration: 1:51:54) and 1_FBIJK.001.wav (duration: 1:54:46). |
| RECORDING DATE: | April 11, 2013 (meeting one of two on this date). |
| PARTICIPANTS: | SPECIAL AGENT (S.A.) STELLY<br>CW<br>FREDERIC CILINS<br>WAITRESS<br>STORE CLERK |

| Key: | Unintelligible | [U/I] |
|---|---|---|
| | Inaudible (1 or 2 words) | [I/A] |
| | Inaudible (2+ words in less than 5 sec.) | [I/A…] |
| | Phonetic spelling | [PH] |
| | Voice overlap begins | // |
| | Voice overlap ends | \\ |
| | Translator's note: | TN |

**TN:** Words spoken in English in the original conversation are italicized. All utterances in all languages have been transcribed as is, including any apparently erroneous or non-standard forms of expression, and all translations herein reflect any such usage of the original language. In the case of any utterances that are inaudible or unintelligible for five seconds or longer, the duration in seconds is indicated inside brackets after the abbreviation "I/A" or "U/I".

| | | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|---|
| | | [Until 0:20:28, the transcription is of the audio file named 0372_001.wav.] | [Until 0:20:28, the transcription is of the audio file named 0372_001.wav.] |
| **0:00:08** | | | |
| **S.A. STELLY** | | *This is Special Agent Vanessa Stelly. It is April 11, 2013. This is going to be a consensually monitored conversation between the CHS and Frédéric Cilins.* | *This is Special Agent Vanessa Stelly. It is April 11, 2013. This is going to be a consensually monitored conversation between the CHS and Frédéric Cilins.* |
| CW | | [I/A] | [I/A] |

| | | **ENGLISH TRANSLATION** | | **ORIGINAL LANGUAGE(S)** |
|---|---|---|---|---|
| | | Guinean mines. And whether I have the, the dos… documents. I said I, I don't have any documents. They said if I refuse to talk to them, they're going to give me a *subpoena*. | | guinéennes. Et si j'ai les, les dos… documents. J'ai dit j'ai, j'ai pas de documents. Ils ont dit si je refuse de leur parler, ils vont me donner un *subpoena*. |
| **CILINS** | | They're going to ask you…? | | Ils vont te demander… ? |
| | CW | They're going to give me a *subpoena*. | | Ils vont me donner un *subpoena*. |
| **CILINS** | | What is that, *subpoena*? | | C'est quoi ça, *subpoena* ? |
| | CW | I don't know! Something like that. They said, eh, they're going to give me a *subpoena* and compare me. [TN: CW may have intended to use the expression "citer à comparaître", i.e., to subpoena. | | Je sais pas ! Quelque chose comme ça. Ils ont dit, eh, ils vont me donner un *subpoena* et me comparer. |
| **WAITRESS** | | *Are you ready to order some food?* | | *Are you ready to order some food?* |
| **0:24:22** | | | | |
| **CILINS** | | *Uh, not yet. //* | | *Uh, not yet. //* |
| **WAITRESS** | | *OK.* | | *OK.* |
| **CILINS** | | *One second. \\* | | *One second. \\* |
| | CW | They're going to give me a *subpoena*, compare me [TN: See preceding note.] before the judge in court before the grand jury in court and, and… testify. And give all the… er… documents to the court. | | Ils vont me donner un *subpoena,* me comparer devant le juge à la cour devant le grand jury à la cour et, et… témoigner. Et donner tous les… eh… documents à la cour. |

**ENGLISH TRANSLATION**  **ORIGINAL LANGUAGE(S)**

| | | |
|---|---|---|
| **CILINS** | The documents, did you tell them that, that you had no documents? | Les documents, tu leur as dit que, que tu avais aucun document ? |
| CW | Yes! | Oui ! |
| **CILINS** | That has to be destroyed, urgently, urgently, urgently. That has to be destroyed <u>very</u> urgently. <u>Very</u>, very urgently. What I don't understand, // is… | Faut détruire ça urgent, urgent, urgent. Faut détruire ça <u>très</u> urgent. <u>Très</u>, très urgent. Ce que je comprends pas, // c'est… |
| CW | I believe… \\ | Je crois… \\ |
| **CILINS** | What, what I don't understand… OK here… // I… | Ce que, ce que je comprends pas… Bon là… // Je… |
| CW | I believe that, Frédéric, one would say that the same document we want to destroy is the same one that the American government is looking for at this time. | Je crois que, Frédéric, on dirait que le même document que nous voulons détruire, c'est le même que le gouvernement américain cherche à l'heure-là. |
| **0:25:09** | | |
| **CILINS** | I know. I know… | Mais je sais. Mais je sais… |
| CW | I don't know what to do. | Je sais pas quoi faire. |
| **CILINS** | Well everything has to be destroyed. I told you that a long time ago. Don't keep anything here. Especially don't keep anything here, not even a piece of a photocopy. You must destroy everything, everything, everything. I have here, I brought you… Well, I had you | Mais il faut tout détruire. Là, je t'ai dit ça il y a longtemps. Ne garde rien ici. Ne garde surtout rien ici, même pas un bout de photocopie. Tu dois tout, tout, tout détruire. J'ai ici, je t'ai amené… Bon, je t'avais fait voir la lettre qu'avait envoyé le, le, le gouvernement guinéen. |

Page **10** of **81**

| | | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|---|
| | | look at the letter that the, the, the Guinean government had sent. You know that they had [U/I]… I mean, we have to look at what we want to order. | Tu sais qu'ils avaient [U/I]… Enfin, il faut qu'on regarde ce qu'on veut commander. |
| CW | | OK. | OK. |
| CILINS | | Aye-aye-aye. What I don't understand is that they didn't summon you. And like that, you, you go see them and they're the ones who tell you that out of the blue. I, I'm very surprised by that. | Aïe-aïe-aïe. Ce que je comprends pas, c'est que ils t'ont pas convoquée. Et comme ça, toi, tu vas les voir et c'est eux qui te disent ça d'un coup. Je, je suis très surpris de ça. |
| CW | | Me too. I was sitting there… I didn't even know what to do. | Moi aussi. J'étais là, assise… je savais même pas quoi faire. |
| CILINS | | Did they speak in French or in English? | Et en français ou en anglais ça parlait ça ? |
| **0:26:01** | | | |
| CW | | The lady, the other one spoke French, the other one spoke English. | La dame, l'autre parlait français, l'autre parlait anglais. |
| CILINS | | Ah. | Ah. |
| CW | | Uh, it turned out her French a little... mixed up. What is the *grand jury*, Frédéric? | Euh, finalement son français un peu… tordu là. Le *grand jury*, c'est quoi Frédéric ? |
| CILINS | | It's a, it's a… like a… | C'est un, c'est un… comme un… |
| CW | | I left. I… | Je suis partie. J'ai… |
| CILINS | | It's like, [I/A]. They did give you | C'est comme, [I/A]. Ils t'ont |

| | | ENGLISH TRANSLATION | ORIGINAL LANGUAGE(S) |
|---|---|---|---|
| | | accepted. Depending… Listen closely to what I'm telling you. Because I've always told you this. Because I know that's how it is. Depending on how it ends up. If it's a good way for him, if he doesn't get too much cut left and right, here and there, there will be even more. How much I don't know. There will be three, four, five more. I don't know. But there will be even more. And that, that's directly the communication that was given to me directly by the… the number one, I don't even want to give his name, by saying "That's how it is". All right? But // it's for sure and certain. | Écoute bien ce que je te dis. Parce que ça je te l'ai toujours dit. Parce que je sais que c'est comme ça. En fonction de la manière que ça se termine. Si c'est une bonne manière pour lui, qu'on lui coupe pas trop à droite, à gauche, ici et là, il y aura encore en plus. Combien je sais pas. Il y aura trois, quatre, cinq en plus. J'en sais rien. Mais il y aura encore en plus. Et ça, c'est directement la communication qui m'a été donnée directement par le… le numéro un, je veux même pas donner son nom, en disant « C'est comme ça ». D'accord ? Mais // ça c'est sûr et certain. |
| CW | | Mmyeah, and… $^{CC-2}$ ? \\ | Mmouais, et… $^{CC-2}$ ? \\ |
| CILINS | | No, no. The, the… | Non, non. Le, le… |
| CW | | OK. | OK. |
| CILINS | | OK? I… Everything I'm telling is directly from $^{CC-1}$. The other day when I told you I'm at, I'm waiting to get the appointment, I went on a trip. I traveled to go see him directly, to speak face to face and to have… Everything I'm telling you here, I've gotten it directly from him and nobody else. All right? Because // each time I… | OK ? Je… Tout ce que je te dis, c'est directement de $^{CC-1}$. L'autre jour quand je t'ai dit je suis à, j'attends d'avoir le rendez-vous, je suis allé en voyage. Je me suis déplacé pour aller le voir directement, parler en tête-à-tête et avoir... Tout ce que je te dis là, c'est de lui que je le tiens et personne d'autre. D'accord ? Parce que // à chaque fois je me… |

| | | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|---|
| **1:16:30** | | | |
| | CW | I'm afraid. \\ | Moi, j'ai peur. \\ |
| **1:17:30** | **CILINS** | Nobody else! Nobody else. I went just to see him. In order to have spoken about all that very clearly. I've always told him, I've always told him. Just last week, I told him, [I/A], he's repeatedly told me that she was… that "She'll never betray you. She'll never betray you. She'll never hand over any document whatsoever." [I/A…] He said to me "Listen, that's good, but I want you to go see and I want you to destroy those documents." He told me "Fine, you go. Do what you want, but I want you to tell me that 'I saw that the documents were destroyed. It's over. There are no more documents.'" And it's on that basis, therefore, I told you. I'll repeat it, so it's really clear in your head. The five that is planned, [I/A…], you'll get it if they aren't ejected. If they're still in the project. What you'll get, no matter what happens, the… one million. That is, two hundred plus eight hundred, you'll get that. And I'll mark it on a little piece of paper just like that because… [I/A]. So, if… right… We'll put it like this, ah. One. Five. And here, I don't know how much. It… it will… from… in eight hundred, two hundred and eight hundred. So that, that's in Freetown. And | Personne d'autre ! Personne d'autre. Je suis allé exprès pour le voir. Pour avoir parlé de tout ça très clairement. Je lui ai toujours dit, je lui ai toujours dit. Encore la semaine dernière, je lui ai dit, [I/A], il m'a toujours répété qu'elle était… que « Jamais elle te trahira. Jamais elle te trahira. Jamais elle donnera quelque document que ce soit. » [I/A…] Il me dit « Écoute, c'est bien, mais je veux que tu ailles voir et je veux que tu détruises ces documents. » Il m'a dit « Voilà, tu vas. Tu fais ce que tu veux, mais je veux que tu me dises que " J'ai vu qu'on a détruit les documents. C'est terminé. Il y a plus de documents. " » Et là-dessus, donc, je t'ai dit. Je te répète, que ça soit bien clair dans ta tête. Les cinq qui sont prévus, [I/A…], tu les auras si ils sont pas éjectés. S'ils sont toujours dans le projet. Ce que tu vas avoir, quoi qu'il arrive, le… un million. C'est-à-dire, deux cents plus huit cents, tu vas les avoir cela. Et je te marque sur un petit bout de papier juste comme ça parce que… [I/A]. Donc, si… voilà… On va mettre ça comme ça, ah. Un. Cinq. Et là, je sais pas combien. Ça… ça va se… de… en huit cents, deux cents et |

| | | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|---|
| | | that one… That, in any case, that's… it's, you'll get it. Whatever happens. Even if they're ejected, you'll get that. When uh, the, the old guy gets lost. This, it's right away. That, it's when the old guy gets lost. | huit cents. Donc cela, cela c'est à Freetown. Et celui-là… Ça, de toute façon, ça c'est… c'est, tu les auras. Quoi qu'il arrive. Même s'ils sont éjectés, cela tu les auras. Quand euh, le, le vieux dégage. Ça, c'est tout de suite. Ça c'est quand le vieux dégage. |
| CW | | OK. | OK. |
| **CILINS** | | This is if it's positive. You see? | Cela c'est si c'est positif. Tu vois ? |
| 1:18:24 | | | |
| CW | | Five? | Cinq ? |
| **CILINS** | | Five. If… OK. This is if OK. And if it's OK, depending on how it is, if he doesn't get too much taken away, because you know, you saw everything they wanted to ask from him here and there. If they don't take too much away from him, there will be this. And here in my opinion, there will be some. It's practically certain. How much I don't know. Two, three, five. I don't know. But there will be some in any case. So, all told, if you will, imagine [I/A] maybe, imagine that it's five. I don't know. All told that makes eleven [I/A]. That's the, the, the active thing. OK? However, I assure you… Last week, it was indispensable. He told me "Listen: you go, you have to, I | Cinq. Si… OK. Ça, c'est si OK. Et si c'est OK, selon comment c'est, si on lui coupe pas trop, parce que tu sais, tu as vu tout ce qu'ils voulaient lui demander ici et là. S'ils le coupent pas trop, il y aura ici. Et là à mon avis, ici il y aura. C'est pratiquement sûr. Combien je sais pas. Deux, trois, cinq. Je sais pas. Mais il y aura de toute façon. Donc, en tout, si tu veux, imagine [I/A] peut-être, imagine que ça soit cinq. Je sais pas. Ça fait en tout onze [I/A]. Ça c'est le, le, le truc actif. OK ? Par contre, ça je t'assure... La semaine dernière, c'était indispensable. Il m'a dit « Écoute : tu vas, tu dois, je veux que tu me dises, Frédéric, euh, je veux que tu me dises |

|  | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|
|  | want you to tell me, Frédéric, uh, I want you to tell me that you, uh, destroyed those documents. I want you to tell me that." I can't… you see? [Neither party speaks for 15 seconds.] So… [Mr. Cilins mumbles to himself.] [Neither party speaks for an additional 20 seconds.] | que tu as, euh, détruit ces documents. Je veux que tu me dises. » Je peux pas… tu vois ? [Neither party speaks for 15 seconds.] Alors… [Mr. Cilins mumbles to himself.] [Neither party speaks for an additional 20 seconds.] |
| **1:19:49** |  |  |
| **WAITRESS** | *No change?* | *No change?* |
| **CILINS** | *No change. Thank // you.* | *No change. Thank // you.* |
| **WAITRESS** | *Thank you. \\ Do you need the receipt?* | *Thank you. \\ Do you need the receipt?* |
| **CILINS** | *No, thank you. It's OK.* | *No, thank you. It's OK.* |
| **WAITRESS** | *Thank you. Have a good day.* | *Thank you. Have a good day.* |
| **CILINS** | *Yeah, thank you. You, too. Bye.* | *Yeah, thank you. You, too. Bye.* |
| CW | When you eat you have to leave a little bit. | Quand tu manges il faut que tu donnes un petit peu. |
| **CILINS** | What? | Comment ? |
| CW | I said that you have to leave a little… | J'ai dit qu'il faut que tu donnes un peu… |
| **1:20:11** |  |  |
| **CILINS** | I did. I have uh… It came to thirty. I left uh… I left thirty-five. Normally you're supposed to | J'ai donné. J'ai donné euh… Ça faisait trente. J'ai donné euh… j'ai donné trente-cinq. |