| CASE NAME: | **United States v. Cilins et al.** |
|---|---|
| EXHIBIT NUMBER(S): | _____. Audio file name: 0372.001_ENH.wav (duration: 1:35:32). |
| RECORDING DATE: | April 14, 2013 |
| PARTICIPANTS: | SPECIAL AGENT (S.A.) ROBERSON<br>FREDERIC CILINS ᶜᵂ<br>TAXI DRIVER<br>WAITRESS<br>UNIDENTIFIED MALE 1 (UM1)<br>UNIDENTIFIED MALE 2 (UM2) |

| Key: | Unintelligible | [U/I] |
|---|---|---|
| | Inaudible (1 or 2 words) | [I/A] |
| | Inaudible (2+ words in less than 5 sec.) | [I/A…] |
| | Phonetic spelling | [PH] |
| | Voice overlap begins | // |
| | Voice overlap ends | \\ |
| | Translator's note: | TN |

**TN:** Words spoken in English in the original conversation are italicized. All utterances in all languages have been transcribed as is, including any apparently erroneous or non-standard forms of expression, and all translations herein reflect any such usage of the original language. In the case of any utterances that are inaudible or unintelligible for five seconds or longer, the duration in seconds is indicated inside brackets after the abbreviation "I/A" or "U/I".

| | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|
| **0:00:03** | | |
| **S.A. ROBERSON** | *Special Agent Antonio Roberson, Sunday April 14ᵗʰ at approximately… 2:35 p.m. on a Sunday. A consensual monitoring between CHS and Fred Cilins is going to take place here at Tampa International Airport. Jacksonville Airport.* [No dialog for 18 seconds.] [Whispers.] *It's backwards.* | *Special Agent Antonio Roberson, Sunday April 14ᵗʰ at approximately… 2:35 p.m. on a Sunday. A consensual monitoring between CHS and Fred Cilins is going to take place here at Tampa International Airport. Jacksonville Airport.* [No dialog for 18 seconds.] [Whispers.] *It's backwards.* |

| | | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|---|
| CW | | Yeah. | Ouais. |
| **CILINS** | | [I/A…] they tell you like that, saying "Yeah, but we already know [I/A…]", it's not true. Even if they tell you, you know how he did the other day by saying "But don't worry, I'll protect you here and there", you'll say, you'll tell him [I/A…]. You… you'll say "All that is bullshit." And it's even the opposite, you can, you can say, like I told you the other time, "The, the, the, the old guy over there, he's constantly sending me people to ask me to return. I'm afraid to return to my country. I don't want to return to my country because I have no peace of mind." | [I/A…] ils te racontent comme ça en disant « Ouais, mais on sait déjà [I/A…] », c'est pas vrai. Même s'ils te disent, tu sais comme il t'a fait l'autre jour en disant « Mais t'inquiète pas, je te protège ici et là », tu vas dire, tu vas lui dire [I/A…]. Tu… tu dis « Tout ça, c'est des conneries. » Et c'est même le contraire, tu peux, tu peux dire, comme je t'avais dit l'autre fois, dire « Le, le, le, le vieux là-bas, il m'envoie sans arrêt des gens pour me demander de rentrer. Moi, j'ai peur de rentrer au pays. Je veux pas rentrer au pays parce que je suis pas tranquille. » |
| **0:17:24** | | | |
| CW | | OK. | OK. |
| **CILINS** | | You know… in the, the document that… that we picked up the other day… | Tu sais… dans le, le papier que… qu'on a ramassé l'autre jour-là… |
| CW | | Mm-hm. | Mm-hm. |
| **CILINS** | | …for uh, the affidavit. | …pour euh, l'attestation. |
| CW | | Mm-hm. | Mm-hm. |
| **0:17:29** | | | |
| **CILINS** | | Maybe we should have even added that to it, by saying that | Peut-être même qu'on aurait dû le rajouter là-dessus, en |

| | | ENGLISH TRANSLATION | ORIGINAL LANGUAGE(S) |
|---|---|---|---|
| | | not only, you know… you left for the United States because you were afraid of $_{\text{Company}}^{\text{Mining}}$. It's not at all that you were afraid of $_{\text{Company}}^{\text{Mining}}$, it's that you were afraid of, of $_{\text{Husband}}^{\text{CW's}}$ because he's been sending you lots of people to tell you to come, to come see him and [I/A] and you're afraid he'll hurt you and your family. Maybe we should have even included that in there. And that's it. So then there's you. If you want to leave at the beginning of the week uh… [I/A…]. I don't know. Me [I/A] you, I would leave right away. I wouldn't wait. That's why I'm telling you if you need any, any, any… we'll look into the, the, the, the plane ticket and all that and you'll, you'll tell me. | disant que pas seulement, tu sais… tu étais partie aux États-Unis parce que tu avais peur de $_{\text{Company}}^{\text{Mining}}$. C'est pas du tout que tu avais peur de $_{\text{Company}}^{\text{Mining}}$, c'est que t'avais peur de, de $_{\text{Husband}}^{\text{CW's}}$ parce qu'il t'envoie plein de gens pour te dire de venir, de venir le voir et [I/A] et t'as peur qu'il fasse du mal à toi et à ta famille. Peut-être même qu'on aurait dû le mettre dedans. Et voilà. Donc après c'est toi. Si tu veux partir en début de semaine euh… [I/A…]. Je sais pas. Moi [U/I] toi, je partirais tout de suite. J'attendrais pas. C'est pour ça que je te dis si tu as besoin de, de, de… on regarde un peu le, le, le, le billet d'avion et tout ça et tu me, tu me dis. |
| **0:18:16** | | | |
| | CW | OK. | OK. |
| **CILINS** | | But uh, I, I can't tell you uh when. If I were in your shoes, I'd leave within the week. I'd leave at the beginning of the week. Because at least, you'll go to Sierra, you'll be in… in Freetown, you'll rest easy. In Freetown nobody will bother you, nobody will… And at the same time, what's good about it is that, when you're over there, I can organize things so that you can get what you're supposed to get over there. [I/A] You're | Mais euh, je, moi je peux pas te dire euh quand. À ta place, moi, je partirais dans la semaine-là. En début de semaine, je partirais. Parce qu'au moins, tu iras en Sierra, tu seras à… à Freetown, t'es tranquille. À Freetown, t'as personne qui va t'embêter, personne qui va te… Et en même temps, ce qu'il y a de bien, c'est que toi, quand t'es là-bas, je peux organiser pour que tu récupères ce que tu |

| | | ENGLISH TRANSLATION | ORIGINAL LANGUAGE(S) |
|---|---|---|---|
| | | the one who'll be over there. You'll be the one to see, you'll be the one to retrieve it if you have, I don't know… Is [Person #1] over there? | dois récupérer là-bas. [I/A] c'est toi qui es là-bas. C'est toi qui voit, c'est toi qui récupères si t'as, je sais pas... Y a [Person #1] qui est là-bas ? |
| CW | | Yes. | Oui. |
| **CILINS** | | OK. If you want to send [Person #1], maybe. But either you, [Person #1] or you, at least we'll have peace of mind. | Bon. Si tu veux envoyer [Person #1] peut-être. Mais ou toi, [Person #1] ou toi, au moins on est tranquille. |
| CW | | OK… OK. | OK… OK. |
| **CILINS** | | So, uh… I'll let you… I'll let you look at, at tickets. With [Person #3] | Donc, euh… je te laisse… je te laisse regarder, toi, les, les billets. Avec [Person #3] |
| CW | | OK. | OK. |
| **CILINS** | | And we'll look into that. Look into that tonight if you want, call me tonight. Call me tomorrow. And we'll look at that. | Et on regarde ça. Tu me… tu me regardes ça ce soir si tu veux, tu me rappelles ce soir. Tu me rappelles demain. Et on regarde ça. |
| CW | | OK. Yeah. | OK. Ouais. |
| **CILINS** | | I'm taking the plane Tuesday. To go back to France. | Moi, je prends l'avion mardi. Pour rentrer en France. |
| **0:19:10** | | | |
| CW | | OK. | OK. |
| **CILINS** | | OK? | OK ? |
| CW | | Yeah. | Ouais. |

| | | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|---|
| **CILINS** | | Did you locate some… Did you pull out all the documents? | T'as retrouvé des… T'as ressorti tous les papiers ? |
| | CW | Yes, but… I pulled out all the documents but I was waiting for you to be here with what I asked for. | Oui, mais…J'ai ressorti tous les papiers mais j'attendais que tu sois là avec ce que je t'avais demandé. |
| **CILINS** | | Yes, yes. No, but the, the bag you have there, is that it? | Oui, oui. Non, mais la, la pochette que tu as là, c'est ça ? |
| | CW | Yeah. That's it. | Ouais. C'est ça. |
| **CILINS** | | Can we have a look? | On peut regarder ? |
| | CW | [Chuckles.] Not till I get my money, Frédéric. Plus, we said fifty and you're bringing… | [Chuckles.] Pas avant d'avoir mon argent, Frédéric. Et puis, on avait dit cinquante, et toi tu amènes… |
| **CILINS** | | No, no, // no, no, no. | Non, non, // non, non, non. |
| | CW | …twenty. \\ | …vingt. \\ |
| **CILINS** | | First, this is an extra. The, the, the *deal* we had… You know, I don't change things. | Premièrement, ça c'est un plus. Le, le, le *deal* qu'on avait… Tu sais, moi je change pas. |
| **0:19:48** | | | |
| | CW | Yes, // but you did change them. You said fifty. And now you come with uh… | Oui, // mais tu as changé. Tu as dit cinquante. Et puis tu viens maintenant avec euh… |
| **CILINS** | | Listen, listen, listen, listen… No, no, no, no, no. No, no, no, no, no. \\ Listen to me closely. Listen to me closely. I said, the *deal* – Listen to what I'm telling | Écoute, écoute, écoute, écoute… Non, non, non, non, non. Non, non, non, non, non. \\ Écoute-moi bien. Écoute-moi bien. Je t'ai dit, le *deal* – |

Page **19** of **100**

|        | **ENGLISH TRANSLATION**                                                                                                                                                                                                                                                                                                                                                                                                   | **ORIGINAL LANGUAGE(S)**                                                                                                                                                                                                                                                                                                                                                                                        |
|--------|---|---|
|        | you and I'll say it once again. The *deal* is… two… two hundred. | Écoute bien ce que je te dis et je te le répète encore une fois. Le *deal*, c'est… deux… deux cents. |
| CW     | Mm-hm. | Mm-hm. |
| CILINS | Now, you're going to get that. | Maintenant, tu vas récupérer cela. |
| CW     | I know that, I know that. // But you said that if I need anything… You said… | Je sais ça, je sais ça. // Mais je t'avais dit si j'ai besoin de quelque chose… Tu as dit… |
| CILINS | It's [I/A…]. Eight hundred, eight hundred. Wait, wait. I told you "I'm going to do my best… \\ I'm going to do my best"! And how // do you expect… | C'est [I/A…]. Huit cents, huit cents. Attends, attends. Je t'ai dit « Je vais faire le mieux… \\ je vais faire de mon mieux » ! Et comment // tu veux… |
| CW     | You said fifty. \\ I said "yes". Fifty. | Tu as dit cinquante. \\ J'ai dit « oui ». Cinquante. |
| **0:20:15** |  |  |
| CILINS | I… But that's because I… Do you think I'm a magician, that I can find money immediately? I've just come from France. Do you think I'm going to walk around with fifty thousand dollars? And, that was part of the *deal*. It, it's… it's not even being deducted from the eight hundred. It's just an extra to help you out. So, it's not part of the *deal*. It has nothing to do with it. It, it has nothing to do with the documents. <u>Nothing</u> to do with the documents. It's just an <u>extra</u> to help you out. You | Je… Mais parce que je… Est-ce que tu crois que je suis magicien, que moi je peux trouver de l'argent tout de suite ? J'arrive de France. Tu crois que je me promène avec cinquante mille dollars ? Et ça, c'était pas prévu dans le *deal*. Ça, c'est… c'est même pas déduit des huit cents. C'est juste un plus pour t'aider. Donc, c'est pas dans le *deal*. Ça n'a rien à voir, ça. Ça, ça a rien à voir avec les documents. <u>Rien</u> à voir avec les documents. C'est juste un <u>plus</u> |

|  | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|
|  | know this! So, don't tell me… "Yes, but I'm supposed to get… But you didn't come with the fifty, you came with twenty". It has nothing to do with it. It's just an ext-… Even the, the plane ticket, it has nothing to do with the documents. The, the, the *deal* with the documents, and with, and with the affidavit, is what I told you. We're destroying all the documents. You get two hundred. Later you get eight hundred which will be yours no matter what. No matter what. You'll have a million that's yours no matter what. Two hundred now, eight hundred later. That is the *deal* with the documents. It's not anything else. It's not the fifty or the twenty. You know that. Don't you? | pour t'aider. Tu le sais, ça ! Donc, me dis pas… « Oui, mais je dois avoir... Mais tu es pas venu avec cinquante, t'es venu avec vingt ». Ça n'a rien à voir. C'est juste un pl-… Même le, le billet d'avion, ça n'a rien à voir avec les documents. Le, le, le *deal* des documents, et de, et de l'attestation, c'est ce que je t'ai dit. On détruit tous les documents. Tu as deux cents. Après tu as huit cents qui sont à toi quoi qu'il arrive. Quoi qu'il arrive. Tu as un million qui sont à toi quoi qu'il arrive. Deux cents maintenant, huit cents plus tard. Ça, c'est le *deal* pour les documents. C'est pas autre chose. C'est pas les cinquante ou les vingt. Tu le sais, ça. Non ? |
| CW | No, I thought that… uh, it's… in the one you'll take out the fifty, but… | Non, moi je pensais que… euh, c'est… dans les un tu vas enlever les cinquante, mais… |
| **0:21:14** |  |  |
| **CILINS** | But I'm not going to take it out. Even this twenty, I'm not going to take it out. // I'm not going to… | Mais je vais pas enlever. Même les vingt-là, je vais pas les enlever. // Je vais pas… |
| CW | So, \\ who's giving me the twenty? | Alors, \\ qui me donne les vingt ? |
| **CILINS** | Who's giving you the twenty? For the time being, it's Frédéric who's giving you the twenty. I | Qui te donne les vingt ? Pour l'instant, c'est Frédéric qui te donne les vingt. Je suis allé les |

| | | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|---|
| | | went to get it from [U/I]… That's why I'm telling you, you know? Look. I'm not making stuff up. [Sound of a zipper.] You see? I went to get it from, from, from, from… | récupérer chez des [U/I]… C'est pour ça que je te dis, tu sais ? Regarde. Je te raconte pas d'histoires. [Sound of a zipper.] Tu vois ? Je suis allé les récupérer chez, chez, chez, chez… |
| **WAITRESS** | | *[I/A] for you?* | *[I/A] for you?* |
| **CILINS** | | *Thank you.* | *Thank you.* |
| | CW | *Thank you.* | *Thank you.* |
| **WAITRESS** | | *You're welcome.* | *You're welcome.* |
| **0:21:39** | | | |
| **CILINS** | | I went to get it from [I/A]. From three different people with bank envelopes. You see, on three envelopes. So for the time being, the twenty, nobody other than Frédéric is giving this to you. Even, how do you expect… how do you expect anyone to send me twenty thousand like that in two days, from anywhere? I, I [I/A] here in the United States. I'm not going to… I don't walk around with fifty thousand dollars. Not, not even twenty thousand. Not even twenty thousand. Here. You understand? | Je suis allé les récupérer chez [I/A]. De trois personnes différentes avec des enveloppes de la banque. Tu vois, sur trois enveloppes. Donc pour l'instant, les vingt, c'est personne d'autre que Frédéric qui te donne. Même, comment veux-tu… comment veux-tu que quelqu'un m'envoie en deux jours, vingt mille comme ça de n'importe où ? Je, je [I/A] ici aux États-Unis. Je vais pas me… je me promène pas avec cinquante mille dollars. Même, même pas vingt mille. Même pas vingt mille. Tiens. Tu comprends ? |
| | CW | Mm-hm. | Mm-hm. |
| **CILINS** | | So this, if you will, it's, it's something that's an extra. What | Donc ça, si tu veux, c'est, c'est quelque chose qui est en plus. |

| | | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|---|
| | | you… what I… // It's an extra that… | Ce que tu… ce que je t'avais… // C'est un plus que… |
| **0:22:11** | | | |
| | CW | So, it's an \\ extra that you… | Donc, c'est un \\ plus que vous… |
| **CILINS** | | Yes! What I gave you… | Oui ! Ce que je t'avais donné… |
| | CW | One million and then the twenty thousand? | Un million et puis les vingt mille ? |
| **CILINS** | | Correct. | Exact. |
| | CW | [I/A…] good [I/A]. | [I/A…] bien [I/A]. |
| **CILINS** | | There you go. And what // I gave you… | Voilà. Et ce que // je t'avais donné… |
| | CW | It's in addition. | C'est le complément. \\ |
| **CILINS** | | What I gave you the other time… | Ce que je t'avais donné l'autre fois… |
| | CW | Mm-hm. | Mm-hm. |
| **CILINS** | | Ah… what's it called? What is it that I gave you the other time? Ah… Oh geez… In Freetown? | Ah… comment ça s'appelle ? Qu'est-ce que c'est que je t'avais donné l'autre fois-là ? Ah… Ah là là… À Freetown ? |
| | CW | The five thousand? | Les cinq mille ? |
| **CILINS** | | Yes, the five thousand and then… after there was, I can't remember. This is more, it's more [I/A] surely more than you have. Nobody's subtracting anything from anything at all. | Oui, les cinq milles et puis… après il y avait, je sais plus quoi. Ça, c'est plus, c'est plus [I/A] sûrement plus que tu as ça. Personne te déduit de rien de tout. Donc, tu sais, quand je |

| | | ENGLISH TRANSLATION | ORIGINAL LANGUAGE(S) |
|---|---|---|---|
| | | So, you know, when I say that… we're giving our all to help you, you should understand we're giving our all to help you. I'm not subtracting this from, from anywhere! You see? | te dis que… on fait le maximum pour t'aider, tu dois comprendre qu'on fait le maximum pour t'aider. Je te déduis ça de, de nulle part ! Tu vois ? |
| **0:22:48** | | | |
| | CW | Mhm. | Mhm. |
| **CILINS** | | I'm not subtracting this from anywhere. It's just to help you out. There you go. I hope that you… that you understand that we're here to help you out. Don't you? | Je te déduis ça de nulle part. C'est juste pour t'aider. Voilà. J'espère que tu… que tu comprends qu'on est là pour t'aider. Non ? |
| | CW | I understand. | Je comprends. |
| **CILINS** | | But, do you understand and you're all right with it? Or do you understand but you're not really all right with it? | Mais, est-ce que tu comprends et tu es d'accord ? Ou tu comprends mais t'es pas trop d'accord ? |
| | CW | I understand for me you were going to come with the fifty, because seeing… ah… | Je comprends pour moi tu allais venir avec les cinquante, parce que vu… ah… |
| **CILINS** | | I know… because I didn't know how much I was going to be able to get. I didn't know. I'm doing… I'm telling you, I'm doing… I'm doing my best. The only other thing I can offer you – and once again it's not… it won't be subtracted from, from anything at all – is to get the, the, the plane ticket for you. If you want. What do you want me | Je sais… parce que je savais pas combien j'allais pouvoir récupérer. Je savais pas. Je fais… je te dis, je fais de… je fais du mieux. La seule chose que je peux te proposer en plus – et encore une fois, c'est pas… ça va pas être déduit de, de rien de tout – c'est de te prendre le, le, le billet d'avion. Si tu veux. Qu'est-ce que tu |

| | | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|---|
| | | to tell you? I'm do-… I'm doing everything I can. I'm doing everything I can. Oh boy. It's not easy all this. | veux que je te dise ? Je f-… je fais mon maximum. Je fais mon maximum. Ah là là. C'est pas facile tout ça. |
| **0:23:45** | | | |
| | CW | Yeah. | Ouais. |
| **CILINS** | | You know… I understand that you need help. I understand. But, you know… Think about this whole journey: who, [U/I], who, who has always been wi-… wi-… with you to support you and who has not been around to support you? You'll quickly see the difference. You'll quickly see the difference. Beyond that, you know, I can't get into your, your stuff, you see. You strike out like that with your plans to do a restaurant, a whatever here and there. And then suddenly out of the blue you need four hundred thousand. How do you expect <u>me</u> to go about finding you four hundred thousand? You see? Not easy. It's not easy. If… and… you should have… thou- thought about it beforehand. So, what's good is that in April, May, you'll be able to open it without any problem. That's good. | Tu sais… Je comprends que tu as besoin d'aide. Je comprends. Mais, tu sais… Regarde tout au long de ce parcours qui, [U/I], qui, qui est toujours a-… a-… avec toi pour te soutenir et qui est pas là pour te soutenir ? Tu vas vite voir la différence. Tu vas vite voir la différence. Après, si tu veux, moi, je peux pas rentrer dans tes, dans tes trucs, tu vois. Tu pars comme ça dans des projets pour faire un restaurant, un machin ici et là. Après d'un coup il te faut quatre cent mille. Comment tu veux que je fasse, moi, pour te trouver quatre cent mille ? Tu vois ? Pas facile. C'est pas facile. Si… et… tu aurais dû… réf- penser avant. Donc, ce qu'il y a de bien, c'est que déjà au mois d'avril, mai, tu peux ouvrir l'autre sans problème. Ça, c'est bien. |
| | CW | Mm-hm. | Mm-hm. |
| **CILINS** | | That'll start to make… make money. Won't it? | Ça va commencer à faire de… faire de l'argent, ça. Non ? |

|  |  | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|---|
|  |  | asked him to. But in any case, you gave it to him. // If you had… | demandé. Mais en tout cas, tu lui as donné. // Si tu lui avais… |
|  | CW | I didn't… \\ | Je l'ai pas… \\ |
| CILINS |  | If you hadn't given it to him, he wouldn't have gone to see… he wouldn't have gone to see  Person #8 . He wouldn't have gone to see the old guy. And he wouldn't have gone to see, uh, Soros and company. There it is. | Si tu lui avais pas donné, il serait pas allé voir… il serait pas allé voir Person #8 . Il serait pas allé avoir le vieux. Et il serait pas allé voir, euh, les Soros et compagnie. Voilà. |
|  | CW | Who is Person #8 ? | Qui est Person #8 ? |
| CILINS | **1:33:38** **1:34:32** | Person #8 is the Minister of Mines. And yes, CW , you can do whatever you want. If there's… if there's a hu-… a huge mess now, it's because uh, uh, Person #11 came this way. Not me. Not me. I know exactly what I'm talking about because I am a little familiar with the matter after all. There you have it. So I'm not telling you that you're a child. But I am telling you that you have, you have made bad decisions. There it is. [Neither party speaks for 42 seconds.] I'm going to quickly go look at, just the screen. I'm going to see at what time my flight will be. [Neither party speaks for 54 seconds.] It's here. | Person #8 , c'est le ministre des Mines. Et oui, CW , tu peux faire ce que tu veux. S'il y a… s'il y a un gr.. un gros bordel aujourd'hui, c'est parce que, euh, euh, Person #11 est passé par ici. Pas moi. Pas moi. Je sais exactement ce que je dis parce que je connais un peu le dossier quand même. Voilà. Donc je te dis pas que tu es un enfant. Mais je dis que tu as, tu as pris de mauvaises décisions. Voilà. [Neither party speaks for 42 seconds.] Je vais vite voir le, juste l'écran. Je reviens pour voir à quelle heure il y a mon vol. [Neither party speaks for 54 seconds.] C'est là. |
|  | **1:34:39** |  |  |
| UM1 |  | [I/A] *your bag.* | [I/A] *your bag.* |

| | | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE(S)** |
|---|---|---|---|
| **1:34:49** | | | |
| **UM2** | | *Is anybody sitting there?* | *Is anybody sitting there?* |
| | CW | *No.* | *No.* |
| | | [Until the end of the recording, all that can be heard are brief smatterings of other people's exchanges in the background.] | [Until the end of the recording, all that can be heard are brief smatterings of other people's exchanges in the background.] |
| **1:35:32** | | [END OF RECORDING] | [END OF RECORDING] |