

## Consolidated Statement    4/1/2011 thru 4/29/2011

77,565

# Business Cash Manager Checking

Account number: 
Account owner(s): ███████ INC
███████

## Account Summary

## Deposits and Other Credits

Date | Amount | Description
---|---|---



| 4/12 | 400,000.00 | FUNDS TRANSFER ███ |
| | | RCVD FROM WELLS FARGO NY IN/BANK LEUMI LE IS |
| | | ORG=CILINS FREDERIC |
| | | OBI=SOUTH BEACH |
| | | 04/12/11  08:50AM ET |

*Deposits and Other Credits continued on next page.*

WACHOVIA BANK , BROWARD SMALL BUS #7