**WACHOVIA**

**Consolidated Statement**   4/30/2011 thru 5/31/2011

78,295

## Business Cash Manager Checking
### Deposits and Other Credits  continued

Date          Amount     Description



5/12        709,600.00   FUNDS TRANSFER
                         RCVD FROM  WELLS FARGO NY IN/BANK LEUMI LE IS
                         ORG=CILINS FREDERIC

*Deposits and Other Credits continued on next page.*