Account number: ▓▓▓▓▓▓▓   ■ September 1, 2011 – September 30, 2011   ■ Page 2 of 5

**WELLS FARGO**

---

### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/12 | 2,211,000.00 | WT Fed#01103 Bank Leumi Le Isra /Org=Cilins Frederic Srf# 2011091200016850 Tm#110912044944 Rfb# 814-05-0044072Mu |

---

## Debits
### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|