# Business Cash Manager

Account number: ▮▮▮▮▮▮   ■ November 1, 2011 - November 30, 2011   ■ Page 1 of 3



**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
Broward Sbb Team
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Business Cash Manager

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |

### Credits
#### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| ▮ | 11/04 | 295,216.95 | Deposit |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| | | **$585,476.49** | **Total deposits** |

#### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/07 | 295,220.00 | WT Fed#00068 Bank Leumi Le-Isra /Org=Cilins Frederic Srf# |

(287)
Sheet Seq = 0020676
Sheet 00001 of 00003

DOJ_WF-07_000232

011763