# Business Cash Manager

Account number: ████████████  ■ May 1, 2012 - May 31, 2012  ■ Page 1 of 3



████████████████████

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online: wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (287)
Broward Sbb Team
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Business Cash Manager



| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ████████ | ████████ | ████████ | ████████ | ████████ |

### Credits

**Deposits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| ████ | ████ | ████ | ████ |

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/14 | 25,000.00 | WT Fed#04575 Bank Leumi Le Isra /Org=Cilins Frederic Srf# |

DOJ_WF-07_000252

011783