Account number: **2000050248797**  ■ May 1, 2012 - May 31, 2012  ■ Page 2 of 3



### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/24 | 78,000.00 | WT Fed#04653 Bank Leumi Le Isra /Org=Cilins Frederic Srf# |